Official Form 1 (10/06)(6/90)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor- If individual: Last, First, Middle)<br>Pearlman, Louis J. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>Lou Pearlman |
| SOC. SEC/TAX I.D. NO (If more than one, state all)<br>xxx-xx-3665 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>Chaine du Lac<br>12488 Park Avenue<br>Windermere, Florida 34786 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Orange       ZIP CODE  34786 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7   ☒ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☒ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state the type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box.) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY RELATED CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets).

| Name of Debtor | Case Number | Date |
|---|---|---|
| F. F. Station, LLC | 07-00575-ABB | February 20, 2007 |
| Relationship | District | Judge |
| Member | Middle District of Florida | Arthur B. Briskman |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b)<br>2. ☐ The debtor is a corporation against whom an order for relief may be entered under Title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

Official Form 5

Name of Debtor  Pearlman, Louis J.
Case No.  _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attach.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. :

X_____ CEO
Signature of Petitioner or Representative (State title)
Tatonka Capital Corporation
Name of Petitioner

Name & Mailing Address: Carol Hansen, CEO
of Individual Signing in    1441 Eighteenth Street, Suite 400
Representative Capacity    420 N 20th St, Ste 3100
                            Denver, CO 80202

X_____ 
Signature of Attorney                          Date
Robert B. Rubin, Burr & Forman LLP
Name of Attorney/Firm (if any)
420 N 20th St, Ste 3100, Birmingham, Alabama 35203
Address
(205) 251-3000
Telephone Number

X  *Rick Nichols*  Senior Vice President
Signature of Petitioner or Representative (State title)
First National Bank & Trust Company of Williston
Name of Petitioner

Name & Mailing Address: Rick Nichols, Senior Vice President
of Individual Signing in    22 East 4th Street
Representative Capacity    Williston, North Dakota 58802

X  *[signature]*                         3/1/07
Signature of Attorney                       Date
Raymond V. Miller, Gunster, Yoakley & Stewart P.A.
Name of Attorney/Firm (if any)
2 South Biscayne Blvd, Miami FL 33131
Address
(305) 376-6048
Telephone Number

X_____ Vice President
Signature of Petitioner or Representative (State title)
Integra Bank, National Association
Name of Petitioner

Name & Mailing Address: Jeffrey L. Devine, Vice President
of Individual Signing in    21 SE Third Street
Representative Capacity    Evansville, IN 47708

X_____ 
Signature of Attorney                         Date
Lawrence E. Rifken, McGuire Woods, LLP
Name of Attorney/Firm (if any)
1750 Tysons Blvd, Suite 1800, McLean VA 22102
Address
(703) 712-5337
Telephone Number

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Tatonka Capital Credit | Judgment | $6,203,905.84* |
| First National Bank & Trust of Williston | Promissory Note dated June 29, 2005 | $14,243,592.45* |
| Integra Bank, National Association | Promissory Notes dated 8/23/06 and 9/29/06 | $895,478.43* |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, petitioner(s) signatures under the statement and the name(s) of attorney(s) and petitioning creditor information in the format above. | Total Amount of Petitioner's Claims | $21,342,976.72* |

0 continuation sheets attached

* Plus applicable interest, late charges, costs and attorneys fees.

1547556

2

Official Form 5                          Name of Debtor __Pearlman, Louis J.__
                                                 Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attach.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. : | |
|---|---|
| X __Carol S. Hansen__ CEO<br>Signature of Petitioner or Representative (State title)<br>Tatonka Capital Corporation<br>Name of Petitioner<br><br>Name & Mailing Address: Carol Hansen, CEO<br>of Individual Signing in   1441 Eighteenth Street, Suite 400<br>Representative Capacity   ~~420 N 20th St, Ste 3100~~ CSH<br>                            Denver, CO 80202 | X __Derek F. Meek__ 3/1/07<br>Signature of Attorney DEREK MEEK    Date<br>~~Robert D. Rubin~~, Burr & Forman LLP<br>Name of Attorney/Firm (if any)<br>420 N 20th St, Ste 3100, Birmingham, Alabama 35203<br>Address<br>(205) 251-3000<br>Telephone Number |
| X _____ Senior Vice President<br>Signature of Petitioner or Representative (State title)<br>First National Bank & Trust Company of Williston<br>Name of Petitioner<br><br>Name & Mailing Address: Rick Nichols, Senior Vice President<br>of Individual Signing in   22 East 4th Street<br>Representative Capacity   Williston, North Dakota 58802 | X _____ Date<br>Signature of Attorney<br>Raymond V. Miller, Gunster, Yoakley & Stewart P.A.<br>Name of Attorney/Firm (if any)<br>2 South Biscayne Blvd, Miami FL 33131<br>Address<br>(305) 376-6048<br>Telephone Number |
| X _____ Vice President<br>Signature of Petitioner or Representative (State title)<br>Integra Bank, National Association<br>Name of Petitioner<br><br>Name & Mailing Address: Jeffrey L. Devine, Vice President<br>of Individual Signing in   21 SE Third Street<br>Representative Capacity   Evansville, IN 47708 | X _____ Date<br>Signature of Attorney<br>Lawrence E. Rifken, McGuire Woods, LLP<br>Name of Attorney/Firm (if any)<br>1750 Tysons Blvd, Suite 1800, McLean VA 22102<br>Address<br>(703) 712-5337<br>Telephone Number |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Tatonka Capital ~~Credit~~ Corporation | Judgment | $6,203,905.84* |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| First National Bank & Trust of Williston | Promissory Note dated June 29, 2005 | $14,243,592.45* |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Integra Bank, National Association | Promissory Notes dated 8/23/06 and 9/29/06 | $895,478.43* |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, petitioner(s) signatures under the statement and the name(s) of attorney(s) and petitioning creditor information in the format above. | | Total Amount of Petitioner's Claims (thispage)<br>$21,342,976.72* |

                         __1__ continuation sheets attached

\* Plus applicable interest, late charges, costs and attorneys fees.

Continuation of Involuntary Petition Official Form 5     Name of Debtor __Pearlman, Louis J.__
Case No. _____

### ADDITIONAL PETITIONERS SIGNING REQUEST FOR RELIEF

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_ Senior Vice President
Signature of Petitioner or Representative (State title)
American Bank of St. Paul
Name of Petitioner

Name & Mailing Address: David M. Carlson, Senior Vice President
of Individual Signing in    1578 University Avenue West
Representative Capacity    Saint Paul, Minnesota 55104-3908

X _[signature]_    3/1/07
Signature of Attorney    Date
William P. Wassweiler, Rider Bennett, LLP
Name of Attorney/Firm (if any)
33 South Sixth Street, Suite 4900, Minneapolis, MN 55402
Address
(612) 340-8900
Telephone Number

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner _____

Name & Mailing Address: _____
of Individual Signing in
Representative Capacity

X _____ Date
Signature of Attorney

Name of Attorney/Firm (if any) _____

Address _____

Telephone Number _____

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner _____

Name & Mailing Address: _____
of Individual Signing in
Representative Capacity

X _____ Date
Signature of Attorney

Name of Attorney/Firm (if any) _____

Address _____

Telephone Number _____

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| American Bank of St. Paul | Multiple Advance Term Loan Agreement & Promissory Note, both dated 03/27/2006 | $27,137,549.62 * |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, petitioner(s) signatures under the statement and the name(s) of attorney(s) and petitioning creditor information in the format above. | | Total Amount of Petitioner's Claims $48,480,526.34* |

First Continuation Sheet of __1__

\* Plus applicable interest, late charges, costs and attorneys fees.

Official Form 5

Name of Debtor _Pearlman, Louis J._
Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attach. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. :

X_____ CEO
Signature of Petitioner or Representative (State title)
Tatonka Capital Corporation
Name of Petitioner

Name & Mailing Address: Carol Hansen, CEO
of Individual Signing in  1441 Eighteenth Street, Suite 400
Representative Capacity  420 N 20th St. Ste 3100
Denver, CO 80202

X_____                    Date
Signature of Attorney
Robert B. Rubin, Burr & Forman LLP
Name of Attorney/Firm (if any)
420 N 20th St. Ste 3100, Birmingham, Alabama 35203
Address
(205) 251-3000
Telephone Number

X_____ Senior Vice President
Signature of Petitioner or Representative (State title)
First National Bank & Trust Company of Williston
Name of Petitioner

Name & Mailing Address: Rick Nichols, Senior Vice President
of Individual Signing in  22 East 4th Street
Representative Capacity  Williston, North Dakota 58802

X_____                    Date
Signature of Attorney
Raymond V. Miller, Gunster, Yoakley & Stewart P.A.
Name of Attorney/Firm (if any)
2 South Biscayne Blvd, Miami FL 33131
Address
(305) 376-6048
Telephone Number

X_____ Vice President
Signature of Petitioner or Representative (State title)
Integra Bank, National Association
Name of Petitioner

Name & Mailing Address: Jeffrey L. Devine, Vice President
of Individual Signing in  21 SE Third Street
Representative Capacity  Evansville, IN 47708

X_____           3/1/07
Signature of Attorney                        Date
Lawrence E. Rifken, McGuire Woods, LLP
Name of Attorney/Firm (if any)
1750 Tysons Blvd, Suite 1800, McLean VA 22102
Address
(703) 712-5337
Telephone Number

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Tatonka Capital Credit | Judgment | $6,203,905.84* |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| First National Bank & Trust of Williston | Promissory Note dated June 29, 2005 | $14,243,592.45* |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Integra Bank, National Association | Promissory Notes dated 8/23/06 and 9/29/06 | $895,478.43* |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, petitioner(s) signatures under the statement and the name(s) of attorney(s) and petitioning creditor information in the format above. | | Total Amount of Petitioner's Claims (this page) $21,342,976.72* |

1_____ continuation sheets attached

* Plus applicable interest, late charges, costs and attorneys fees.

1547556

2