**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA**

| | | |
|---|---|---|
| In Re:  Louis J. Pearlman, | ) | Case No. 6:07-bk-00761-ABB |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Briskman |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

The law firm of Lassiter, Tidwell, Davis, Keller & Hogan, PLLC hereby files its notice of appearance as counsel for BRIAN T. LITTRELL, HOWARD D. DOROUGH, ALEXANDER J. MCLEAN, and NICKOLAS CARTER, (collectively referred to as "Backstreet Boys"), BACKSTREET BOYS, INC., a Delaware corporation, and BACKSTREET PRODUCTIONS, INC., and hereby requests that all pleadings, notices and other papers, which must be noticed to the creditors, any creditors' committee, and any other parties in interest, whether sent by the Court, the Debtor or any other party in the case, be sent to the undersigned and, that the following be added to the Court's master mailing list:

Backstreet Boys & Affiliated Entities
c/o Jason L. Turner, Esq.
Lassiter, Tidwell, Davis, Keller & Hogan, PLLC
150 Fourth Avenue North, Suite 1850
Nashville, TN 37219

1

I HEREBY CERTIFY that on May 17, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system by mailing a copy of this notice by First Class United States Mail to:

Michael I. Goldberg
Akerman Senterfitt
Las Olas Centre II
350 East Las Olas Boulevard
Suite 1660
Ft. Lauderdale, FL 33301-2229

Miriam G. Suarez
United States Trustee
135 West Central Boulevard
Suite 620
Orlando, FL 32801

/s/ Jason L. Turner
JASON L. TURNER, ESQUIRE
Lassiter, Tidwell, Davis, Keller & Hogan, PLLC
150 Fourth Avenue North, Suite 1850
Nashville, TN 37219
Phone:      (615) 259-9344
Fax:   (615) 242-4214
Florida Bar No.: 747661
jturner@lassiterlaw.com

*Attorney for Backstreet Boys, Backstreet Boys, Inc., and Backstreet Productions, Inc.*