**DOCUMENT REMOVED**

**FILED UNDER COURT SEAL**