IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | | |
|---|---|---|
| In Re: | Louis J. Pearlman ) | Case No. 6:07-bk-00761-ABB |
| | Louis J. Pearlman Enterprises, Inc. ) | Case No. 6:07-bk-01505-ABB |
| | ) | |
| | ) | Chapter 11 |
| | Debtors ) | Judge Briskman |

## NOTICE OF HEARING ON
CLAIMANT'S MOTION TO COMPEL THE DEBTORS TO
ASSUME OR REJECT MANAGEMENT CONTRACT;
TO COMPEL DEBTORS' PERFORMANCE PENDING
ASSUMPTION OR REJECTION; TO COMPEL DEBTORS'
PERFORMANCE UNDER 11 U.S.C. § 365(d)(3)

Please take notice that on the **8th day of August, 2007 at 10:00 a.m.**, or as soon thereafter as counsel can be heard, the undersigned will bring on to be heard the **Claimant's Motion to Compel Debtors to Assume or Reject Management Contract; To Compel Debtors' Performance Pending Assumption or Rejection; To Compel Debtors' Performance Under 11 U.S.C. Section 365 (d)(3)**, before the Honorable Judge **Arthur B. Briskman**, one of the Judges of the above Court, at his Chambers in the United States Bankruptcy Court for the Middle District of Florida, Orlando, Florida's Courthouse located at the Century Plaza Building, 135 West Central Boulevard, Courtroom A (Fifth Floor), Orlando, Florida 32801.

PLEASE GOVERN YOURSELF ACCORDINGLY.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished by electronic mail and/or U.S. mail this 3rd day of August, 2007, to the attached mailing matrix.

/s/ Clay M. Townsend
Clay Townsend, Esquire
FBN: 363375
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:    (407) 420-1414
Facsimile:    (407) 425-8171
**Attorneys for Claimant, Aaron Carter**

## CERTIFICATE OF SERVICE MAILING MATRIX

### Notice will be electronically mailed to:

Paul J. Battista at:
pbattista@gjb-law.com,
ctarrant@gjb-law.com
gjbecf@gjb-law.com

Andrew M. Brumby at:
abrumby@shutts-law.com,
rhicks@shutts-law.com

Marc D. Chapman at:
mchapman@deanmead.com,
jlackey@deanmead.com

Donald L. Gaffney at:
dgaffney@swlaw.com,
jrogalla@swlaw.com,
docket@swlaw.com

Denise D. Dell-Powell at:
DDellPowell@Akerman.com

Frederic J. DiSpigna at:
fdispigna@dstern.com,
lveith@dstern.com

Ryan E. Davis at:
rdavis@whww.com,
rwilliams@whww.com

Gregory M. Garno at:
ggarno@gjb-law.com,
ctarrant@gjb-law.com

Suzanne E. Gilbert at:
Suzanne.gilbert@hklaw.com,
Maria.lopez@hklaw.com

Paul H. McLester at:
phm@aswmpa.com,
ehemphill@aswmpa.com

Robert F. Higgins at:
Bob.higgins@lowndes-law.com,
Joann.anderson@lowndes-law.com

Lynn James Hinson at:
lhinson@deanmead.com,
mgodek@deanmead.com

Jason Ward Johnson at:
Jason.johnson@lowndes-law.com,
Joann.anderson@lowndes-law.com

Soneet R. Kapila at:
trustee@kapilaco.com,
msams@kapilaco.com,
fl73@ecfcbis.com

Jill E. Kelso at:
Jill.kelso@akerman.com

Peter E. Lanning at:
bkfiling@consuegralaw.com,
pete@consuegralaw.com

Chris Lenhart at:
Lenhart.chris@dorseylaw.com

Frederick T. Lowe at:
fredlowe@floridalawgroup.com,
davidx@floridalawgroup.com

Michael C. Markham at:
mikem@jpfirm.com,
cathyk@jpfirm.com

Raymond V. Miller at:
rmiller@gunster.com
vyon@gunster.com

Derek F. Meek at:
dmeek@burr.com,
msolomon@burr.com,
jcrawfor@burr.com

Richard P. Olsen at:
rpolsonecf@minotlaw.com

Jay D. Passer at:
Tbcc2@verizon.net,
kathykorson@hotmail.com

Lawrence E. Rifken at:
lrifken@mcguirewoods.com

Jason A. Rosenthal at:
Jason@therosenthallaw.com

Bradley M. Saxton at:
bsaxton@whww.com,
srummel@whww.com,
rwilliams@whww.com

Andrea Teves Smith at:
asmith@petersonmyers.com
sgiddens@petersonmyers.com

Miriam G. Suarez at:
Miriam.G.Suarez@usdoj.gov

Jason L. Turner at:
jturner@lassiterlaw.com,
jlavely@lassiterlaw.com

United States Trustee ORL at
USTP.Region21.OR.ECF@usdoj.gov

| | | |
|---|---|---|
| Richard B. Webber at:<br>rwebbber@zkslawfirm.com | Michael Weininger at:<br>mweininger@lw-llp.com | Leslie S. White at:<br>kgrochol@rushmarshall.com |
| Lawrence M. Kosto at:<br>lkosto@kostoandrotella.com | Keith T. Appleby at:<br>kappleby@fowlerwhite.com,<br>kthompson@fowlerwhite.com,<br>anita.flowers@fowlerwhite.com | |

**Notice will be mailed via U.S. Mail and/or via facsimile to:**

| | | |
|---|---|---|
| Albert E. Ford<br>Albert E. Ford II, PA<br>270 Waymont Ct, Suite 110<br>Lake Mary, FL 32746 | Paul J. Battista<br>Genovese, Joblove & Battista PA<br>100 SE 2nd Street, 44th Floor<br>Miami, FL 33131 | Michael J. Brudny<br>Brudny & Rabin, P.A.<br>200 North Pine Ave., Suite A<br>Oldsmar, FL 34677 |
| Natalie K. Curts<br>Butler & Hosch, PA<br>3185 S. Conway Road, Ste. E<br>Orlando, FL 32812 | Monica L. Clark<br>Dorsey & Whitney, LLP<br>50 S. Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402-1498 | Soneet R. Kapila<br>Kapila & Company<br>1000 S. Federal Highway<br>Suite 200<br>Ft. Lauderdale, FL 33316 |
| Louis J. Pearlman<br>Chained u Lac<br>12488 Park Avenue<br>Windermere, FL 34786 | Robert R. Rubin<br>Burr & , LLP<br>3100 South Trust Tower<br>420 North 20th Street<br>Birmingham, AL 35203 | Stampler Auctions, Inc.<br>2080 C Tigertail Blvd.<br>Dania, FL 33004 |
| Annerose Tashiro<br>Schultze & Braun<br>Eisenbahnstr. 19-23 77855<br>Achern | Washington Mutual Bank<br>c/o Joe Lozano<br>7800 N. 113th Street<br>MS: MWIB 201<br>Milwaukee, WI 53224 | William P. Wassweiler<br>Rider Bennett LLP<br>33 South Sixth Street<br>Suite 4900<br>Minneapolis, MN 55402 |
| | Cheryl R. Ahmed<br>Stirling Sotheby's International<br>Realty | |