UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re

LOUIS J. PEARLMAN, *et al.*,

Debtors.

_____/

Case No. 6:07-BK-00761-ABB
Chapter 11
Jointly Administered

**AGREED MOTION TO CONTINUE HEARING ON MOTION BY AARON CARTER TO COMPEL THE DEBTORS TO ASSUME OR REJECT RECORDING CONTRACT; TO COMPEL DEBTORS' PERFORMANCE PENDING ASSUMPTION OR REJECTION; TO COMPEL DEBTORS' PERFORMANCE UNDER 11 U.S.C. § 365(d)(3), FILED IN THE CASES OF LOUIS J. PEARLMAN, TRANS CONTINENTAL RECORDS, INC. AND LOUIS J. PEARLMAN ENTERPRISES, INC.**

Soneet R. Kapila, the Chapter 11 Trustee (the "Trustee") for the bankruptcy estates of Louis J. Pearlman ("Pearlman"), Trans Continental Records, Inc. ("TCR"), and Louis J. Pearlman Enterprises, by and through the undersigned attorney, move this Court to continue the hearing on the *Motion to Compel Debtor to Assume or Reject Management Contract; to Compel Debtors' Performance Pending Assumption or Rejection; to Compel Debtors' Performance under 11 U.S.C. § 365(d)(3)* (Dkt. No. 224) and the *Motion to Compel Debtors to Assume or Reject Recording Contract; to Compel Debtors' Performance Pending Assumption or Rejection; to Compel Debtors' Performance under 11 U.S.C. § 365(d)(3)* (Dkt. No. 225) (collectively, the "Motions"), and states as follows:

1.  On October 24, 2007, this Court entered an Order granting the Motions in part (Dkt. No. 677; the "Order").

{O1200599;1}

2.  The Order scheduled a continued hearing on the issue of ownership of any and all copyright interests or other intellectual property interests for November 8, 2007 at 10:00 a.m.

3.  Counsel for Movant, Aaron Carter, contacted the undersigned and asked that the status conference set for November 8, 2007 at 10:00 a.m. be continued to the December 13, 2007 hearing calendar.

4.  Counsel for the Trustee has no objection to the requested continuance and has agreed to continue the hearing for December 13, 2007, at 10:00 a.m. The request to continue will not prejudice any of the parties involved, nor will it result in a delay of these proceedings.

5.  If a hearing is necessary, the Trustee anticipates that no more than ten (10) minutes will be needed for any hearing on this Motion.

WHEREFORE, the Trustee respectfully requests an adjournment of the hearing in the above-referenced matter to December 13, 2007, or such other date and time as is convenient for the Court.

Dated this 29th day of October, 2007.

Respectfully submitted,

/s/ Denise D. Dell-Powell
Denise D. Dell-Powell, Esq.
Florida Bar No. 0890472
Jill E. Kelso, Esq.
Florida Bar No.: 0578541
AKERMAN SENTERFITT
420 South Orange Avenue, 12th Floor
Post Office Box 231 (32802-0231)
Orlando, FL 32801-4904
Phone: (407) 423-4000

{O1200599;1}

Fax: (407) 843-6610

and

Michael I. Goldberg, Esquire
Florida Bar No.: 886602
**AKERMAN SENTERFITT**
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Ft. Lauderdale, FL 33301-2229
Phone: (954) 463-2700
Fax: (954) 463-2224
E-mail: Michael.Goldberg@akerman.com

**Attorneys for Soneet R. Kapila
Chapter 11 Trustee**

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be served by email, electronically or by United States Mail, postage prepaid on October 29, 2007, to: (a) all parties on the attached Official Service List[*]; (b) by e-mail to all parties who requested service by e-mail at the 341 meeting in this case[**].

/s/ Denise D. Dell-Powell
Denise D. Dell-Powell, Esq.

---

[*] As amended on October 22, 2007.
[**] Any party who wants a copy of the service list of e-mail recipients may call and request from Trustee's counsel.

{01200599;1}

LOUIS J. PEARLMAN, et al.
Case No.: 6:07-bk-761 (Jointly Administered)
# AMENDED OFFICIAL SERVICE LIST
(Amended on October 22, 2007)

Tina Adkins
525 Loop Drive
Seguin, TX 78155

Joseph or Sandra Adkison
1534 Clarcona-Ocoee Rd.
Ocoee, FL 34761

American Bank of St. Paul
c/o Lynn James Hinson
PO Box 2346
Orlando, FL 32802-2346

American Bank of St. Paul
c/o Gary L. Kluthe
1578 University Avenue W
St. Paul, MN 55104-3908

American Bank of St. Paul
c/o William P. Wassweiler, Esq.
Lindquist & Vennum
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

American Express Bank
c/o Gilbert Weisman
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

American Express Centurion Bank
c/o Gilbert Weisman
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

American Express Travel Related Services
Co., Inc.
c/o Gilbert Weisman
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

Thomas Ando
4532 38th Street South
St. Petersburg, FL 33711

Edward Anguilm
13119 Lk Pt. Blvd.
Belleville, MI 48111

Jack A. Arnold
5018 Forstgreen Dr. E
Lakeland, FL 33811

Backstreet Boys & Affiliated Entities
c/o Jason L. Turner
Lassiter, Tidwell, Davis, Keller & Hogan
150 Fourth Avenue North, Suite 1850
Nashville, TN 37219

Backstreet Boys/Michael Oppenheim
c/o Clay Townsend
Morgan & Morgan PA
20 N. Orange Ave., Suite 1600
Orlando, FL 32801

Baeza Jewelers, LLC
c/o Paul H. McLester, Esq.
100 South Orange Ave., Suite 200
Orlando, FL 32801

Bank of Bozeman
c/o Thomas O. Ashby, Esq., Stace L. Hines,
Esq. and Zoe R. Wade, Esq.
Baird Holm LLP
1500 Woodmen Tower
Omaha, NE 68102-2068

The Bank of New York
c/o Keith Appleby
PO Box 1438
Tampa, FL 33601

Sharyn & David Barber
6169 Woodstone Dr.
Naples, FL 34112

Lois Barscewski
36707 Jodi Ave.
Zephyrihills, FL 33542

Paul J. Battista, Esq.
Genovese Joblove & Battista PA
100 Southeast 2nd Street
44th Floor
Miami, FL 33131

Jerry Beavon
2210 Platinum Drive
Sun City Center, FL 33573

Belle Harbor Owner's Assoc., Inc.
c/o Michael J. Brudny, Esq.
200 North Pine Ave., Suite A
Oldsmar, FL 34677

Julian Benscher
c/o Andrew M Brumby, Esq.
PO Box 4956
Orlando, FL 32802-4956

Charles Berg
155 Winchester Ct.
Washington Township, NJ 07676

Jason Berg
155 Winchester Ct.
Washington Township, NJ 07676

Lindsay Berg
155 Winchester Ct.
Washington Township, NJ 07676

Mona R. Bermudez
PO Box 549
Dunnellon, FL 34430

Diane Berry and Morris Berry
8931 San Rae Road
Jacksonville, FL 32257

| | | |
|---|---|---|
| Robert W. Beyer<br>1310 Kings Way Lane<br>Tarpon Springs, FL 34688 | Raymond and Nora Binning<br>1000 Heron Ct.<br>Dunedin, FL 34698-8209 | Jennifer L. or David L. Blessing<br>2408 Arborwood Drive<br>Valrico, FL 33596 |
| Lewis Blocker<br>10303 Early Mist Lane<br>Riverview, FL 33569 | Leonard & Phyllis Boenig<br>28 Palm Court<br>Menlo Park, CA 94025-5755 | Thomas Boenig<br>388 Boush St., #304<br>Norfolk, VA 23510 |
| Eugene A. and Linda J. Boothby<br>1632 Sims Pl.<br>Lakeland, FL 33803 | Donald J. Brandel<br>10730 Del Prado Dr. W<br>Largo, FL 33774 | Peggy A. Brockman<br>c/o Spiro J. Verras, Esq.<br>Bilirakis Law Group, PA<br>4538 Bartlet Road<br>Holiday, FL 34690 |
| Thelma M. Brown<br>3808 Boardwalk Pl.<br>Rusbin, FL 33570 | Barbara J. Bruce<br>46 Bennington Dr., #2<br>Naples, FL 34104 | Bracha Rollins Buford<br>4008 Greenmark Lane<br>Valrico, FL 33596 |
| Karen or John Buono<br>237 Amesbury Circle<br>Sun City Center, FL 33573 | Rosemarie T. Canavan<br>6494 7th Ave.<br>Circle W<br>Bradenton, FL 34209 | John & Nancy Cannon<br>4470 Gaston St.<br>Spring Hill, FL 34607 |
| Milutin Capric<br>616 Charlotte Ave.<br>Tarpon Springs, FL 34689 | Mary Castro<br>3114-W. Nassau St.<br>Tampa, FL 33607 | Pat & Connie Cesare<br>68 Dial Ave.<br>DeBary, FL 32713 |
| L.B. or Daris Chastain<br>1440 Clarcona-Ocoee Rd.<br>Ocoee, FL 34761 | Wanda Chevalier<br>2811 Wood Pointe Drive<br>Holiday, FL 34691 | Jody S. Chimbel<br>155 Winchester Ct.<br>Washington Township, NJ 07676 |
| CitiCapital<br>4650 Regent Blvd., Suite #200<br>Irving, TX 75063 | CitiCapital<br>c/o Leslie S. White, Esq.<br>PO Box 3146<br>Orlando, FL 32802-3146 | Colonial National Mortgage<br>c/o Peter E Lanning, Esq.<br>9204 King Palm Drive<br>Tampa, FL 33619-1328 |
| Michael Connelly<br>519 Wexford Drive<br>Venice, FL 34293 | Peggy G. Cook and Robin L. Cook<br>c/o Andrea Teves Smith<br>PO Box 24628<br>Lakeland, FL 33802-4628 | Countrywide Home Loans, Inc.<br>c/o Natalie K. Curts, Esq.<br>3185 South Conway Road, Suite E<br>Orlando, FL 32812-7315 |
| Gerald Cummings<br>6503 Amundson Ct.<br>Tampa, FL 33634 | David A. and Deborah Jean Dasinger<br>5846 Eight Point Lane<br>Lakeland, FL 33811 | Mark R. Davis<br>222 Branch Hill St.<br>Tampa, FL 33612 |

Dolores L. DeCoster
3088C Grovewood Blvd.
Palm Harbor, FL 34683-2435

Denise D. Dell-Powell, Esq.
Akerman Senterfitt
PO Box 231
Orlando, FL 32802-0231

Wilfred & Delma Depweg
530 So. 3d Street
Coldwater, OH 45828

Mervin Dickerson
18211 Sunset Blvd.
Redington Shores, FL 33708

Frederic J. DiSpigna
Law Office of David J. Stern, PA
801 S. University Drive, Suite 500
Plantation, FL 33324

Gerald E. Doty
4936 34th Ave. North
St. Petersburg, FL 33710

Jerome Duboko
10325 S. Kenton
Oaklawn, IL 60453

Entercom
c/o Szabo Associates
3355 Lenox Rd. NE, 9th Floor
Atlanta, GA 30326-1232

Rachel M. Enwright
90 Old Road
Dracut, MA 08126

Erling Rikensrud & Helen Sowder Trust
1639 Fieldfare Ct.
Dunedin, FL 34698

David Esch
16648 Antero St.
Broomsfield, CO 80023

Frank and Ann Estey
250 Child Road
Woodstock, CT 06281

Robert A. Fagerquist
Nancy M. Fagerquist
9142 140th Way North
Seminole, FL 33776-2013

Emil Fatovic
5216-81st St. N. #25
St. Petersburg, FL 33709

Stephen Feldman
23 Regina Rd.
Morganville, NJ 07751

Robert and Mary Felten
7275 W. Milwe Lane
Crystal River, FL 34429

Donald Fetterhoff
5055 29th St. So.
St. Petersburg, FL 33712

First International Bank & Trust
c/o Robert F. Higgins, Esq.
Lowndes, Drosdick, Doster, Kantor and Reed, P.A.
PO Box 2809
Orlando, FL 32802

First National Bank & Trust Co. of Williston
c/o Raymond V. Miller, Esq.
Gunster Yoakley & Stewart PA
2 South Biscayne Blvd., Suite 3400
Miami, FL 33131

First National Bank & Trust, Co. of Williston
c/o Rick Nichols
PO Box 1827
Williston, ND 58802-1827

First National Bank and Trust Co. of Williston
c/o Richard P. Olson, Esq.
PO Box 1180
Minot, ND 58702-1180

Paul & Veronica Fonteyne
7100 Ulmerton Rd., #632
Largo, FL 33771

Angelo M. Forte
2005 Lake Linda Circle
Lutz, FL 33558

Frances Bogal
Stanley Bogal as Executor of the Estate of Rae Lehrer, deceased
12 David Drive
Syosset, NY 11791

Mary W. Fredendall
409 Aquarius Dr., SW
Hartselle, AL 35640

Joseph S. Frost
1331 Dorothy Drive
Clearwater, FL 33764

Vanessa Fuson as Power of Attorney for Vincent Cobb
7655 Purple Martin Way
Dexter, MI 48130

Donas & Wanda Garrett
4906 Reagan Ave.
Seffner, FL 33584

Raymond Gaylor
7922 Coral Pointe Dr.
Delray Beach, FL 33446

Robert N. Gilbert, Esq.
Carlton Fields PA
PO Box 150
West Palm Beach, FL 33402

Joseph Gleason
7032 Whitemarsh Circle
Bradenton, FL 34202

Ann and Robert Goebel
79 Onderdonk Rd.
Warwick, NY 10990

Marilyn M. Goldaber
2451 Brickell Avenue, 9D
Miami, FL 33129

Jack Gow
2400 Franciscan Dr., #26
Clearwater, FL 33763

Theodore J. Granoski
2115 Heron Dr.
Lake Wales, FL 33859

Leonard A. Gravitz
701 Waterview Lane
Tarpon Springs, FL 34689

Arnold Grohskopf
101 Harbor Woods Circle
Safety Harbor, FL 34695

Marilyn L. Hall
1723 Council Drive
Sun City Center, FL 33573

Conrad P. Hanson
3313 Silver Hill Dr.
Holiday, FL 34691

Harold & Marilym M. Reid Trust
101 Trinity Lakes Drive
Apt. 344
Sun City Center, FL 33573

Gerald E. Haslouer
24676 Dietz Drive
Bonita Springs, FL 34135

Rhoda Hedrick
c/o R. Eric Rubio, Esq.
510 Vonderburg Dr., Suite 3004
Brandon, FL 33511

Sharon M. Helton
4802 Castledown Road
Colorado Springs, FL 80917

Emil Hengstwerth
32 Colony Road
Edgewater, NJ 07020

Rose Herbstman
2210 Avenue R
Brooklyn, NY 11229

Frances Hillman
2801 Fairgate Road
Midlothian, VA 23112

Stephen J. or Faye L. Hoffman
3891 Whistlewood Circle
Lakeland, FL 33811

Glenn Hoffman
733 Carpenters Way #6
Lakeland, FL 33809

John Huey
5001 Edgewater Lane
Oldsmar, FL 34677

Glenna Sue Hutcheson
4629 Lake Kotsa Dr.
Lake Wales, FL 33898

Robert R. Hutchinson
55 Pleasant Circle
Plant City, FL 33565

Carmen L. Hutto
242 Country Lane
Plant City, FL 33565

Donna A. Ingraham
2210 Platinum Drive
Sun City Center, FL 33573

Integra Bank
c/o Lawrence E. Rifken, Esq.
McGuire Woods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102

Integra Bank
c/o Jeffrey L. Devine
PO Box 868
Evansville, IN 47705-0868

Internal Revenue Service
Post Office Box 35045, Stop 5720
Jacksonville, FL 32202

International Law Group, LLC
P.O. Box 10614
Tampa, FL 33679

Clyde Jenkins
2211 Village Hil Drive
Valrico, FL 33594

Harry L. Jennings
c/o Mark S. Guralnick
Tampa Bay Park Lake Pointe II Ste 100
3111 W Dr Martin Luther King Jr Blvd
Tampa, FL 33607

Robert D. Jordan
506 Planters Wood Court
Valrico, FL 33594

Soneet R Kapila
Post Office Box 14213
Fort Lauderdale, FL 33302

George Karam
944 Symphony Isles Blvd.
Apollo Beach, FL 33572

Clara L. Kazor
3622 97th Av.
Pinellas Park, FL 33782

Jill E. Kelso, Esq.
Akerman Senterfitt
PO Box 231
Orlando, FL 32802-0231

Stephen M. and Marilyn J. Kenworthy
PO Box 641
Sparr, FL 32192

John R. Kiefner, Jr., Esq.
A/F Various Creditors
146 Second Street N.
Suite 300
St. Petersburg, FL 33701

Donald R. Kirk, Esq.
Folwer White Boggs Banker PA
PO Box 1438
Tampa, FL 33601

Geraldine Klein
7B Berkshire Drive
Monroe Township, NJ 08836

Donald and Carole Knighton
3538 Garrard Rd.
Ft. Meade, FL 33841

William P. and Gayle J. Knoll
188 Fairview Ridges Drive
Afton, TN 37616

James J. Koffman
1021 Palm Drive
Belleair Beach, FL 33786

Anthony or Patricia Kohn
5615 Sawyer Rd.
Lakeland, FL 33810

AnnMarie W. Kokash
5540 67th Ave.
Pinellas Park, FL 33781

Larry or Joann Koza
16604 Plum-Rose Ct.
Tampa, FL 33618

Anthony M. and Vicki M. Kral
9602 Springmeadow Dr.
New Port Richie, FL 34655

Steven D. Kris
4780 S. Lafayette Street
Englewood, CO 80113

Martin E. Leach, Esq.
A/F George E. Wardally and Ronald Rooks
Feiler & Leach, PL
The American Airlines Building
901 Ponce De Leon Blvd., Penthouse Suite
Coral Gables, FL 33131

James A. Leinenbach
3663 58th Ave., N. L737
St. Petersburg, FL 33714

Carl & Teena Ley
27250 High Seas Lane
Bonita Springs, FL 34135

Elinor V. Liles and David J. O'Donell
7003 Alafia Drive
Riverview, FL 33578

Dan and Janice Litvin
2817 N. Lakewood Ave.
Chicago, IL 60657-4105

Irving & Bernice Locker
122 Van Houten Ave.
Passaic, NJ 07055

Louis J. Pearlman Enterprises, Inc.
c/o Gerard A. McHale, Receiver
1601 Jackson St., Ste. 200
Ft. Myers, FL 33901

Louis J. Pearlman Enterprises, LLC
c/o Gerard A. McHale, Receiver
1601 Jackson St., Ste. 200
Ft. Myers, FL 33901

Evan Love
PO Box 2997
Riverview, FL 33568

Frederick T. Lowe, Esq.
FLORIDA LAW GROUP, LLC
3907 Henderson Blvd., Suite 200
Tampa, FL 33629

Maxx Lowenstein
3227 Hunting Tweed Dr.
Owings Mills, MO 21117

Ceasar or Suzanne Marston
1447 Palma Blanca Ct.
Naples, FL 34119

Beverly Mathis, David D. Mathis, & Roberta Jordan
c/o Donald L Gaffney, Esq.
Snell & Wilmer LLP
One Arizona Center, 400 E Van Buren
Phoenix, AZ 85004-2202

David D. Mathis
11861 Sedgewick Dr.
Huntley, IL 60142

| | | |
|---|---|---|
| Geraldo or Bonnie Maxwell<br>47307 209th Pl.<br>McGregor, MN 55760 | Lela J. Maxwell<br>266 Merrimon Ave.<br>Asheville, NC 28801-1218 | Edna L. Mayo<br>5200 28th St., #418<br>St. Petersburg, FL 33714 |
| MB Financial Bank NA<br>c/o Michael Weininger<br>Lupel Weininger LLP<br>30 N LaSalle St, Ste 3520<br>Chicago IL 60602 | Charles F. and Melba L. McCarter<br>515 E. Carefree Hwy.<br>PMB #402<br>Phoenix, AZ 85085 | Marion H. McCarthy<br>6729 Drewrys Blurr<br>Bradenton, FL 34203 |
| Gerald McDermott<br>1007 N. Main St.<br>Pitman, NJ 08071 | Nancy McFarlane<br>2075 Quailwood Lane<br>Spring Hill, FL 34606 | Dorothy M. McGregor<br>2380 World Parkway Blvd.<br>Apt. 28<br>Clearwater, FL 33763 |
| Breta McGuire<br>2034 Ashbury Drive<br>Clearwater, FL 33764 | Gerard A. McHale, Receiver<br>c/o Michael C. Markham, Esq.<br>Johnson Pope Bokor Ruppel & Burns LLP<br>PO Box 1368<br>Clearwater, FL 33757 | William Meares<br>c/o Lara Roeske Fernandez, Esquire<br>Trenam, Kemker<br>P.O. Box 1102<br>Tampa, FL 33601-1102 |
| Frances or James Meegan<br>9142 Sunrise Drive<br>Largo, FL 33773 | Terry Meltzer<br>155 Belleview Ave.<br>Center Moriches, NY 11934 | Joanna Mesh<br>7 E 14th Street<br>Apt. 317<br>New York, NY 10003 |
| Kenneth D. Miller<br>6535 Stonington Dr.<br>Tampa, FL 33647 | Ethan B. Minkin<br>c/o Snell & Wilmer L.L.P.<br>400 E. Van Buren Street, Suite 1900<br>Phoenix, AZ 85004-2202 | Miguel A. and Teresa Miranda<br>12602 Castle Hill Drive<br>Tampa, FL 33624 |
| Monty Montgomery<br>4705 1st Street NE, #338<br>St. Petersburg, FL 33703 | Janet Mooney<br>PO Box 2644<br>Keywest, FL 33046 | Juliana Moore<br>12320 Capri Circle N<br>Treasure Island, FL 33706 |
| F. Moore<br>7500 E. Pocono Drive<br>Inverness, FL 34450 | Mary Anne and Saeed Motlagh<br>8415 Orient Way NE<br>St. Petersburg, FL 33702 | Leslyn E. and David W. Mueller<br>808 Granite Road<br>Brandon, FL 33510-3510 |
| Kyran & Irma M. Murphy<br>1362 Breakers West Blvd.<br>West Palm Beach, FL 33411 | Shirley A. Murphy<br>8829 Karlen Rd.<br>Rome, NY 13440 | Virginia A. Murray<br>5065 Dover St. NE<br>St. Petersburg, FL 33703 |
| Margaret H. Nagy<br>3116 Reseda Ct.<br>Tampa, FL 33618 | Lois Nevler<br>6744 Canary Palm Circle<br>Boca Raton, FL 33433 | Karen Norris<br>10118 Avonleigh Drive<br>Bonita Springs, FL 34135 |

Tara Novotny
1767-59th Circle S.
St. Petersburg, FL 33712

Official Committee of Unsecured Creditors
c/o Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, NY 10017

Official Committee of Unsecured Creditors
c/o Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl et al
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067-4100

Harriet R. Olesen
8000 Sailboat Key Blvd.
#200
St. Petersburg Beach, FL 33707

Anthony M. Orlando
5970 21st St. North
St. Petersburg, FL 33714

Oxford Financial of Hillsborough, Inc.
15304 Carrollton Lane
Tampa, FL 33624

Jay D. Passer
4100 W. Kennedy Blvd., Suite 322
Tampa, FL 33609

Harold Clyde Patterson
6204 Cyril Dr.
Dade City, FL 33523

Pausinga Family Trust
c/o John & Margery Pausinga
216 Golf Aire Blvd.
Winter Haven, FL 33884

Louis J. Pearlman
c/o R. Fletcher Peacock, Esq.
Federal Public Defender
201 S. Orange Avenue, Ste. 300
Orlando, FL 32801

Patricia A. Pearson
4395 W. Avenida De Golf
Pace, FL 32571-3028

Berle Sue Philliips
6024 Honeysuckle Ln.
Brooksville, FL 34602

Dolores Pisch
173 Egret Drive
Haines City, FL 33844-3338

Georgie and Jane Pittas
8422 Merrill Circle
Largo, FL 33777

Vera F. Polk
PO Box 158
10035 CR 39 South
Lithia, FL 33547

Marilyn D. Prouty
PO Box 143
Otter Creek, FL 32683

Earl or Merrilly Pruden
948 Oakview Road
Tarpon Springs, FL 34689

Mary A. Putnam
1825 New Jersey Rd.
Lakeland, FL 33803

Joseph R. Radaker
3622 - 97 Ave. N.
Pinellas Park, FL 33782

Linda E. Rams
702 Sky Lark Circle
Longwood, FL 32750

Lyman & Bertha Rhodes
23268 McQueeney Ave.
Port Charlotte, FL 33980

Elizabeth Ricciardelli
1717 Homewood Blvd., #192
Delray Beach, FL 33445

Ruth M. Rice
9401 88th Way North
Largo, FL 33777

Jessica Rigler
1930 Johnson Furry Rd. NE
Apt. C
Atlanta, GA 30319

Janet and William Ritola
11128 113th Ave.
Largo, FL 33778

Judith Robbins
12200 Vonn Road, #1203
Largo, FL 33774

Robert H. Orr Mgt. Trust
c/o Margaret A. Booth, Trustee
PO Box 666
Belton, TX 76513

William Roberts
c/o David Plante
806 North Armenia Avenue
Tampa, FL 33609

Sarah Robinson
38 Harbor Oaks Circle
Safety Harbor, FL 34695

Sharon Rodd or Aaron Rodd
15304 Carrollton Lane
Tampa, FL 33624

Jerry L. Roglitz
4701 8th Ave., South
St. Petersburg, FL 33711-1809

Maureen T. Roy
PO Box 6038
Bradenton, FL 34281

Paul Russo
7931 Bridgestone Dr.
Orlando, FL 32835

Mary Frances Rutledge
1616 Chevy Chase Drive
Sun City Center, FL 33573-5320

Susan Salmieri
860 Virginia Street
Apt. 209
Dunedin, FL 34698-6733

Bradley M Saxton
a/f Bank of America, NA
PO Box 1391
Orlando, FL 32802-1391

Joseph & Jeannette Schapiro
1100 So. Belcher Rd., #123
Largo, FL 33771

B. Clogene Schons and Jerry R. Schons
9941 River Drive
Gibsonton, FL 33534

Salvatore Scutari
57C Galewood Drive
Matawan, NJ 07747

Securities and Exchange Commission
Atlanta District Office
Bankruptcy Division
3475 Lenox Road, N.E., Suite 1000
Atlanta, GA 30326-1232

Julie Sherrier
4205 Kachina Drive
Austin, TX 78735

Arthur Slack
818 La Jolla Ave.
Sun City Center, FL 33573

Smith Living Trust
c/o David & Kathleen Smith, Trustees
6765 Armand Place
Pinellas Park, FL 33781

Jerilyn and Michael Stein
11155 117th Lane
Largo, FL 35778

Natalie L. Stephen
4009 Travis Country Circle
Austin, TX 78735

Jack K. Stice
5759 Yorkshire Lane
Palm Harbor, FL 34685

David Stone
403 Heron Ave.
Naples, FL 34108

Barbara K. Stopyra
1602 New Bedford Dr.
Sun City Center, FL 33573

Marilyn & Leroy Stringham
29250 U.S. Highway 19N, #130
Clearwater, FL 33761

Miriam Suarez
Office of the United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Mary Swanson
9108 Jacinto St.
New Port Richey, FL 34655

Richard L. Swetman
1342 Rd 23
Continental, OH 45831

George A. Talcott
20000 U.S. 19 N.
Lot #716
Clearwater, FL 33764

Jeanette and J. Andre Tardiff
2586 Windwood Drive
Clearwater, FL 33763

J. Andre Tardif
c/o Carol A. Lawson, Esq.
2194 Main St., Suite J
Dunedin, FL 34698

Tatonka Capital Corporation
c/o Derek F. Meek, Esq.
Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203

Tatonka Capital Corporation
c/o Carol Hansen
1441 18th Street, Ste. 400
Denver, CO 80202

Tatonka Capital Corporation
c/o Robert B. Rubin, Esq.
Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203

Tatonka Capital Corporation,
c/o Marc P. Solomon, Esq.
Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203

Edward H. Temme
3533 Atlantis Drive
Holiday, FL 34691

| | | |
|---|---|---|
| The Cerberuses Eleven Trust<br>7723 Hamlet Drive<br>New Port Richey, FL 34653 | Cheryl M. Thibodeau<br>550 Green Hollow Road<br>Petersburgh, NY 12138 | Thorndale Investment Company<br>c/o Jennifer Chow<br>330 Spring Street, Apt. 2C<br>New York, NY 10013 |
| Chrstine Timmons<br>860 Casler Ave.<br>Clearwater, FL 33755 | R.M. Tinker<br>1702 Saffold Park Drive<br>Ruskin, FL 33570-5573 | Trans Continental Airlines, Inc.<br>127 West Church Street<br>Suite 350<br>Orlando, FL 32801 |
| Trans Continental Aviation, Inc.<br>c/o George E. Mills<br>PO Box 995<br>Gotha, FL 34734 | Trans Continental Management, Inc.<br>c/o George E. Mills<br>PO Box 995<br>Gotha, FL 34734 | Trans Continental Records, Inc.<br>127 West Church Street<br>Suite 350<br>Orlando, FL 32801 |
| Trans Continental Studios, Inc.<br>c/o Gerard A. McHale, Receiver<br>1601 Jackson St., Ste. 200<br>Ft. Myers, FL 33901 | Trans Continental Television Productions, Inc.<br>c/o George E. Mills<br>PO Box 995<br>Gotha, FL 34734 | Kathy Trask<br>2889 Fair Green Drive<br>Clearwater, FL 33761 |
| John Treadman, Sr. and June Jessen<br>5611 West Chapel Hill Road<br>Douglasville, GA 303135 | William A. Trowell<br>8013 Dell Drive<br>Tampa, FL 33613 | Sherwood D. Uhrmacher<br>700 N. Bentsen Palm Drive<br>Lot 66<br>Mission, TX 78572 |
| Sherwood D. Uhrmacher<br>c/o Patrick Davis, Esq.<br>PO Box 15933<br>Clearwater, FL 33766-5933 | United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 | Grace M. Valente<br>4562 Palmetto Cove W.<br>Jacksonville, FL 32258 |
| Frances H. Valentino<br>1320 Dickenson Drive<br>Clearwater, FL 33764-2906 | Sean Van Der Wilt<br>c/o Jason L. Turner<br>Lassiter, Tidwell, Davis, Keller & Hogan<br>150 Fourth Avenue North, Suite 1850<br>Nashville, TN 37219 | William H. Vanderlinde<br>5071 Flamingo Dr.<br>St. James City, FL 33956-2821 |
| Janet Walker<br>785 116 Ave. E<br>Treasure Island, FL 33706 | Erskin Walker<br>c/o Melba McCarter<br>515 E. Caretree Hwy.<br>PMB #402<br>Phoenix, AZ 85085 | Harold Walter<br>740 E. Broadway, Apt. 3P<br>Long Beach, NY 11561 |
| Robert and Dorothy Walton<br>7975 58th Ave. North #402<br>St. Petersburg, FL 33709 | Washington Mutual Bank<br>c/o Suzanne E. Gilbert, Esq.<br>PO Box 1526<br>Orlando, FL 32802 | Washington Mutual Bank<br>PO Box 44090<br>Jacksonville, FL 32231 |
| Richard Blackstone Webber, II<br>315 East Robinson St Ste 600<br>Orlando, FL 32801 | William White<br>3N151 Sylvan Drive<br>Elburn, IL 60119 | Joe Wilastro<br>5 Vista Drive<br>Flanders, NJ 07836 |

Ronald P. and Shirley B. Wldes, TTEE
11800 Park Blvd., Unit 501
Seminole, FL 33772

Leroy or Norma J. Willmirth
4784 Arbor Ct.
Decatur, IL 62526

John Woltering
PO Box 66306
St. Petersburg Beach, FL 33736

World Fuel Services, Inc.
c/o Edward J. O'Sheehan
200 East Broward Blvd.
National City Center, Suite 2100
Ft. Lauderdale, FL 33301

Stanley or Sofie Wykret
1669 Swallow Trail Dr.
New Port Richie, FL 34653

Mildred Zimmerman
8225 Vendome Blvd.
Pinellas Park, FL