# EXHIBIT B

ORLANDO PREDATORS FOOTBALL TEAM, L.L.C.
SUBSCRIPTION AGREEMENT FOR MEMBERSHIP INTERESTS
COUNTERPART SIGNATURE PAGE

The undersigned hereby subscribes for the amount of Membership Interests set forth below, and agrees to be bound by the terms of the Subscription Agreement and the Purchaser Questionnaire of which this Agreement is a part.

EXECUTED this _14_ day of _November_, 2003.

Dollar amount of Membership Interests for which subscription is made: $ _59,500.00_

For Natural Persons:

_____        _____
(Printed Name of Subscriber)            (Printed Name of Co-Subscriber)


_____        _____
(Signature of Subscriber)               (Signature of Co-Subscriber)

For Entities:
_Louis J. Pearlman Enterprises, LLC_
(Name of Entity)

By: _[signature]_
Title: _Chairman & President_

_09-1463665_
(Social Security or Employer I.D. Number)        (Social Security or Employer I.D. Number)

_1288 Park Avenue_
_Windermere, FL 34786_
(Address of Subscriber)                          (Address of Co-Subscriber)

ACCEPTANCE

Accepted this _14th_ day of _November_, 2003 at Orlando, Florida.

ORLANDO PREDATORS FOOTBALL TEAM, L.L.C.

By: _[signature]_
Its: Manager

854462_1

14