LOUIS J. PEARLMAN, et al.
Case No.: 6:07-bk-761 (Jointly Administered)
# AMENDED OFFICIAL SERVICE LIST
(Amended on November 1, 2007)

| | | |
|---|---|---|
| Tina Adkins<br>525 Loop Drive<br>Seguin, TX 78155 | Joseph or Sandra Adkison<br>1534 Clarcona-Ocoee Rd.<br>Ocoee, FL 34761 | American Bank of St. Paul<br>c/o Lynn James Hinson<br>PO Box 2346<br>Orlando, FL 32802-2346 |
| American Bank of St. Paul<br>c/o Gary L. Kluthe<br>1578 University Avenue W<br>St. Paul, MN 55104-3908 | American Bank of St. Paul<br>c/o William P. Wassweiler, Esq.<br>Lindquist & Vennum<br>4200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 | American Express Bank<br>c/o Gilbert Weisman<br>Becket & Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| American Express Centurion Bank<br>c/o Gilbert Weisman<br>Becket & Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | American Express Travel Related Services Co., Inc.<br>c/o Gilbert Weisman<br>Becket & Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claire and Frank Amorosano<br>522 Flying Eagle Drive<br>Clover, SC 29710 |
| Thomas Ando<br>4532 38th Street South<br>St. Petersburg, FL 33711 | Edward Anguilm<br>13119 Lk Pt. Blvd.<br>Belleville, MI 48111 | Jack A. Arnold<br>5018 Forstgreen Dr. E<br>Lakeland, FL 33811 |
| Raymond L. Audett, Jr.<br>836 Lafayette Ave.<br>Bohemia, NY 11716 | Backstreet Boys & Affiliated Entities<br>c/o Jason L. Turner<br>Lassiter, Tidwell, Davis, Keller & Hogan<br>150 Fourth Avenue North, Suite 1850<br>Nashville, TN 37219 | Backstreet Boys/Michael Oppenheim<br>c/o Clay Townsend<br>Morgan & Morgan PA<br>20 N. Orange Ave., Suite 1600<br>Orlando, FL 32801 |
| Baeza Jewelers, LLC<br>c/o Paul H. McLester, Esq.<br>100 South Orange Ave., Suite 200<br>Orlando, FL 32801 | Annette G. Baiocchi<br>24 Elm Court<br>South Orange, NJ 07079-2319 | Bank of Bozeman<br>c/o Thomas O. Ashby, Esq., Stace L. Hines, Esq., and Zoe R. Wade, Esq.<br>Baird Holm LLP<br>1500 Woodmen Tower<br>Omaha, NE 68102-2068 |
| The Bank of New York<br>c/o Keith Appleby<br>PO Box 1438<br>Tampa, FL 33601 | Sharyn & David Barber<br>6169 Woodstone Dr.<br>Naples, FL 34112 | Viola Baron<br>12930 Dorman Rd.<br>Apt. 147<br>Pineville, NC 28134 |
| Lois Barscewski<br>36707 Jodi Ave.<br>Zephyrhills, FL 33542 | Paul J. Battista, Esq.<br>Genovese Joblove & Battista PA<br>100 Southeast 2nd Street<br>44th Floor<br>Miami, FL 33131 | Jerry Beavon<br>2210 Platinum Drive<br>Sun City Center, FL 33573 |
| Belle Harbor Owner's Assoc., Inc.<br>c/o Michael J. Brudny, Esq.<br>200 North Pine Ave., Suite A<br>Oldsmar, FL 34677 | Julian Benscher<br>c/o Andrew M Brumby, Esq.<br>PO Box 4956<br>Orlando, FL 32802-4956 | Charles Berg<br>155 Winchester Ct.<br>Washington Township, NJ 07676 |

Jason Berg
155 Winchester Ct.
Washington Township, NJ 07676

Lindsay Berg
155 Winchester Ct.
Washington Township, NJ 07676

Mona R. Bermudez
PO Box 549
Dunnellon, FL 34430

Diane Berry and Morris Berry
8931 San Rae Road
Jacksonville, FL 32257

Robert W. Beyer
1310 Kings Way Lane
Tarpon Springs, FL 34688

Raymond and Nora Binning
1000 Heron Ct.
Dunedin, FL 34698-8209

Jennifer L. or David L. Blessing
2408 Arborwood Drive
Valrico, FL 33596

Lewis Blocker
10303 Early Mist Lane
Riverview, FL 33569

Leonard & Phyllis Boenig
28 Palm Court
Menlo Park, CA 94025-5755

Thomas Boenig
388 Boush St., #304
Norfolk, VA 23510

Eugene A. and Linda J. Boothby
1632 Sims Pl.
Lakeland, FL 33803

Robin Borland
2433 Appaloosa Tr.
Palm Harbor, FL 34685

Donald J. Brandel
10730 Del Prado Dr. W
Largo, FL 33774

Peggy A. Brockman
c/o Spiro J. Verras, Esq.
Bilirakis Law Group, PA
4538 Bartlet Road
Holiday, FL 34690

Edwin Brooks
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606-1698

Nina Brown
13904 Wellarferd Way
Tampa, FL 33626

Patricia W. Brown
2320 S. Flagler Ave.
Flagler Beach, FL 32136

Thelma M. Brown
3808 Boardwalk Pl.
Rusbin, FL 33570

Barbara J. Bruce
46 Bennington Dr., #2
Naples, FL 34104

Bracha Rollins Buford
4008 Greenmark Lane
Valrico, FL 33596

Karen or John Buono
237 Amesbury Circle
Sun City Center, FL 33573

Richard and Michele Busino
4601 Carson St., NE
St. Petersburg, FL 33703

Beatrice J. Cadieux
PO Box 111545
Naples, FL 34108

B. Brooks Campbell
200 N. Betty Lane, 4C
Clearwater, FL 33755

Rosemarie T. Canavan
6494 7th Ave.
Circle W
Bradenton, FL 34209

John & Nancy Cannon
4470 Gaston St.
Spring Hill, FL 34607

Jerald C. Cantor
4000 Hollywood Blvd., Suite 375-S
Hollywood, FL 33021

Milutin Capric
616 Charlotte Ave.
Tarpon Springs, FL 34689

Julie Picard Carroza
145 Jacques Lane
South Windsor, CT 06074

Mary Castro
3114-W. Nassau St.
Tampa, FL 33607

| | | |
|---|---|---|
| Pat & Connie Cesare<br>68 Dial Ave.<br>DeBary, FL 32713 | L.B. or Daris Chastain<br>1440 Clarcona-Ocoee Rd.<br>Ocoee, FL 34761 | Wanda Chevalier<br>2811 Wood Pointe Drive<br>Holiday, FL 34691 |
| Jerry Childress<br>10421 E. Patience Ln.<br>Inverness, FL 34450 | Jody S. Chimbel<br>155 Winchester Ct.<br>Washington Township, NJ 07676 | CitiCapital<br>4650 Regent Blvd., Suite #200<br>Irving, TX 75063 |
| CitiCapital<br>c/o Leslie S. White, Esq.<br>PO Box 3146<br>Orlando, FL 32802-3146 | Herbert Colten<br>25 Halifax Drive<br>Monroe Township, NJ 08831 | Colonial National Mortgage<br>c/o Peter E Lanning, Esq.<br>9204 King Palm Drive<br>Tampa, FL 33619-1328 |
| Michael Connelly<br>519 Wexford Drive<br>Venice, FL 34293 | Charlene Connelly<br>7510 Mako Drive<br>Hudson, FL 34667 | Peggy G. Cook and Robin L. Cook<br>c/o Andrea Teves Smith<br>PO Box 24628<br>Lakeland, FL 33802-4628 |
| Countrywide Home Loans, Inc.<br>c/o Natalie K. Curts, Esq.<br>3185 South Conway Road, Suite E<br>Orlando, FL 32812-7315 | Richard Coyle<br>8504 Siciliano St.<br>Boynton Beach, FL 33472 | Joann M. Croft<br>330 Promenade Drive, #304<br>Dunedin, FL 34698 |
| Laura Cuddy<br>699 Haben Blvd., Apt. 113<br>Palmetto, FL 34221-7106 | William C. Culp or Patsy R. Culp<br>350 Liberty Rd.<br>Wickliffe, KY 42087 | Gerald Cummings<br>6503 Amundson Ct.<br>Tampa, FL 33634 |
| Jack Dalton<br>5820 Lake Oak Landing<br>Cumming, GA 30040 | David A. and Deborah Jean Dasinger<br>5846 Eight Point Lane<br>Lakeland, FL 33811 | Mark R. Davis<br>222 Branch Hill St.<br>Tampa, FL 33612 |
| Dolores L. DeCoster<br>3088C Grovewood Blvd.<br>Palm Harbor, FL 34683-2435 | Denise D. Dell-Powell, Esq.<br>Akerman Senterfitt<br>PO Box 231<br>Orlando, FL 32802-0231 | Merrie K. Demerchart<br>2788 Browning Ridge Drive<br>Sumter, SC 29154 |
| Hursel A. Dennison, Jr.<br>5408 Brown Rd.<br>Ocean Springs, MS 39564 | Wilfred & Delma Depweg<br>530 So. 3d Street<br>Coldwater, OH 45828 | Mervin Dickerson<br>18211 Sunset Blvd.<br>Redington Shores, FL 33708 |
| Frederic J. DiSpigna<br>Law Office of David J. Stern, PA<br>801 S. University Drive, Suite 500<br>Plantation, FL 33324 | Gerald E. Doty<br>4936 34th Ave. North<br>St. Petersburg, FL 33710 | Jerome Dubaka[1]<br>10325 S. Kenton<br>Oaklawn, IL 60453 |

| | | |
|---|---|---|
| David and Mary Eberiel<br>15 Donna Road<br>Chelmsford, MA 01824 | Michael Egan<br>57 Knight Lane<br>Kings Park, NY 11754 | Bridget and John Egar<br>2815 Bridlewood Ct.<br>Palm Harbour, FL 34683 |
| Ruth Elk<br>10 Teak Rd.<br>Wayne, NJ 07470 | Entercom<br>c/o Szabo Associates<br>3355 Lenox Rd. NE, 9th Floor<br>Atlanta, GA 30326-1232 | Rachel M. Enwright<br>90 Old Road<br>Dracut, MA 08126 |
| Thomas K. Equels, Esq.<br>390 N. Orange Ave., Suite 1210<br>Orlando, FL 32801-1626 | Erling Rikensrud & Helen Sowder Trust<br>1639 Fieldfare Ct.<br>Dunedin, FL 34698 | David Esch<br>16648 Antero St.<br>Broomsfield, CO 80023 |
| Gerald Esch<br>3510 Hughes Dr.<br>Mead, CO 80542 | Frank and Ann Estey<br>250 Child Road<br>Woodstock, CT 06281 | Robert A. Fagerquist<br>Nancy M. Fagerquist<br>9142 140th Way North<br>Seminole, FL 33776-2013 |
| Patrick M. and Susan T. Farrell<br>12091-185th Street, North<br>Jupiter, FL 33478 | Emil Fatovic<br>5216-81st St. N. #25<br>St. Petersburg, FL 33709 | Janah Feldman<br>87 Lafayette Avenue, #2<br>Brooklyn, NY 11217 |
| Stephen Feldman<br>23 Regina Rd.<br>Morganville, NJ 07751 | Robert and Mary Felten<br>7275 W. Milwe Lane<br>Crystal River, FL 34429 | Donald Fetterhoff<br>5055 29th St. So.<br>St. Petersburg, FL 33712 |
| Sylvia Fieman<br>7280 Amberly Ln., #102<br>Delray Beach, FL 33446 | Carl Flodeen<br>2003 Hampstead Cir<br>Sun City Center, FL 33573 | First International Bank & Trust<br>c/o Robert F. Higgins, Esq.<br>Lowndes, Drosdick, Doster, Kantor and Reed, P.A.<br>PO Box 2809<br>Orlando, FL 32802 |
| First National Bank & Trust Co. of Williston<br>c/o Raymond V. Miller, Esq.<br>Gunster Yoakley & Stewart PA<br>2 South Biscayne Blvd., Suite 3400<br>Miami, FL 33131 | First National Bank & Trust, Co. of Williston<br>c/o Rick Nichols<br>PO Box 1827<br>Williston, ND 58802-1827 | First National Bank and Trust Co. of Williston<br>c/o Richard P. Olson, Esq.<br>PO Box 1180<br>Minot, ND 58702-1180 |
| Paul & Veronica Fonteyne<br>7100 Ulmerton Rd., #632<br>Largo, FL 33771 | Angelo M. Forte<br>2005 Lake Linda Circle<br>Lutz, FL 33558 | Frances Bogal<br>Stanley Bogal as Executor of the Estate of Rae Lehrer, deceased<br>12 David Drive<br>Syosset, NY 11791 |
| Seymour C. Frank<br>3 Pheasant Trail<br>Coram, NY 11727 | Mary W. Fredendall<br>409 Aquarius Dr., SW<br>Hartselle, AL 35640 | Joseph S. Frost<br>1331 Dorothy Drive<br>Clearwater, FL 33764 |

Vanessa Fuson as Power of Attorney for
Vincent Cobb
7655 Purple Martin Way
Dexter, MI 48130

Stephanie Garner
3408 Fairfield Trail
Clearwater, FL 33761

Donas & Wanda Garrett
4906 Reagan Ave.
Seffner, FL 33584

Raymond Gaylor
7922 Coral Pointe Dr.
Delray Beach, FL 33446

Robert N. Gilbert, Esq.
Carlton Fields PA
PO Box 150
West Palm Beach, FL 33402

Joseph Gleason
7032 Whitemarsh Circle
Bradenton, FL 34202

Nobia H. Godfrey
279 River Lane SW
Rome, GA 30165

Ann and Robert Goebel
79 Onderdonk Rd.
Warwick, NY 10990

Marilyn M. Goldaber
2451 Brickell Avenue, 9D
Miami, FL 33129

Jack Gow
2400 Franciscan Dr., #26
Clearwater, FL 33763

Theodore J. Granoski
2115 Heron Dr.
Lake Wales, FL 33859

Leonard A. Gravitz
701 Waterview Lane
Tarpon Springs, FL 34689

Arnold Grohskopf
101 Harbor Woods Circle
Safety Harbor, FL 34695

Marilyn L. Hall
1723 Council Drive
Sun City Center, FL 33573

Heskell L. and Eleanor M. Hammond
1251 Trimmer St.
Logan, OH 43138

Mark Hanna, Esq.
A/F Velma Bartuszevige, Trustee
9510 S. Durand Rd.
Durand, MI 48429

Conrad P. Hanson
3313 Silver Hill Dr.
Holiday, FL 34691

Harold & Marilyn M. Reid Trust
101 Trinity Lakes Drive
Apt. 344
Sun City Center, FL 33573

Nanor Harutunian
27-09 167 St.
Flushing, NY 11358

Gerald E. Haslouer
24676 Dietz Drive
Bonita Springs, FL 34135

Kathleen M. Hedberg
Bernard and Lucille Jeritz
C. Boyson J. Jeritz
1040 Main St., #178
Dunedin, FL 34698

Rhoda Hedrick
c/o R. Eric Rubio, Esq.
510 Vonderburg Dr., Suite 3004
Brandon, FL 33511

Sharon M. Helton
4802 Castledown Road
Colorado Springs, FL 80917

Emil Hengstwerth
32 Colony Road
Edgewater, NJ 07020

Rose Herbstman
2210 Avenue R
Brooklyn, NY 11229

Frances Hillman
2801 Fairgate Road
Midlothian, VA 23112

Konrad Mayer Hofer
599 S. Collier Blvd. #304
Marco Island, FL 34145

Stephen J. or Faye L. Hoffman
3891 Whistlewood Circle
Lakeland, FL 33811

Glenn Hoffman
733 Carpenters Way #6
Lakeland, FL 33809

John Huey
5001 Edgewater Lane
Oldsmar, FL 34677

Glenna Sue Hutcheson
4629 Lake Kotsa Dr.
Lake Wales, FL 33898

Robert R. Hutchinson
55 Pleasant Circle
Plant City, FL 33565

Carmen L. Hutto
242 Country Lane
Plant City, FL 33565

Donna A. Ingraham
2210 Platinum Drive
Sun City Center, FL 33573

Integra Bank
c/o Lawrence E. Rifken, Esq.
McGuire Woods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102

Integra Bank
c/o Jeffrey L. Devine
PO Box 868
Evansville, IN 47705-0868

Internal Revenue Service
Post Office Box 35045, Stop 5720
Jacksonville, FL 32202

International Law Group, LLC
P.O. Box 10614
Tampa, FL 33679

Josepha and Michael Izak
6 Village Walk
Ponte Vedra Beach, FL 32082

Bruni Jaeger
16 Emerald Bay Dr.
Oldsmar, FL 34677

Clyde Jenkins
2211 Village Hil Drive
Valrico, FL 33594

Harry L. Jennings
c/o Mark S. Guralnick
Tampa Bay Park Lake Pointe II Ste 100
3111 W Dr Martin Luther King Jr Blvd
Tampa, FL 33607

Robert D. Jordan
506 Planters Wood Court
Valrico, FL 33594

Soneet R Kapila
Post Office Box 14213
Fort Lauderdale, FL 33302

George Karam
944 Symphony Isles Blvd.
Apollo Beach, FL 33572

Clara L. Kazor
3622 97th Av.
Pinellas Park, FL 33782

Mary P. Kelly
34 Donald Place
Waldwick, NJ 07463

Jill E. Kelso, Esq.
Akerman Senterfitt
PO Box 231
Orlando, FL 32802-0231

Stephen M. and Marilyn J. Kenworthy
PO Box 641
Sparr, FL 32192

John R. Kiefner, Jr., Esq.
A/F Various Creditors
146 Second Street N.
Suite 300
St. Petersburg, FL 33701

Richard Kiran
3506 Landale Dr.
Holiday, FL 34691

Donald R. Kirk, Esq.
Folwer White Boggs Banker PA
PO Box 1438
Tampa, FL 33601

Geraldine Klein
7B Berkshire Drive
Monroe Township, NJ 08836

Donald and Carole Knighton
3538 Garrard Rd.
Ft. Meade, FL 33841

William P. and Gayle J. Knoll
188 Fairview Ridges Drive
Afton, TN 37616

Joan P. Knott, Personal Representative
Estate of William J. Hinke
47 Farragut Drive
Brick, NJ 08723

James J. Koffman
1021 Palm Drive
Belleair Beach, FL 33786

Anthony or Patricia Kohn
5615 Sawyer Rd.
Lakeland, FL 33810

AnnMarie W. Kokash
5540 67th Ave.
Pinellas Park, FL 33781

John C. Kolterman, Jr.
4620 Preston Woods Drive
Valrico, FL 33594

Larry or Joann Koza
16604 Plum-Rose Ct.
Tampa, FL 33618

Anthony M. and Vicki M. Kral
9602 Springmeadow Dr.
New Port Richie, FL 34655

Steven D. Kris
4780 S. Lafayette Street
Englewood, CO 80113

Judy LaRose
1242 Stadler Dr.
Ft. Myers, FL 33901

James and Lorraine Lancaster
1200 Tuscany Lane
Bel Air, MD 21014

George Le Claire
Glensil House
Silchester Road
Glenageary, Co. Dublin IRELAND

Martin E. Leach, Esq.
A/F George E. Wardally and Ronald Rooks
Feiler & Leach, PL
The American Airlines Building
901 Ponce De Leon Blvd.
Penthouse Suite
Coral Gables, FL 33131

James A. Leinenbach
3663 58th Ave., N. L737
St. Petersburg, FL 33714

Jean Leitton
6847 Lantana Bridge Rd., #201
Naples, FL 34109

Carl & Teena Ley
27250 High Seas Lane
Bonita Springs, FL 34135

Elinor V. Liles and David J. O'Donell
7003 Alafia Drive
Riverview, FL 33578

Dan and Janice Litvin
2817 N. Lakewood Ave.
Chicago, IL 60657-4105

Irving & Bernice Locker
122 Van Houten Ave.
Passaic, NJ 07055

Bette H. Lohr
2259 Costa Rican Drive, #51
Clearwater, FL 33763

Louis J. Pearlman Enterprises, Inc.
c/o Gerard A. McHale, Receiver
1601 Jackson St., Ste. 200
Ft. Myers, FL 33901

Louis J. Pearlman Enterprises, LLC
c/o Gerard A. McHale, Receiver
1601 Jackson St., Ste. 200
Ft. Myers, FL 33901

Evan Love
PO Box 2997
Riverview, FL 33568

Frederick T. Lowe, Esq.
FLORIDA LAW GROUP, LLC
3907 Henderson Blvd., Suite 200
Tampa, FL 33629

Maxx Lowenstein
3227 Hunting Tweed Dr.
Owings Mills, MO 21117

David J. Luehr
3724 Eagle Hammock Drive
Sarasota, FL 34240

Prenka Lulgjuraj
4847 Tigertail Ct.
New Port Richie, FL 34653

Andrew and Carol C. Macik
131 1st St., E
#103-7
Tierra Verde, FL 33715

Mary M. Maddox
5815 Westlope Drive
Austin, TX 78731

Ceasar or Suzanne Marston
1447 Palma Blanca Ct.
Naples, FL 34119

George and Debra Martin
6690 Burning Tree Drive
Seminole, FL 33777

George M. Massell
11752 Lake Aston Ct., #101
Tampa, FL 33626

Beverly Mathis, David D. Mathis, & Roberta Jordan
c/o Donald L Gaffney, Esq.
Snell & Wilmer LLP
One Arizona Center, 400 E Van Buren
Phoenix, AZ 85004-2202

David D. Mathis
11861 Sedgewick Dr.
Huntley, IL 60142

Gerald T. Maxwell
703 Golf Sea Blvd.
Apollo Beach, FL 33572

Geraldo or Bonnie Maxwell
47307 209th Pl.
McGregor, MN 55760

Lela J. Maxwell
266 Merrimon Ave.
Asheville, NC 28801-1218

Joyce Mayes, Trustee
904 Alpine Drive
Brandon, FL 33510-3510

Edna L. Mayo
5200 28th St., #418
St. Petersburg, FL 33714

MB Financial Bank NA
c/o Michael Weininger
Lupel Weininger LLP
30 N LaSalle St, Ste 3520
Chicago IL  60602

Charles F. and Melba L. McCarter
515 E. Carefree Hwy.
PMB #402
Phoenix, AZ 85085

Marion H. McCarthy
6729 Drewrys Blurr
Bradenton, FL 34203

Gerald McDermott
1007 N. Main St.
Pitman, NJ 08071

Nancy McFarlane
2075 Quailwood Lane
Spring Hill, FL 34606

Dorothy M. McGregor
2380 World Parkway Blvd.
Apt. 28
Clearwater, FL 33763

Breta McGuire
2034 Ashbury Drive
Clearwater, FL 33764

Gerard A. McHale, Receiver
c/o Michael C. Markham, Esq.
Johnson Pope Bokor Ruppel & Burns LLP
PO Box 1368
Clearwater, FL 33757

William Meares
c/o Lara Roeske Fernandez, Esquire
Trenam, Kemker
P.O. Box 1102
Tampa, FL 33601-1102

Frances or James Meegan
9142 Sunrise Drive
Largo, FL 33773

Terry Meltzer
155 Belleview Ave.
Center Moriches, NY 11934

Joanna Mesh
7 E 14th Street
Apt. 317
New York, NY 10003

Richard F. Meyer
1534-6 Mainsail Drive
Naples, FL 34114

Louis and Bonnie Mielke, Sr.
2609 Albert Rill Rd
Westminster, MD 21157

Jean I. Miller
6538 Green Acres Blvd.
New Port Richey, FL 34655

Kenneth D. Miller
6535 Stonington Dr.
Tampa, FL 33647

M. Kenneth Miller
10209 Devonshire Lake Drive
Tampa, FL 33647-3237

Ethan B. Minkin
c/o Snell & Wilmer L.L.P.
400 E. Van Buren Street, Suite 1900
Phoenix, AZ  85004-2202

Miguel A. and Teresa Miranda
12602 Castle Hill Drive
Tampa, FL 33624

Monty Montgomery
4705 1st Street NE, #338
St. Petersburg, FL 33703

Janet Mooney
PO Box 2644
Keywest, FL 33046

Juliana Moore
12320 Capri Circle N
Treasure Island, FL 33706

F. Moore
7500 E. Pocono Drive
Inverness, FL 34450

Charles Morrissey
39 Scenic Circle
Croten on Hudson, NY 10520

Susan B. Morrison, Esq.
A/F Donna S. Miller
1200 W. Platt St., Suite 106
Tampa, FL 33606

Mary Anne and Saeed Motlagh
8415 Orient Way NE
St. Petersburg, FL 33702

Leslyn E. and David W. Mueller
808 Granite Road
Brandon, FL 33510-3510

Kyran & Irma M. Murphy
1362 Breakers West Blvd.
West Palm Beach, FL 33411

Peter M. Murphy
PO Box 702
St. Petersburg, FL 33731

Shirley A. Murphy
8829 Karlen Rd.
Rome, NY 13440

Virginia A. Murray
5065 Dover St. NE
St. Petersburg, FL 33703

Margaret H. Nagy
3116 Reseda Ct.
Tampa, FL 33618

Lois Nevler
6744 Canary Palm Circle
Boca Raton, FL 33433

Joe Nicastro[2]
5 Vista Drive
Flanders, NJ 07836

Karen Norris
10118 Avonleigh Drive
Bonita Springs, FL 34135

Tara Novotny
1767-59th Circle S.
St. Petersburg, FL 33712

Official Committee of Unsecured Creditors
c/o Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, NY 10017

Official Committee of Unsecured Creditors
c/o Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl et al
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067-4100

Harriet R. Olesen
8000 Sailboat Key Blvd.
#200
St. Petersburg Beach, FL 33707

Anthony M. Orlando
5970 21st St. North
St. Petersburg, FL 33714

Oxford Financial of Hillsborough, Inc.
15304 Carrollton Lane
Tampa, FL 33624

Colleen M. Paglen
12301 Sunshine Lane
Treasure Island, FL 33706-5033

June Painter
1233 Fordham Drive
Sun City Center, FL 33573

Anastasios and Claire Papargirion
8101 Gulf Blvd.
St. Petersburg, FL 33706

Charles H. Parsons
2061 Massachesett Ave., NE
St. Petersburg, FL 33703-3403

Jay D. Passer
4100 W. Kennedy Blvd., Suite 322
Tampa, FL 33609

Harold Clyde Patterson
6204 Cyril Dr.
Dade City, FL 33523

Pausinga Family Trust
c/o John & Margery Pausinga
216 Golf Aire Blvd.
Winter Haven, FL 33884

Louis J. Pearlman
c/o R. Fletcher Peacock, Esq.
Federal Public Defender
201 S. Orange Avenue, Ste. 300
Orlando, FL 32801

Frank R. Pearson
705 Donado Ct.
Brandon, FL 33511

Patricia A. Pearson
4395 W. Avenida De Golf
Pace, FL 32571-3028

Berle Sue Philliips
6024 Honeysuckle Ln.
Brooksville, FL 34602

Ruth Picinich-Vidulich
351 Cameo Drive
Massapeque, NY 11758

Dolores Pisch
173 Egret Drive
Haines City, FL 33844-3338

Georgie and Jane Pittas
8422 Merrill Circle
Largo, FL 33777

Charles J. Plourde
33906 Mandrak Rd.
Wesley Chapel, FL 33543

Vera F. Polk
PO Box 158
10035 CR 39 South
Lithia, FL 33547

| | | |
|---|---|---|
| Marilyn D. Prouty<br>PO Box 143<br>Otter Creek, FL 32683 | Earl or Merrilly Pruden<br>948 Oakview Road<br>Tarpon Springs, FL 34689 | Mary A. Putnam<br>1825 New Jersey Rd.<br>Lakeland, FL 33803 |
| Joseph R. Radaker<br>3622 - 97 Ave. N.<br>Pinellas Park, FL 33782 | Linda E. Rams<br>702 Sky Lark Circle<br>Longwood, FL 32750 | Joseph Reale<br>45 Reel St.<br>Patchoque, NY 11772 |
| Rosemary Reimer<br>8606 Coral Creek Loop<br>Hudson, FL 34667 | Lyman & Bertha Rhodes<br>23268 McQueeney Ave.<br>Port Charlotte, FL 33980 | Elizabeth Ricciardelli<br>1717 Homewood Blvd., #192<br>Delray Beach, FL 33445 |
| Ruth M. Rice<br>9401 88th Way North<br>Largo, FL 33777 | Mary Kathryn Richardson<br>3141 McMullin Booth Rd., #303<br>Clearwater, FL 33761 | Jessica Rigler<br>1930 Johnson Furry Rd. NE<br>Apt. C<br>Atlanta, GA 30319 |
| Janet and William Ritola<br>11128 113th Ave.<br>Largo, FL 33778 | Judith Robbins<br>12200 Vonn Road, #1203<br>Largo, FL 33774 | Robert H. Orr Mgt. Trust<br>c/o Margaret A. Booth, Trustee<br>PO Box 666<br>Belton, TX 76513 |
| William Roberts<br>c/o David Plante<br>806 North Armenia Avenue<br>Tampa, FL 33609 | Sarah Robinson<br>38 Harbor Oaks Circle<br>Safety Harbor, FL 34695 | Sharon Rodd or Aaron Rodd<br>15304 Carrollton Lane<br>Tampa, FL 33624 |
| Jerry L. Roglitz<br>4701 8th Ave., South<br>St. Petersburg, FL 33711-1809 | Maureen T. Roy<br>PO Box 6038<br>Bradenton, FL 34281 | Jacqueline and Carl Rubin<br>9753 Lemonwood Way<br>Boynton Beach, FL 33437 |
| Paul Russo<br>7931 Bridgestone Dr.<br>Orlando, FL 32835 | Mary Frances Rutledge<br>1616 Chevy Chase Drive<br>Sun City Center, FL 33573-5320 | Susan Salmieri<br>860 Virginia Street<br>Apt. 209<br>Dunedin, FL 34698-6733 |
| Bradley M Saxton<br>a/f Bank of America, NA<br>PO Box 1391<br>Orlando, FL 32802-1391 | Douglas A. Saunders<br>12101 Forest Hills Drive<br>Tampa, FL 33612-4006 | Elizabeth P. Scalf<br>67 Rosewood Drive<br>Thonotosassa, FL 33592 |
| SCC Systems, Inc.<br>c/o Stuart Hettleman<br>500 Harborview Drive<br>Batltimore, MD 21230 | Joseph & Jeannette Schapiro<br>1100 So. Belcher Rd., #123<br>Largo, FL 33771 | Ione Schatzman<br>122 Van Houten Ave.<br>Passaic, NJ 07055 |

| | | |
|---|---|---|
| B. Clogene Schons and Jerry R. Schons<br>9941 River Drive<br>Gibsonton, FL 33534 | Harry W. and Roena A. Schons<br>6172 Kelvin Ct.<br>Spring Hill, FL 34606 | Salvatore Scutari<br>57C Galewood Drive<br>Matawan, NJ 07747 |
| Securities and Exchange Commission<br>Atlanta District Office<br>Bankruptcy Division<br>3475 Lenox Road, N.E., Suite 1000<br>Atlanta, GA 30326-1232 | Julie Sherrier<br>4205 Kachina Drive<br>Austin, TX 78735 | Joanne Simpson<br>11020 Mooney Lane<br>Hudson, FL 34664 |
| Karen Singer, MD, Trustee<br>2760 E. Bay Isle Drive, SE<br>St. Petersburg, FL 33705 | Arthur Slack<br>818 La Jolla Ave.<br>Sun City Center, FL 33573 | Smith Living Trust<br>c/o David & Kathleen Smith, Trustees<br>6765 Armand Place<br>Pinellas Park, FL 33781 |
| James W. and Frances E. Smoot<br>5935 15th St., North<br>St. Petersburg, FL 33703 | Betty E. Spivy and Albert D. Brown<br>1604 Oracle Drive<br>Ruskin, FL 33573 | Jerilyn and Michael Stein<br>11155 117th Lane<br>Largo, FL 35778 |
| Natalie L. Stephen<br>4009 Travis Country Circle<br>Austin, TX 78735 | Jack K. Stice<br>5759 Yorkshire Lane<br>Palm Harbor, FL 34685 | David Stone<br>403 Heron Ave.<br>Naples, FL 34108 |
| Barbara K. Stopyra<br>1602 New Bedford Dr.<br>Sun City Center, FL 33573 | Marilyn & Leroy Stringham<br>29250 U.S. Highway 19N, #130<br>Clearwater, FL 33761 | Miriam Suarez<br>Office of the United States Trustee<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 |
| Mary Swanson<br>9108 Jacinto St.<br>New Port Richey, FL 34655 | Richard L. Swetman<br>1342 Rd 23<br>Continental, OH 45831 | Dominque Swette<br>3100 N. Ocean Blvd., #1707<br>Ft. Lauderdale, FL 33308 |
| George A. Talcott<br>20000 U.S. 19 N.<br>Lot #716<br>Clearwater, FL 33764 | Jeanette and J. Andre Tardiff<br>2586 Windwood Drive<br>Clearwater, FL 33763 | J. Andre Tardif<br>c/o Carol A. Lawson, Esq.<br>2194 Main St., Suite J<br>Dunedin, FL 34698 |
| Tatonka Capital Corporation<br>c/o Derek F. Meek, Esq.<br>Burr & Forman LLP<br>3100 SouthTrust Tower<br>420 North 20th Street<br>Birmingham, AL 35203 | Tatonka Capital Corporation<br>c/o Carol Hansen<br>1441 18th Street, Ste. 400<br>Denver, CO 80202 | Tatonka Capital Corporation<br>c/o Robert B. Rubin, Esq.<br>Burr & Forman LLP<br>3100 SouthTrust Tower<br>420 North 20th Street<br>Birmingham, AL 35203 |
| Tatonka Capital Corporation,<br>c/o Marc P. Solomon, Esq.<br>Burr & Forman LLP<br>3100 SouthTrust Tower<br>420 North 20th Street<br>Birmingham, AL 35203 | Justine Tatum<br>14244 Neptune Rd<br>Seminole, FL 33776 | Edward H. Temme<br>3533 Atlantis Drive<br>Holiday, FL 34691 |

The Cerberuses Eleven Trust
7723 Hamlet Drive
New Port Richey, FL 34653

Cheryl M. Thibodeau
550 Green Hollow Road
Petersburgh, NY 12138

Thorndale Investment Company
c/o Jennifer Chow
330 Spring Street, Apt. 2C
New York, NY 10013

Chrstine Timmons
860 Casler Ave.
Clearwater, FL 33755

R.M. Tinker
1702 Saffold Park Drive
Ruskin, FL 33570-5573

Alberta Tognetti
1234 Lyndhurst Greens Dr.
Sun City Center, FL 33573

Mildred A. Trahman
2415 Emerald Lake Drive
Apt. 205
Sun City Center, FL 33573

Trans Continental Airlines, Inc.
127 West Church Street
Suite 350
Orlando, FL 32801

Trans Continental Aviation, Inc.
c/o George E. Mills
PO Box 995
Gotha, FL 34734

Trans Continental Management, Inc.
c/o George E. Mills
PO Box 995
Gotha, FL 34734

Trans Continental Records, Inc.
127 West Church Street
Suite 350
Orlando, FL 32801

Trans Continental Studios, Inc.
c/o Gerard A. McHale, Receiver
1601 Jackson St., Ste. 200
Ft. Myers, FL 33901

Trans Continental Television Productions, Inc.
c/o George E. Mills
PO Box 995
Gotha, FL 34734

Kathy Trask
2889 Fair Green Drive
Clearwater, FL 33761

John Treadman, Sr. and June Jessen
5611 West Chapel Hill Road
Douglasville, GA 303135

William A. Trowell
8013 Dell Drive
Tampa, FL 33613

Rosemary Truisi
308 16th Ave.
Indian Rocks Beach, FL 33785

Andrew & Pauline Tsoutsanis
240 Sand Key Estates Dr., Unit 77
Clearwater, FL 33767-2977

Martha L. Tuttle
3740 Williams Landing Circle
Apt. 4-308
Tampa, FL 33610-9141

Sherwood D. Uhrmacher
700 N. Bentsen Palm Drive
Lot 66
Mission, TX 78572

Sherwood D. Uhrmacher
c/o Patrick Davis, Esq.
PO Box 15933
Clearwater, FL 33766-5933

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Grace M. Valente
4562 Palmetto Cove W.
Jacksonville, FL 32258

Frances H. Valentino
1320 Dickenson Drive
Clearwater, FL 33764-2906

Christianus J. and Leonie C. Van Der Ham
9278 Benrock Road
Spring Hill, FL 34608

Sean Van Der Wilt
c/o Jason L. Turner
Lassiter, Tidwell, Davis, Keller & Hogan
150 Fourth Avenue North, Suite 1850
Nashville, TN 37219

William H. Vanderlinde
5071 Flamingo Dr.
St. James City, FL 33956-2821

Spiro J. Verras
4538 Bartelt Rd.
Holiday, FL 34690

Richard Vidulich
106 Greentrees Circle
Jupiter, FL 33458

Theresa Waldron
PO Box 438
Lecanto, FL 34460

Janet Walker
785 116 Ave. E
Treasure Island, FL 33706

Erskin Walker
c/o Melba McCarter
515 E. Caretree Hwy.
PMB #402
Phoenix, AZ 85085

Leanna S. Wallace
635 Greenwood Village Blvd., Apt. C
W. Melbourne, FL 32904

Harold Walter
740 E. Broadway, Apt. 3P
Long Beach, NY 11561

Robert and Dorothy Walton
7975 58th Ave. North #402
St. Petersburg, FL 33709

Washington Mutual Bank
c/o Suzanne E. Gilbert, Esq.
PO Box 1526
Orlando, FL 32802

Washington Mutual Bank
PO Box 44090
Jacksonville, FL 32231

Richard Blackstone Webber, II
315 East Robinson St Ste 600
Orlando, FL 32801

Raymond and Joan Weiss
2021 East View Drive
Sun City Center, FL 33573

Robert A. Westbury
2503 Avalon Drive
Troy, MI 48083

William White
3N151 Sylvan Drive
Elburn, IL 60119

Ronald P. and Shirley B. Wldes, TTEE
11800 Park Blvd., Unit 501
Seminole, FL 33772

Leroy or Norma J. Willmirth
4784 Arbor Ct.
Decatur, IL 62526

Charles J. Wink
4725 Cove Circle
Unit 401
St. Petersburg, FL 33708

John Woltering
PO Box 66306
St. Petersburg Beach, FL 33736

World Fuel Services, Inc.
c/o Edward J. O'Sheehan
200 East Broward Blvd.
National City Center, Suite 2100
Ft. Lauderdale, FL 33301

Stanley or Sofie Wykret
1669 Swallow Trail Dr.
New Port Richie, FL 34653

Mildred Zimmerman
8225 Vendome Blvd.
Pinellas Park, FL 33781

---

[1] The spelling of this creditor's last name has been corrected from Duboko to Dubaka.

[2] The Official Service List as amended on October 22, 2007 provided the name of this creditor as Joe Wilcastro. The name of this creditor has been corrected to Joe Nicastro.