UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re                                                    )
                                                         )
LOUIS J. PEARLMAN,                                       )      Case No. 6: 07-bk-00761-ABB
                                                         )
            Debtor.                                      )
_____)

ORDER DIRECTING CLERK TO SEAL DOCUMENTS

THIS CASE came on for consideration on the Motion for Order Directing the Clerk of the Court to remove from the docket certain pages as to Aaron Carter's Motions to Compel Trustee to Assume or Reject Management Contract and Recording Contract (the "Motion") (Document No. 844).  After reviewing the record, the Court finds that an order directing the Clerk to seal documents should be entered until further Order of this Court. Accordingly, it is

ORDERED, ADJUDGED, and DECREED that:

1. The Clerk of Court is directed to place under Court seal the following documents pending a final ruling on the Motion for Order Directing the Clerk of the Court to remove from the docket certain pages as to Aaron Carter's Motions to Compel Trustee to Assume or Reject Management Contract and Recording Contract (Document No. 844):

    a. Motion to Compel The Debtors to Assume or Reject Management Contract; To Compel Debtors' Performance Pending Assumption or Rejection; To Compel Debtors' Performance Under 11 U.S.C. Section 365(d)(3) with all supporting documentation (Document No. 224);

    b. Motion to Compel The Debtors to Assume or Reject Recording Contract; To Compel Debtors' Performance Pending Assumption Or Rejection; To Compel Debtors' Performance Under 11 U.S.C. Section 365 (d)(3) with all supporting documentation (Document No. 225); and

    c. Order Granting in Part, the Motion of Aaron Carter to Compel Debtor to Assume or Reject Management Contract and Recording Contract; to Compel Debtor's Performance Under 11 USC Sec 365(D)(3); to Enforce the Terms of Letter of Agreement with all supporting documentation (Document No. 677).

  2. The Documents (Document Nos. 224, 225 and 677) shall remain under Court seal until further Order of this Court.

  Dated at Orlando, Florida, this 9th day of November, 2007.

                _____
                ARTHUR B. BRISKMAN
                United States Bankruptcy Judge