**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: | |
| **LOUIS J. PEARLMAN,** *et al.*, | **CASE NO.: 6:07-bk-00761-ABB** |
| | **CHAPTER 11** |
| Debtors. | Jointly Administered |
| _____/ | |

## NOTICE OF REMOVAL OF CREDITOR FROM PARTIES IN INTEREST LIST

Soneet R. Kapila, as Chapter 11 Trustee, by and through his undersigned attorneys, hereby files this notice of removal of creditor, **LELA J. MAXWELL**, from the Parties in Interest List. Creditor, Lela J. Maxwell, has submitted a request to Trustee's counsel to be removed from the Parties in Interest List in the instant action and to only receive those documents as described in the Order Establishing Noticing Requirements in the Case of Trans Continental Airlines, Inc. (Dkt. No. 434) and the Notice of Requirement for Filing Written Request with Court to Be Included on Official Service List for Notice of Proceedings.

Dated this __25th__ day of January, 2008.

> Respectfully submitted,
>
> /s/ Denise D. Dell-Powell
> Denise D. Dell-Powell, Esq.
> Florida Bar No. 0890472
> Jill E. Kelso, Esq.
> Florida Bar No.: 0578541
> AKERMAN SENTERFITT
> 420 South Orange Avenue, 12th Floor
> Post Office Box 231 (32802-0231)
> Orlando, FL 32801-4904
> Phone: (407) 423-4000
> Fax: (407) 843-6610

{O1255512;1}

and

Michael I. Goldberg, Esquire
Florida Bar No.: 886602
**AKERMAN SENTERFITT**
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Ft. Lauderdale, FL 33301-2229
Phone: (954) 463-2700
Fax: (954) 463-2224
E-mail: Michael.Goldberg@akerman.com

**ATTORNEYS FOR SONEET R. KAPILA, CHAPTER 11 TRUSTEE**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing notice was sent via U.S. Mail this   25th   day of January, 2008 to: LELA J. MAXWELL, 266 Merrimon Ave., Asheville, NC 28801-1218.

/s/ Denise D. Dell-Powell
Denise D. Dell-Powell, Esq.

{O1255512;1}