

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Thursday
May 08, 2008

**HONORABLE ARTHUR B. BRISKMAN**                    COURTROOM A

CASE NUMBER: 07-00761-6B1      FILING DATE: 03/01/2007 (BAPCPA)     HEARING TIME: 10:00 A.M.

DEBTOR: LOUIS J PEARLMAN

Debtor atty: PRO SE
Trustee: UNITED STATES TRUSTEE - ORL

HEARING:

MOTION BY AARON CARTER COUNTER-PLAINTIFF TO COMPEL THE DEBTORS TO ASSUME OR REJECT MANAGEMENT CONTRACT; TO COMPEL THE DEBTORS' PERFORMANCE UNDER 11 U.S.C. SECTION 365(D)(3) (DOC #224)

2) MOTION BY AARON CARTER COUNTER-PLAINTIFF TO COMPEL THE DEBTORS TO ASSUME OR REJECT RECORDING CONTRACT; TO COMPEL THE DEBTORS' PERFORMANCE UNDER 11 U.S.C. SECTION 365(D)(3) (DOC #225 IN CASE NO. 07-761 AND DOC #84 IN CASE NO. 07-832)

AFFIDAVIT OF CLAY M. TOWNSEND IN SUPPORT OF AARON CARTER'S MOTION TO COMPEL THE DEBTORS TO ASSUME OF REJECT RECORDING CONTRACT; TO COMPEL DEBTORS' PERFORMANCE UNDER 11 U.S.C. SECTION 365(D)(3) (DOC #324)

3) P/M/R/S- AURORA LOAN SERVICES, LLC. (DOC #769)

4) MOTION BY TRUSTEE TO EXTEND DEADLINE TO FILE SCHEDULES, STATEMENTS, CREDITOR LISTS OR PROVIDE REQUIRED INFORMATION AND REQUEST FOR REGULARLY SCHEDULED STATUS CONFERENCES (DOC #69 IN CASE NO. 07-762)

5) MOTION BY TRUSTEE SONEET R KAPILA TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS, AND LISTS OF CREDITORS IN CASE NO. 07-4160 (DOC #27)

6) MOTION BY TRUSTEE SONEET R KAPILA TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS, AND



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Thursday
May 08, 2008

HONORABLE ARTHUR B. BRISKMAN                    COURTROOM A

CASE NUMBER: 07-00761-6B1      FILING DATE: 03/01/2007 (BAPCPA)    HEARING TIME: 10:00 A.M.

DEBTOR: LOUIS J PEARLMAN

Debtor atty: PRO SE
Trustee: UNITED STATES TRUSTEE - ORL

LISTS OF CREDITORS IN CASE NO. 07-4161  (DOC #27)


7) "FINAL EVIDENTIARY HEARING"

MOTION BY TRUSTEE FOR TURNOVER OF PROPERTY OF THE ESTATE RE: DOCUMENTS AND OTHER PROPERTY FROM ULTIMATE MOTOR WORKS  (DOC #423)


8) ORDER TO SHOW CAUSE DIRECTED TO RECA RENE CHAMBERLAIN TO SHOW CAUSE WHY SHE AND HER FIRM SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR THEIR FAILURE TO COMPLY WITH THE FEBRUARY 5, 2008 ORDER AND WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST HER AND HER FIRM PURSUANT TO 11 U.S.C. SECTION 105(A) AND THE COURT'S INHERENT POWERS
(DOC #1130)


9) EX-PARTE MOTION BY RECCA RENE CHAMBERLAIN FOR RECONSIDERATION OR TO ALTER/AMEND ORDER TO SHOW CAUSE DATED MARCH 11, 2008 (DOC #1137)


10) ORDER ON MOTION FOR RECONSIDERATION, CHAMBERLAIN DIRECTED TO SUBMIT TO THE COURT DOCUMENTS BY APRIL 7, 2008 (DOC #1171)


NOTICE BY ALAN PEARLMAN , ESQUIRE, OF COMPLIANCE  OF ORDER (DOC #1184)


11) EX PARTE MOTION BY ALAN PEARLMAN TO WITHDRAW AS COUNSEL FOR RECCA RENE CHAMBERLAIN (DOC #11820)



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Thursday
May 08, 2008

HONORABLE ARTHUR B. BRISKMAN                     COURTROOM A

CASE NUMBER: 07-00761-6B1        FILING DATE: 03/01/2007 (BAPCPA)    HEARING TIME: 10:00 A.M.

DEBTOR: LOUIS J PEARLMAN

Debtor atty: PRO SE
Trustee: UNITED STATES TRUSTEE - ORL

12) P/M/R/S- JACK PENNEL (DOC #1189)

13) P/M/R/S- ROBERT ZLATKISS (DOC #1191)

14) MOTION BY TRUSTEE TO SELL PROPERTY FREE AND CLEAR OF LIENS FOR THE BANKRUPTCY ESTATE OF LOUIS J. PEARLMAN ENTERPRISES, LLC  (DOC #1224)

15) MOTION BY TRUSTEE TO SHORTEN TIME TO PROVIDE NOTICE OF HEARING ON CHAPTER 11 TRUSTEE'S MOITON TO SELL PROPERTY FREE AND CLEAR OF LIENS FOR THE BANKRUPTCY ESTATE OF LOUIS J. PEARLMAN ENTERPRISES, LLC  (DOC #1225)


APPEARANCES:

ESTER MCKEAN- POWELL: TEE ATTY

BRAD SAXTON: BOA

MIRIAM SUAREZ: UST

RECA RENEE CHAMBERLAIN: ATTY

JEANNE KRAFT: JACK PENNEL
                ROBERT ZLATKISS

ELIZABETH GREEN: ADORNO/PERLMAN

TONY MCDONALD: AURORA


RULING:

AS TO THE AARON CARTER MOTIONS- CONTINUED TO 7/16/8 AT 10:00 A.M. (A.O.C.N.F.N.G)



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Thursday
May 08, 2008

HONORABLE ARTHUR B. BRISKMAN                     COURTROOM A

CASE NUMBER: 07-00761-6B1       FILING DATE: 03/01/2007 (BAPCPA)    HEARING TIME: 10:00 A.M.

DEBTOR: LOUIS J PEARLMAN

Debtor atty: PRO SE
Trustee: UNITED STATES TRUSTEE - ORL

AS TO THE M/R/S BY AURORA- TRUSTEE TO FILE A MOTION TO ABANDON TO BE NOTICED FOR 6/5/8 AT 10:00 A.M., MOTION FOR RELIEF CONTINUED TO SAME DATE AND TIME

AS TO MOTIONS TO EXTEND TIME TO FILE SCHEDULES- GRANTED, EXTENDED 60 DAYS, ORDER BY MCKEAN

AS TO MOTION BY TRUSTEE FOR TURNOVER- TRUSTEE TO AMEND IN 10 DAYS, CONTINUED TO 7/16/8 AT 10:00 A.M. (A.O.C.N.F.N.G.)

AS TO ORDER TO SHOW CAUSE- CHAMBERLAIN PRESENTED DOCUMENTS IN COURT FOR IN CAMERA REVIES, COURT WILL REVIEW AND ISSUE AN ORDER, CHAMBERLAIN EXCUSED FROM ATTENDING FUTURE HEARINGS UNLESS ORDERED BY THE COURT
"UNDER ADVISEMENT"

AS TO MOTION TO BY PERLMAN TO WITHDRAW- GRANTED, ORDER BY PERLMAN

AS TO P/M/R/S BY FENEL AND ZLATKISS- CONTINUED TO 6/23/8 AT 10:30 A.M. (A.O.C.N.F.N.G.)

AS TO MOTION BY TRUSTEE TO SELL PROPERTY FREE AND CLEAR- GRANTED, ORDER BY MCKEAN

AS TO MOTION BY TRUSTEE TO SHORTEN TIME- GRANTED, ORDER BY MCKEAN

AS TO MOTION TO APPROVE COMPROMISE IN ADVERSARY 07-33- APPROVED, ORDER BY MCKEAN