IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| In Re: | Louis J. Pearlman | ) | Case No. 6:07-bk-00761-ABB (lead) |
|---|---|---|---|
| | Trans Continental Records, Inc. | ) | |
| | Louis J. Pearlman Enterprises, Inc. | ) | |
| | | ) | Chapter 11 |
| | Debtors. | ) | Judge Briskman |

**ORDER GRANTING AGREED MOTION TO CONTINUE HEARING ON MOTION BY AARON CARTER TO COMPEL THE DEBTORS TO ASSUME OR REJECT RECORDING CONTRACT; TO COMPEL DEBTORS' PERFORMANCE PENDING ASSUMPTION OR REJECTION; TO COMPEL DEBTORS' PERFORMANCE UNDER 11 U.S.C. §365(d)(3)**

This matter came before the Court upon the *Agreed Motion To Continue Hearing On Motion By Aaron Carter To Compel The Debtors To Assume Or Reject Recording Contract; To Compel Debtors' Performance Pending Assumption Or Rejection; To Compel Debtors' Performance Under 11 U.S.C. § 365(d)(3) Filed In The Cases Of Louis J. Pearlman, Trans Continental Records, Inc. and Louis J. Pearlman Enterprises, Inc*. (Dkt. No. 2656; the "Motion"). Having considered the relief requested in the Motion, it is

**ORDERED:**

1. The Motion is GRANTED.

2. The continued hearing on the issue of ownership of any and all copyright interests or other intellectual property interests addressed in the Motion to Compel Debtor to Assume or Reject Management Contract; to Compel Debtors' Performance Pending Assumption or Rejection; to Compel Debtors' Performance under 11 U.S.C. § 365(d)(3) (Dkt. 224) and the Motion to Compel Debtors to Assume or Reject Recording Contract; to Compel Debtors' Performance Pending Assumption or

Rejection; to Compel Debtors' Performance under 11 U.S.C. § 365(d)(3) (Dkt. 225)

shall be continued to November 5, 2009 at 10:00 a.m. in Courtroom A.

**DONE AND ORDERED ON September 9, 2009.**

_____
Arthur B. Briskman
United States Bankruptcy Judge

Denise Dell-Powell, Esquire
Counsel for Trustee
Akerman Senterfitt
P.O. Box 231
Orlando, FL 32802 -0231

Clay Townsend
Counsel for Aaron Carter
Morgan & Morgan, P.A.
P.O. Box 4979
Orlando, FL 32802-4979

Robert L. Young
Counsel for Sony/BMG
Carlton Fields, P.A.
P.O. Box 1171
Orlando, FL 32802-1171

Kim L. Rappaport
Counsel for Sony/BMG
Sony/BMG Music Entertainment
550 Madison Avenue
New York, NY 10022