# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:

**LOUIS J. PEARLMAN**, *et al.,*         **CASE NO.: 6:07-bk-00761-ABB**
       **CHAPTER 11**

      **Debtor.**         **(Jointly Administered)**

_____/

### AMENDED[1] MOTION
### OF SONEET R. KAPILA, CHAPTER 11 TRUSTEE, FOR ORDER APPROVING
### (I) CASE MANAGEMENT PROCEDURES; (II) DISCOVERY PROTOCOL;
### (III) OMNIBUS HEARING DATES; (IV) NOTICE PROCEDURES;
### (V) PROCEDURES FOR DISPOSITIVE MOTIONS;
### (VI) CERTAIN TRIAL PROCEDURES; AND (VII) OTHER RELIEF

Pursuant to Section 105(a) of Title 11 of the United States Code, 11 U.S.C. §101

et seq. (the "Code"), Rules 7026, 7029, 9006(b) and (c), and 9007 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rules 7026 and 9014 of the

United States Bankruptcy Court for Middle District of Florida (the "Local Rules"),

Soneet R. Kapila, Chapter 11 Trustee for the Debtors in these jointly administered cases

("Trustee"), by and though his undersigned attorneys, respectfully requests that this Court

enter an Order (the "Adversary Procedures Order"), approving (i) case management

procedures; (ii) discovery protocol; (iii) omnibus hearing dates; (iv) notice procedures;

(v) procedures for dispositive motions; (vi) certain trial procedures; and (vii) other relief

in the adversary proceedings referenced below, ***which adversary proceedings specifically***

***exclude those adversary proceedings colloquially known as the "Bank Cases."***

---

[1] On July 15, 2009, Trustee filed a previous version of this Motion (Dkt. 2566) and withdrew it at a
subsequent hearing before the Court. With revisions, Trustee is now filing this Amended Motion.

Given the substantial number of adversary proceedings that Trustee has filed, the Adversary Procedures Order is an appropriate mechanism for the efficient and cost-effective management of (especially discovery) these adversary proceedings.

## ADVERSARY PROCEEDINGS BACKGROUND

1.       Trustee intends to prosecute approximately 250 adversary proceedings, exclusive of the Bank cases. This number is subject to possible further reduction as Trustee receives additional information from the defendants that might result in further dismissals of the defendants described either as the "net losers" or as "marginal winners" (i.e. those persons whose distributions did not equal or exceed $20,000.00).

2.       The adversary proceedings filed by Trustee can be divided or segregated into five (5) main categories, with each category having legal and factual issues common to that category to be decided by the Court:

a.       persons and entities who invested in the Employee Investment Savings Account program (the "EISA Program") established by Pearlman and TCA and received transfers from the EISA Program (the "EISA Cases");

b.       persons and entities who invested in another scheme established by Pearlman and TCA, which scheme offered investments in an entity called "Transcontinental Airlines Travel Services, Inc." (the "TCTS Stock Program"), and received transfers from the TCTS Stock Program (the "TCTS Stock Cases").

A list of the pending EISA Cases and TCTS Stock Cases is attached as **Exhibit A**[2];

    c.      individuals, law firms, and vendor corporations that received a transfer from a Debtor without providing reasonably equivalent value for such transfer (the "Vendor Cases"). A list of the pending Vendor Cases is attached as **Exhibit B**;

    d.      those individuals and corporations whose circumstances differ from the EISA Cases, TCTS Stock Cases, Vendor Cases, and Bank Cases (the "Other Cases" and collectively with EISA Cases, TCTS Stock Cases, and Vendor Cases, the "Adversary Proceedings").[3] A list of the Other Cases is attached as **Exhibit C**; and

    e.      financial institutions that allegedly received actual and constructively fraudulent transfers (the "Bank Cases"). A list of the Bank Cases is attached as **Exhibit D. This Motion does not apply to the Bank Cases**, which are subject to a Stay Order and possible test case order and should, therefore, be handled on a case-by-case basis.

## RELIEF REQUESTED

3.      With respect to all of the Adversary Proceedings filed in the jointly administered bankruptcy cases, Trustee seeks the entry of an Order establishing certain

---

[2] This list is the list after the culling of the adversary proceedings that were or are to be dismissed per Trustee's Motion to Compromise.

[3] In this Motion, the term "Adversary Proceedings" does **not** include the Bank Cases.

notice, case management, discovery, dispositive motion, trial, and other administrative procedures.

4. Section 105(a) of the Code provides, in relevant part: "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

5. Furthermore, Rule 7016, Federal Rules of Bankruptcy Procedure, provides, *inter alia*, for the issuance of case management orders that address the procedures proposed by Trustee in this motion.

6. Trustee proposes establishing these procedures in order to manage the Adversary Proceedings and allow for the Adversary Proceedings to be litigated in an efficient and cost-effective manner.

7. ***To the extent that the proposed procedures do not vary the Bankruptcy Rules and Local Rules, the parties should proceed under the Bankruptcy Rules and Local Rules.***

## I. <u>Discovery Protocol</u>

8. In order to avoid costly and burdensome conferences and to allow discovery to proceed immediately, Trustee requests that the Court (i) set a deadline for service of initial disclosures in all Adversary Proceedings, and (ii) waive the requirement that the parties in the EISA Cases and TCTS Stock Cases conduct scheduling conferences

under Rule 26(f), Federal Rules of Civil Procedure.[4]  Trustee also proposes certain other procedures regarding written discovery, depositions, and expert disclosures.

### A. Initial Disclosures

9.     As for the deadline for initial disclosures, Trustee further proposes that the Court order parties in the Adversary Proceedings to serve initial disclosures on or before January 15, 2010.

10.     Generally, parties are not required to make initial disclosures pursuant to Rule 26(a)(1) until the parties conduct a scheduling conference in accordance with their obligations under Rule 26(f). See Fed. R. Civ. P. 26(a)(1)(C) ("A party must make the initial disclosures at or within 14 days after the parties' Rule 26(f) conference unless a different time is set by stipulation or court order . . ."). However, given the number of EISA cases and TCTS Stock Cases, it would be unduly time consuming and cost prohibitive for Trustee to conduct scheduling conferences with each Defendant. Additionally, delaying the discovery process until after the parties are able to conduct a Rule 26(f) scheduling conference would significantly delay the process of resolving the EISA Cases and TCTS Stock Cases. Given these circumstances, Trustee proposes that the Court exempt the parties in the EISA Cases and TCTS Stock Cases from conducting scheduling conferences under Rule 26(f).

11.     As for the Vendor Cases and Other Cases, Trustee proposes that the parties be permitted to conduct their Rule 26(f) conferences by telephone.

---

[4]     Rule 7026, Federal Rules of Bankruptcy Procedure, incorporates Rule 26, Federal Rules of Civil Procedure.

### B. Service of Discovery Requests

12.     With respect to service of discovery, which is generally not permitted until after the Rule 26(f) conference, Trustee proposes that parties in the EISA Cases and TCTS Stock Cases be permitted to serve discovery beginning on the date of the Court's order on this Motion. The Vendor Cases and Other Cases should be permitted to serve discovery as provided in the Bankruptcy Rules and Local Rules.

### C. Written Discovery

13.     The Court should structure and limit written discovery so that the parties have the ability to prove and defend their respective Adversary Proceedings without unnecessarily depleting estate resources while simultaneously protecting all parties' due process rights.

14.     Trustee proposes that that Court order that all written discovery be completed on or before April 30, 2010 in the Adversary Proceedings (collectively, the "Written Discovery Deadline"). *To avoid any confusion, Trustee further proposes that all discovery requests be served so that all responses are due to be answered on or before the Written Discovery Deadline.*

15.     In the Adversary Proceedings, given the inordinate volume of discovery that Trustee expects to be served, Trustee proposes that the Court order that Trustee shall have sixty (60) days to respond to all Interrogatories and Requests for Admissions and that Trustee respond to Requests for Documents and Things within the timeframes as provided by the Bankruptcy Rules and Local Rules.

16.     Trustee further proposes that the Court limit all parties in the EISA Cases and TCTS Stock Cases to ten (10) Interrogatories and fifteen (15) Request for Admissions.

17.     All other written discovery as permitted in Adversary Proceedings should be governed by the limits in the Bankruptcy Rules and Local Rules.

18.     With respect to requests for production of documents directed to Trustee in the Adversary Proceedings, Trustee proposes the following protocol:

a.     Trustee will provide all parties who make a written request by email to Doug Horner at Akerman Senterfitt (doug.horner@akerman.com) with a general index of documents, to the extent such an index exists, in Trustee's possession.

b.     The Adversary Proceeding defendant shall provide to Trustee not less than fourteen (14) days notice of any requested review, a written request for production containing a list of the boxes from the general index which it wishes to review. To make arrangements to inspect the documents, parties should email Doug Horner at Akerman Senterfitt (doug.horner@akerman.com) to arrange the time for inspection, the calculation of the fees for inspection, and the placing of a deposit for payment and payment of such fees.

c.     Any Adversary Proceeding defendant may review the requested boxes and contents at their own expense, including payment of all costs for withdrawal and return fees charged by any off-site storage provider, which costs

should be paid not less than fourteen (14) days in advance of any document review, as well as all costs of copies requested.

       d.     The Trustee proposes that its representative will be present while the documents are reviewed.

       e.     To the extent that there are any documents existing in electronic format, those documents would be produced without accompanying metadata in such form as the Trustee may select.

**D.    Depositions**

19.    Trustees requests that the Court limit depositions in number and set a deadline for completion of depositions.

20.    With respect to depositions in the EISA Cases and TCTS Stock Cases, Trustee proposes that each party be limited to five (5) depositions of fact witnesses ***per side***, excluding party and expert witness depositions. With respect to depositions in the Vendor Cases and Other Cases, the parties should proceed under the Bankruptcy Rules and Local Rules.

21.    In order to complete depositions of fact witnesses in a timely manner, Trustee further proposes that all depositions (except for expert depositions, which are discussed below) be completed on or before July 30, 2010 in the Adversary Proceedings (the "<u>Depositions</u> <u>Deadline</u>").

22.    In order to facilitate coordination of everyone's schedules and limit the waste of resources on unnecessary travel, Trustee proposes that Trustee and his professionals be available for depositions at agreed times at the Fort Lauderdale, Florida

office of Akerman Senterfitt. Trustee further proposes that any deposition of himself or his professionals be taken in such a way as to avoid unnecessary and repetitive questioning of witnesses and that all counsel work together towards that goal. In order to limit unnecessary and burdensome questioning, Trustee further proposes that each deposition in the EISA Cases and TCTS Stock Cases be limited to four (4) hours.

23.     For the sake of convenience and to avoid unnecessary costs, where it is inconvenient or costly for an Adversary Proceedings Defendant's counsel to travel to Fort Lauderdale, Florida, Trustee proposes that depositions of Trustee and his professionals be taken by video conference. Akerman Senterfitt's video-conferencing facility in Orlando, Florida (as well as in any of Akerman Senterfitt's other offices) will be made available for these purposes at the cost of the requesting party. The cost to be charged will be the cost actually incurred by Akerman, with no markup, but may include a charge not to exceed ½ hour for Akerman IT personnel need to set up or monitor the call at a rate of $85.00. If the requesting party has alternative video-conferencing capability, that may be used at the option of that party.

24.     To avoid any undue burden on Trustee (i.e. people seeking to depose Mr. Kapila, when he is not the person with the most knowledge), each defendant seeking to depose Trustee should provide a Rule 7030(b)(6) notice, and Trustee will have the right to select the appropriate person to testify as to each subject or area of inquiry described in the notice.

25.     Trustee proposes that the Court modify the requirements of Local Rule 7030-1 and require all parties to coordinate depositions and to coordinate the depositions

at least twenty (20) days in advance and provide notice of same at least twenty (20) days in advance.

26.     In order to accommodate the needs of counsel representing multiple parties, Trustee proposes that all deposition testimony in an individual EISA Case or TCTS Stock Case be available for use in every other EISA Case or TCTS Stock Case as though the deposition had been properly noticed and conducted in those other EISA Cases or TCTS Stock Cases.

27.     In all other respects, the parties should proceed with depositions as provided in the Bankruptcy Rules and Local Rules.

### E.     Expert Witnesses

28.     In order to facilitate an orderly and efficient disclosure of expert witnesses and expert reports, the Court should establish deadlines for those disclosures.

29.     Trustee proposes that disclosure of expert witnesses and reports under Rule 26(a)(2) shall be completed on or before August 27, 2010 in the Adversary Proceedings. Trustee further proposes that all rebuttal disclosures and reports be made within sixty (60) days after the original disclosures.

30.     Trustee further proposes that depositions of all experts shall be completed on or before November 19, 2010 in the Adversary Proceedings.

31.     Trustee further proposes that, absent timely expert disclosures, a party's ability to introduce any expert testimony at trial should be considered waived.

32.     In all other respects, the parties should proceed with expert discovery as provided in the Bankruptcy Rules and Local Rules.

**F.      Modifications to these Procedures**

33.      Nothing in the Order should prevent Trustee and any defendant from voluntarily modifying any of the provisions of any Order entered pursuant to this request. Absent agreement, the terms of this order may be modified only for good cause shown in writing by an application or motion filed not less than fourteen (14) days before the expiration of any deadline.

**II.      <u>Status Hearings and Motion Dates</u>**

34.      In order to expedite the disposition of the Adversary Proceedings, establish early and continuing control, discourage wasteful pretrial activities, and facilitate settlement or other resolution of the Adversary Proceedings, the Court should set regular conferences ("<u>Status</u> <u>Hearings</u>") with the parties.

35.      Given the large number of parties to the Adversary Proceedings, Trustee proposes bi-monthly (every sixty (60) days) omnibus Status Hearings. To maximize order and efficiency, Trustee further proposes that a Status Hearing be held separately for each of the different groups of Adversary Proceedings (*i.e.* EISA Cases, TCTS Stock Cases, Vendor Cases, and Other Cases). Trustee will not oppose any motion by any counsel of record to telephonically appear at the Status Hearings.

36.      Regular, bi-monthly Status Hearings will allow Trustee to provide the Court with updates regarding the status of the Adversary Proceedings. Unless otherwise ordered, Trustee proposes to inform the Court of the status of each Adversary Proceeding at the Status Hearings through adversary charts attached hereto substantially in the format of the charts attached as Exhibits B-D.

37.     In addition to the Status Hearings, except for emergency and evidentiary hearings, Trustee proposes that the Court establish regular motion dates (the "Motion Dates") approximately two weeks after each Status Hearing. Regularly scheduled Motion Dates will allow the parties to have the ability to bring matters to the Court's attention on a regular basis after advising the court of the motions at the Status Hearing.

38.     In conjunction with the Motion Dates and to ensure that the Court and all parties have sufficient time for preparation and complete briefing, absent an emergency or order from the Court, Trustee proposes that any party seeking to schedule a hearing in connection with any filing shall schedule the same for the next Motion Date that is at least fourteen (14) days after the date of the filing.

**III.     Settlement Conferences**

39.     In an effort to encourage expedited, amicable resolution of the Adversary Proceedings, Trustee proposes that the Court order all parties to participate in settlement conferences no later than July 23, 2010.

40.     Trustee further proposes that, where possible, the Court strongly encourage that the parties conduct in-person settlement conferences, though given the desire to avoid any unnecessary expenses and costs, Trustee proposes that the parties be permitted to conduct settlement conferences by telephone.

**IV.     Summary Judgment**

41.     In order to expedite resolution of as many legal issues as possible in advance of trial, the Court should establish deadlines for the filing of any dispositive motions.

42.     Along with the requirements already established in the Bankruptcy Rules and Local Rules, Trustee proposes the following protocol regarding dispositive motions:

a.     **Motions for Summary Judgment.** Motions for summary judgment shall be accompanied by a memorandum of law, necessary affidavits, and a concise statement of the material facts as described below as to which the movant contends there exists no genuine issue to be tried.

b.     **Opposition Papers.** The papers opposing a motion for summary judgment shall include a memorandum of law, necessary affidavits, and a single concise statement of the material facts as to which it is contended that there exists a genuine issue to be tried.

c.     **Statement of Material Facts.** The statement of material facts submitted either in support of or in opposition to a motion for summary judgment shall:

(1)     Not exceed ten pages in length;

(2)     Be supported by specific references to pleadings, depositions, answers to interrogatories, admissions, and affidavits on file with the Court; and

(3)     Consist of separately numbered paragraphs with each paragraph being limited to the extent reasonably possible to one factual assertion.

Statements of material facts submitted in opposition to a motion for summary judgment shall correspond with the order and with the paragraph

numbering scheme used by the movant in its statement of material facts, but need not repeat the text of the movant's paragraphs. Additional facts which the party opposing summary judgment contends are material shall be numbered and placed at the end of the opposing party's statement of material facts; the movant shall use that numbering scheme if those additional facts are addressed in the reply.

      d.    **Effect of Failure to Controvert Statement of Undisputed Facts.**

All material facts set forth in the movant's statement filed and supported by references to the record will be deemed admitted unless controverted by the opposing party's statement, provided that the Court finds that the movant's statement is supported by evidence in the record.

43.     Trustee proposes that any party in the Adversary Proceedings file any dispositive motion no later than August 20, 2010, with responses due not less than twenty-eight (28) days after service of the motion.

44.     Failure to adhere to these deadlines should be viewed as a waiver of a party's right to file a motion for summary judgment.

**V.     Rule 26(a)(3) Disclosures**

45.     In order to allow full and complete preparation for trial, the Court should establish deadlines for pretrial disclosures.

46.     For all Adversary Proceedings, Trustee proposes that pretrial disclosures under Rule 26(a)(3) should be served at least twenty-eight (28) days prior to the pretrial conference and incorporated in the joint pretrial order.

47.     Trustee further proposes that, unless otherwise ordered, any objection to the use of a disclosed transcript or to the admissibility of a proposed exhibit shall be filed and served at least twenty-eight (28) days prior to the commencement of the trial period. Each objection should specifically set forth the basis for each objection. Failure to timely object to the use of transcripts or exhibits shall be deemed a waiver of any objection and consent to admissibility at trial.

## VI.     Pretrial Conference

48.     In order to facilitate the Pretrial Conference process, the Court should require the parties to confer and propose pretrial orders to the Court.

49.     Trustee proposes to bring to the pretrial conference a pretrial order substantially in the form attached hereto as **Exhibit E**.

50.     Trustee further proposes that the Court require Trustee to prepare a proposed pretrial order and to furnish the proposed draft to all other parties at least fourteen (14) business days prior to the pretrial conference. The proposed order should be complete in all respects except for the other parties' list of exhibits and witnesses. Within seven (7) days following receipt of the proposed pretrial order, it should be the duty of each other party to do the following:

a.      If the proposed draft is acceptable, to sign and return the signature page to Trustee together with that party's list of exhibits and witnesses and objections to the Trustee's exhibits specifying the ground(s) for objection with particularity. The Trustee will provide its objections if any to the other party's exhibits within 21 days of receipt of that party's exhibit list. Each party should

provide the other party with a copy of its proposed exhibits if not previously provided during discovery. Objections not stated with particularly shall be deemed waived.

  b. If the proposed draft is not acceptable, to immediately confer with Trustee's counsel in a good faith effort to complete a pretrial order, including stipulations as to uncontested or agreed facts. The parties should be instructed to agree to as many uncontested facts as reasonably appropriate and the Court should advise the parties that refusal to agree that a fact is uncontested may subject the non-agreeing party to sanctions, if the Court finds that there was no reasonable basis for a failure to agree. If the parties are unable to agree, then either party may bring any disagreement to the attention of the Court for resolution, if appropriate.

51. Unilateral pretrial statements should not be filed with the Court.

52. Trustee proposes the following target pretrial conference periods:

  a. EISA Cases and TCTS Stock Cases – October 2010; and

  b. Vendor Cases and Other Cases – November 2010

53. Pretrial Conference Dates should be established on a case-by-case basis.

## VII. Trial

### A. Trial Dates

54.     Trustee proposes that the Court establish the month of December 2010 as the trial period for the EISA Cases and TCTS Stock Cases and the month of January 2011 as the trial period for the Vendor Cases and the Other Cases.

### B. Trial Length

55.     Trustee anticipates that a maximum of three (3) hours will be needed for each trial on the EISA Cases and TCTS Stock Cases. Parties identified in the trial week calendar, should be prepared for trial during the entire trial week. If any party believes that a trial will take more than the time proposed by Trustee, that should be addressed in the Pretrial Stipulation.

56.     To avoid unnecessary delays, Trustee proposes that a party requesting more trial time should file a motion with the Court setting forth the reasons and file that motion at least sixty-three (63)[5] days prior to the trial period. Trustee further proposes that, if the attorney(s) trying the Adversary Proceeding are from out-of-town, or the parties or witnesses are from out-of-town, or is some special reason exists that justifies a request to the Court to specially set a trial at a time or date certain, counsel should file a request at least sixty-three (63) days prior to the trial period.

---

[5] Lest the reader puzzle over the 63 day requirement, Trustee has endeavored to use the new 7 day (and multiples thereof) convention established by the recent rule amendments.

### C. Trial-Related Motions

57.     Trustee further proposes that all motions in limine, including motions under Rules 702, 703, 704, or 705, *Federal Rules of Evidence*, be filed and served no later than twenty-eight (28) days prior to the trial period, with oppositions filed no later than fourteen (14) days thereafter.

### D. Trial Opening Statement, Exhibits, Witness Lists, Objections, and Proposed Findings of Fact and Conclusions of Law.

58.     In order to establish efficient trial procedures, Trustee proposes that each party in the Adversary Proceedings file and serve the following documents at least twenty-eight (28) days prior to the trial period.

a.     Any written opening statement the party wishes the Court to read before the trial begins.

b.     A set of pre-marked exhibits intended to be offered as evidence at trial.

c.     Any objections to the use of deposition transcripts or admissibility of exhibits as required by Rule 26(a)(3).

d.     At the conclusion of the trial, each party should submit a Proposed Memorandum Opinion with findings of fact and conclusions of law and a separate proposed Final Judgment.

59.     Trustee further proposes that the parties be required to order a copy of the trial transcript for preparation of the Proposed Memorandum Opinion (if the Court requests a Proposed Memorandum Opinion) and that the parties split the costs of the trial transcript evenly, subject to the later taxing of costs as appropriate.

**E.      Trial Evidence**

60.      Trustee will be requesting that the Court take judicial notice of the Ponzi scheme as alleged in the pleadings.

61.      Trustee proposes that, in an effort to expedite the entry of evidence at trial, the Court require that any Defendants desiring to object to entry into evidence copies of checks, evidencing the transfers identified in the complaints, require that the Defendant notify the Plaintiff of all grounds for objection at least one hundred nineteen (119)[6] days prior to the commencement of the trial period. Any objection not stated in the notice should be deemed waived.

## VIII.   Notice Procedures

62.      The Court should establish notice procedures in order to secure the expeditious, economical, and inexpensive litigation and administration of the Adversary Proceedings, and to afford notice to the relevant parties of applicable deadlines and hearing dates in advance of such deadlines and dates. Such procedures would also minimize the amount of time devoted to scheduling matters and continuances, and afford the parties and the Court reasonable time to prepare for the Status Hearing Dates and the Motion Dates.

63.      Bankruptcy Rule 9007 provides that "[w]hen notice is to be given under these rules, the Court shall designate, if not otherwise, specified herein, … the form and manner in which the notice shall be given." In addition, Section 105(a) of the Code

---

[6] Lest the reader puzzle over the 119 day requirement, Trustee has endeavored to use the new 7 day (and multiples thereof) convention established by the recent rule amendments.

provides that bankruptcy courts "may issue any order, process or judgment that is necessary or appropriate to carry out the provisions of [the Code]."

64.     Trustee proposes that any party submitting a filing shall serve a notice of filing in accordance with the procedures contained in this Motion. Such notice of filing should include, at a minimum, the title of the filing and the Status Hearing Dates or Motion Dates (or other hearing date as authorized by the Court) at which the Court will consider the filing.

65.     Prior to each of the Status Hearing Dates and Motion Dates, Trustee proposes to file in the lead jointly administered case of 6:07-bk-00761-ABB, a consolidated adversary status chart (the "<u>Adversary</u> <u>Status</u> <u>Chart</u>") detailing the status of all of the Adversary Proceedings and indicating the matters that will be presented at the hearing. Defendants and their counsel will then be able to ascertain whether any affirmative relief is being sought at the Status Hearing Dates of the Motion Dates and can then determine whether or not it is necessary for them to attend the hearings.

66.     Trustee requests that the Adversary Status Chart filed in the lead jointly administered cases serve as notice to the Defendants of the Status Hearing Dates and the Motion Dates and that no further notice of such dates need be given.

## NOTICE

67.     Notice of this Motion has been provided by first class mail to (a) the United States Trustee; (b) all parties on the Official Service List; and (c) all parties to the Adversary Proceedings, unless the party is represented by counsel who is receiving communications via ECF notifications.

68.     Trustee proposes that for all complaints served after the date of the Adversary Procedures Order, that a copy of any order granting any of the relief sought pursuant to this motion be included with the summons and complaint.

## CONCLUSION

69.     Trustee believes that the procedures set forth herein will facilitate the fair and efficient handling of the Adversary Proceedings and that such procedures are appropriate under the provisions of the Code, Bankruptcy Rules and Local Rules.

Respectfully submitted,

Dated: November 25, 2009

**AKERMAN SENTERFITT**

/s/ James E. Foster_____
James E. Foster, Esq.
Florida Bar No. 0142015
Samual A. Miller, Esq.
Florida Bar No. 0034991
**AKERMAN SENTERFITT**
420 South Orange Avenue, Suite 1200
Orlando, Florida 32801-4904
Phone: (407) 423-4000
Fax: (407) 843-6610

and

Michael I. Goldberg, Esq.
Florida Bar No.: 886602
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Ft. Lauderdale, FL 33301-2229
Phone: (954) 463-2700
Fax: (954) 463-2224
E-mail: Michael.Goldberg@akerman.com

**COUNSEL FOR SONEET R. KAPILA,
CHAPTER 11 TRUSTEE**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2009, I caused the foregoing to be served by email, electronically, or by United States Mail, postage prepaid, on (a) the United States Trustee; (b) all parties on the Official Service List; and (c) all parties to the Adversary Proceedings.

/s/ Samual A. Miller
Samual A. Miller, Esquire

# EXHIBIT A

| | ADVERSARY PROCEEDING NO. | MAIN DEFENDANT | AMOUNT OF CLAIM IN COMPLAINT | TOTAL INVESTMENT | TOTAL WITHDRAWALS | TOTAL PROFIT RECEIVED BY DEFENDANT(S) |
|---|---|---|---|---|---|---|
| 1 | 6:09-ap-00707 | Albergo, Ralph | $45,662.00 | | $45,662.00 | $45,622.00 |
| 2 | 6:09-ap-00583 | Arkin, Cindy | $132,190.00 | $50,000.00 | $141,015.00 | $91,015.00 |
| 3 | 6:09-ap-00410 | Arkin, Steven, Irrevocable Trust dtd 2/19/95, Children's Education | $44,000.00 | $10,158.64 | $62,500.00 | $52,341.36 |
| 4 | 6:09-ap-00111 | Arnold, Virginia, Trust | $102,000.00 | $120,400.00 | $175,000.00 | $54,600.00 |
| 5 | 6:09-ap-00218 | Bagley, R. Esther | $62,054.96 | $30,000.00 | $62,054.96 | $32,054.96 |
| 6 | 6:09-ap-00281 | Belghaus, Esther | $46,017.00 | $230,725.00 | $260,846.10 | $30,121.10 |
| 7 | 6:09-ap-00655 | Belotti, Hazel, Estate of | $400,000.00 | $128,675.78 | $462,468.56 | $333,792.78 |
| 8 | 6:09-ap-00318 | Bennett, Rachel | $34,601.86 | $5,000.00 | $34,601.86 | $29,601.86 |
| 9 | 6:09-ap-00101 | Berg, Dr. Charles | $182,500.00 | $511,697.67 | $539,767.56 | $28,069.89 |
| 10 | 6:09-ap-00442 | Bergen, Robert or Annette J. | $25,874.52 | $48,000.00 | $108,365.89 | $60,365.89 |
| 11 | 6:09-ap-00302 | Boucher, William Eugene | $42,117.46 | $25,000.00 | $45,117.46 | $20,117.46 |
| 12 | 6:09-ap-00337 | Bush, Annette | $40,128.07 | $14,000.00 | $40,628.07 | $26,628.07 |
| 13 | 6:09-ap-00491 | Byrd, Isaac B. and Marjorie E., Trust | $105,781.21 | $80,000.00 | $105,781.21 | $25,781.21 |
| 14 | 6:09-ap-00327 | Callesano, Joseph and Salvatore | $35,000.00 | $0.00 | $35,000.00 | $35,000.00 |
| 15 | 6:09-ap-00537 | Camp, Paul E. and Loretta, as Co-Trustees of the Paul E. and Loretta Camp Trust dtd 2/17/99 | $184,122.88 | $262,505.38 | $301,175.78 | $38,670.40 |
| 16 | 6:09-ap-00492 | Carreno, Flavio, Trust Agreement | $239,853.72 | $213,326.63 | $239,853.72 | $26,527.09 |
| 17 | 6:09-ap-00463 | Carter, Beverly Ann, Revocable Trust dtd 2/3/2000 | $287,346.71 | $559,885.33 | $632,050.04 | $72,164.71 |
| 18 | 6:09-ap-00078 | Caruso, Robert | $534,432.37 | $495,436.09 | $534,432.37 | $38,996.28 |
| 19 | 6:09-ap-00133 | Caruso, Jr., Michael | $141,077.10 | $6,500.00 | $141,077.10 | $134,577.10 |
| 20 | 6:09-ap-00135 | Cernansky, George or Anna | $104,273.02 | $278,000.00 | $384,273.02 | $106,273.02 |
| 21 | 6:09-ap-00231 | Clark, Sherril | $139,888.99 | $101,675.94 | $151,888.99 | $50,213.05 |
| 22 | 6:09-ap-00493 | Cohen, Miriam, Revocable Trust | $109,425.00 | $211,444.23 | $262,603.88 | $51,159.65 |
| 23 | 6:09-ap-00398 | Conrad Recovable Living Trust, Raymond | $1,001,704.04 | $925,000.00 | $1,001,704.04 | $76,704.04 |
| 24 | 6:09-ap-00461 | D'Amico, Andrew and Edith | $91,995.39 | $25,000.00 | $111,995.39 | $86,995.39 |
| 25 | 6:09-ap-00171 | Dorough, Howard | $73,272.57 | $616,964.00 | $743,719.57 | $126,755.57 |
| 26 | 6:09-ap-00177 | Egan, Bridget or John | $87,000.00 | $600.00 | $87,000.00 | $86,400.00 |
| 27 | 6:09-ap-00595 | Ehlers, Philomena | $60,597.79 | $40,900.00 | $60,597.79 | $19,697.79 |
| 28 | 6:09-ap-00654 | Ehlers, Philomena | | $33,360.35 | $55,087.43 | $21,727.08 |
| 29 | 6:09-ap-00484 | Elder, John | $106,221.00 | $130,879.06 | $234,356.00 | $103,476.94 |
| 30 | 6:09-ap-00290 | Elkington, Bobbie | $48,007.38 | $6,500.00 | $48,007.38 | $41,507.38 |
| 31 | 6:09-ap-00188 | Fantozzi, Harry or Gladys | $103,251.97 | $71,000.00 | $105,260.48 | $34,260.48 |
| 32 | 6:09-ap-00186 | Farrell, Susan or Patrick | $63,500.00 | $250.00 | $63,500.00 | $63,250.00 |
| 33 | 6:09-ap-00172 | Figurelli, Eugene | $72,913.85 | $102,008.36 | $123,701.33 | $21,692.97 |
| 34 | 6:09-ap-00650 | Flaster, Elaine Rita | $241,000.00 | $125,000.00 | $322,245.06 | $197,245.06 |
| 35 | 6:09-ap-00375 | Flaster, Leni & Jessica Kepford (Rigler) | $38,000.00 | $10,000.00 | $42,246.08 | $32,246.08 |
| 36 | 6:09-ap-00554 | Fredericks, Neil or Elyse | $20,000.00 | $90,000.00 | $193,000.00 | $103,000.00 |
| 37 | 6:09-ap-00273 | Garfunkel, Jerome | $152,034.00 | $479,091.44 | $663,775.50 | $184,684.06 |
| 38 | 6:09-ap-00300 | Garfunkel, Jerome | $49,000.00 | $18,000.00 | $49,000.00 | $31,000.00 |
| 39 | 6:09-ap-00130 | Gartrell, Betty | $397,760.80 | $350,000.00 | $397,760.80 | $47,760.80 |
| 40 | 6:09-ap-00707 | Gershaw, Gary | $27,089.82 | $0.00 | $27,089.82 | $27,089.82 |
| 41 | 6:09-ap-00613 | Goggin, John | $270,496.41 | $58,000.00 | $270,496.41 | $212,496.41 |
| 42 | 6:09-ap-00088 | Goggin, John Joseph, IRA | $158,637.00 | $189,000.00 | $327,637.00 | $138,637.00 |
| 43 | 6:09-ap-00091 | Gould, Sally and Francis Davis | | $0.00 | $290,000.00 | $290,000.00 |
| 44 | 6:09-ap-00707 | Guloyan, Lora | $22,579.00 | $0.00 | $22,579.00 | $22,579.00 |
| 45 | 6:09-ap-00170 | Hellrung, Neil or Janet | $87,720.41 | $152,000.00 | $194,720.41 | $42,720.41 |
| 46 | 6:09-ap-00652 | Hirschman, Frances, Lawrence Wolmetz and Paula Rosen | $33,000.00 | $79,380.00 | $208,018.14 | $128,638.14 |
| 47 | 6:09-ap-00666 | Hirschman, Kenneth | $46,000.00 | $66,720.00 | $100,155.00 | $33,435.00 |
| 48 | 6:09-ap-00084 | Hudson, Willie and Linda | $228,017.00 | $242,800.00 | $339,417.00 | $96,617.00 |
| 49 | 6:09-ap-00252 | Inman, Laura | $361,899.01 | $240,500.00 | $361,899.01 | $121,399.01 |
| 50 | 6:09-ap-00496 | Ireland, Helen Whittlsey, Revocable Trust | $127,389.24 | $100,000.00 | $128,066.21 | $28,066.21 |
| 51 | 6:09-ap-00707 | Iser, Stuart | $34,495.93 | $0.00 | $34,495.93 | $34,495.93 |
| 52 | 6:09-ap-00617 | Jambeter, Dominic | $94,251.74 | $73,387.50 | $94,251.74 | $20,864.24 |
| 53 | 6:09-ap-00081 | Jonas, Barry | $305,000.00 | $210,047.94 | $428,500.00 | $218,452.06 |
| 54 | 6:09-ap-00082 | Jonas, Charles or Vikki | $157,000.00 | $110,000.00 | $183,000.00 | $73,000.00 |
| 55 | 6:09-ap-00501 | Katz, Stanley or Shelia | $22,471.44 | $230,298.90 | $268,971.44 | $38,672.54 |
| 56 | 6:09-ap-00612 | Katz Family Limited Partnership, The, | $254,500.00 | $394,900.00 | $790,464.33 | $395,564.33 |
| 57 | 6:09-ap-00614 | Kirsch, Morris or Thelma | $32,340.00 | $10,000.00 | $71,475.00 | $61,475.00 |
| 58 | 6:09-ap-00244 | Koch, Iris | $111,976.17 | $0.00 | $111,976.17 | $111,976.17 |
| 59 | 6:09-ap-00585 | Lehrer, Ilene | $147,555.13 | $100,000.00 | $147,555.13 | $47,555.13 |
| 60 | 6:09-ap-00721 | Lehrer, Estate of Rae, c/o Stanley Bogal | $100,000.00 | $15,260.00 | $100,000.00 | $84,740.00 |
| 61 | 6:09-ap-00678 | Locker, Jeffrey | $371,597.80 | $254,899.20 | $451,051.80 | $196,152.60 |
| 62 | 6:09-ap-00320 | Lowenstein, Barbara | $185,000.00 | $677,247.20 | $1,169,543.00 | $492,295.80 |
| 63 | 6:09-ap-00649 | Lowenstein, Barbara | $200,000.00 | $303,405.55 | $694,010.00 | $390,604.45 |
| 64 | 6:09-ap-00646 | Lowenstein, Ethel | $370,516.00 | $825,465.87 | $1,576,645.24 | $751,179.37 |
| 65 | 6:09-ap-00092 | Lowenstein, Lance or Amy | $343,724.24 | $340,000.00 | $1,161,867.10 | $821,867.10 |
| 66 | 6:09-ap-00480 | Lowenstein, Richard, Ethel and George | $367,116.97 | $634,710.00 | $706,100.97 | $71,390.97 |
| 67 | 6:09-ap-00306 | Lowenstein, Sharyn S | $50,000.00 | $15,000.00 | $81,351.68 | $66,351.68 |
| 68 | 6:09-ap-00228 | Lowenstein, Stephen or Michele | $144,564.48 | $296,806.55 | $388,725.12 | $91,918.57 |
| 69 | 6:09-ap-00661 | Macaulay, III, John J. | $73,400.26 | $42,500.00 | $73,400.26 | $30,900.26 |
| 70 | 6:09-ap-00356 | Mandish, The J.R., Revocable Trust | $473,976.67 | $419,381.10 | $473,976.67 | $54,595.57 |
| 71 | 6:09-ap-00257 | Marchese, Russ and Anita | $59,170.83 | $207,763.79 | $237,070.83 | $29,307.04 |
| 72 | 6:09-ap-00353 | Marilyn Pratt Family Trust, The, | $126,673.88 | $180,510.00 | $214,971.59 | $34,461.59 |
| 73 | 6:09-ap-00376 | Marinoff, Paul | $127,627.64 | $35,757.46 | $152,248.62 | $116,491.16 |
| 74 | 6:09-ap-00094 | Markos, Angeline | $115,144.43 | $6,500.00 | $115,144.43 | $108,644.43 |

# EXHIBIT A

| | ADVERSARY PROCEEDING NO. | MAIN DEFENDANT | AMOUNT OF CLAIM IN COMPLAINT | TOTAL INVESTMENT | TOTAL WITHDRAWALS | TOTAL PROFIT RECEIVED BY DEFENDANT(S) |
|---|---|---|---|---|---|---|
| 75 | 6:09-ap-00488 | Marks, Eugene and Lisa Rosen | $48,500.00 | $129,000.00 | $258,970.43 | $129,970.43 |
| 76 | 6:09-ap-00093 | Marsh, Daniel | $133,500.00 | $103,859.00 | $154,511.42 | $50,652.42 |
| 77 | 6:09-ap-00707 | McCloskey, Jackie | $39,740.00 | $0.00 | $39,740.00 | $39,740.00 |
| 78 | 6:09-ap-00131 | McEntee, John or Linda | $475,000.00 | $786,172.01 | $1,323,345.08 | $537,173.07 |
| 79 | 6:09-ap-00196 | Meyers, Veronica | $216,473.80 | $190,000.00 | $216,473.80 | $26,473.80 |
| 80 | 6:09-ap-00587 | Mickelson, Catherine | $108,941.97 | $100,000.00 | $121,106.77 | $21,106.77 |
| 81 | 6:09-ap-00328 | Miller, Brenda | $40,433.17 | $0.00 | $53,733.17 | $53,733.17 |
| 82 | 6:09-ap-00147 | Mink, Linda | $120,788.61 | $75,000.00 | $120,788.61 | $45,788.61 |
| 83 | 6:09-ap-00237 | Mixon, Lois or Dennis | $58,652.74 | $50,000.00 | $76,783.58 | $26,783.58 |
| 84 | 6:09-ap-00420 | Morrissey, William & Katherin, Revocable Trust | | $0.00 | $28,318.58 | $28,318.58 |
| 85 | 6:09-ap-00153 | Murray, Richard | $102,478.92 | $84,623.89 | $113,542.25 | $28,918.36 |
| 86 | 6:09-ap-00599 | Nevler, Lois | $191,000.00 | $378,220.00 | $580,410.00 | $202,190.00 |
| 87 | 6:09-ap-00707 | O'Neil, Marie Jo | $26,350.23 | $0.00 | $26,350.23 | $26,350.23 |
| 88 | 6:09-ap-00137 | Pangburn, Gerald E. and Maxine | $139,187.54 | $99,873.97 | $153,092.36 | $53,218.39 |
| 89 | 6:09-ap-00438 | Park, Linda | $27,788.38 | $0.00 | $27,788.38 | $27,788.38 |
| 90 | 6:09-ap-00107 | Pascucci, Fred and Patricia | $92,000.00 | $70,000.00 | $102,404.98 | $32,404.98 |
| 91 | 6:09-ap-00296 | Perlman, Jerome | $52,800.00 | $70,500.00 | $125,300.00 | $54,800.00 |
| 92 | 6:09-ap-00354 | Plourde, Charles & Bernadette, Revocable Living Trust By And Through Its Unidentified Trustee(s) | $56,512.70 | $60,801.88 | $88,824.58 | $28,022.70 |
| 93 | 6:09-ap-00342 | Pratt, William Sr. or Donald | $70,055.37 | $76,000.00 | $101,249.90 | $25,249.90 |
| 94 | 6:09-ap-00707 | Putterman, Alan | $74,867.54 | | $74,867.54 | $74,867.54 |
| 95 | 6:09-ap-00670 | Reed, Hazel | $28,381.39 | $0.00 | $28,381.39 | $28,381.39 |
| 96 | 6:09-ap-00323 | River Vale Chiropractic Center, | $37,000.00 | $51,693.65 | $189,176.50 | $137,482.85 |
| 97 | 6:09-ap-00087 | Rosen, Paula | $127,000.00 | $314,130.12 | $844,984.84 | $530,854.72 |
| 98 | 6:09-ap-00707 | Rothberg, Herbert | $51,645.41 | $0.00 | $51,645.41 | $51,645.41 |
| 99 | 6:09-ap-00707 | Rothchild, Jerry | $84,472.43 | $0.00 | $84,472.43 | $84,472.43 |
| 100 | 6:09-ap-00707 | Rothenberg, Randall | $164,724.50 | $0.00 | $164,724.50 | $164,724.50 |
| 101 | 6:09-ap-00294 | Roye, Stephanie Chernove | $57,500.00 | $148,000.00 | $211,065.58 | $63,065.58 |
| 102 | 6:09-ap-00176 | Russo, Mariano | $78,250.00 | $5,000.00 | $122,421.02 | $117,421.02 |
| 103 | 6:09-ap-00479 | Russo, Mariano or Rosalie | $172,646.83 | $85,700.00 | $192,646.83 | $106,946.83 |
| 104 | 6:09-ap-00315 | Sapperstein, Jerry | $33,632.13 | $20,000.00 | $52,835.90 | $32,835.90 |
| 105 | 6:09-ap-00271 | Sarin, Helen, Stephen & Barry, JTWROS | $148,636.00 | $486,862.68 | $737,379.00 | $250,516.32 |
| 106 | 6:09-ap-00270 | Sarin, Steven & Barry, JTWROS | $50,000.00 | $245,102.00 | $309,360.22 | $64,258.22 |
| 107 | 6:09-ap-00439 | Schlesinger, Norma | $27,945.70 | $0.00 | $27,945.70 | $27,945.70 |
| 108 | 6:09-ap-00707 | Schultz, Thomas | $20,964.09 | $0.00 | $20,964.09 | $20,964.09 |
| 109 | 6:09-ap-00191 | Schupp, Kenneth | $63,687.49 | $0.00 | $63,687.49 | $63,687.49 |
| 110 | 6:09-ap-00109 | Scifo, John or Kathleen | $100,000.00 | $20,000.00 | $125,000.00 | $105,000.00 |
| 111 | 6:09-ap-00366 | Scullion Family Revocable Trust , | $206,328.70 | $185,000.00 | $206,328.70 | $21,328.70 |
| 112 | 6:09-ap-00164 | Seyfert, John H. or Julia | $145,178.15 | $109,416.72 | $159,100.07 | $49,683.35 |
| 113 | 6:09-ap-00707 | Sharpton, Andre | $40,446.65 | $0.00 | $40,446.65 | $40,446.65 |
| 114 | 6:09-ap-00180 | Shippey, Mack A. or Lois | $178,422.29 | $156,484.54 | $178,422.29 | $21,937.75 |
| 115 | 6:09-ap-00667 | Simmons, Dennis | $81,895.14 | $41,460.47 | $81,895.14 | $40,434.67 |
| 116 | 6:09-ap-00645 | Simmons, Dennis & Margaret | $74,702.04 | $50,000.00 | $86,702.04 | $36,702.04 |
| 117 | 6:09-ap-00370 | Sinnott, The, Richard and Eileen Living Trust | $56,360.92 | $137,115.96 | $159,002.92 | $21,886.96 |
| 118 | 6:09-ap-00178 | Smith, Judith or Earl | $96,972.13 | $75,000.00 | $96,972.13 | $21,972.13 |
| 119 | 6:09-ap-00332 | Smith, Robert and/or Sylvia | $39,589.49 | $30,000.00 | $57,837.41 | $27,837.41 |
| 120 | 6:09-ap-00293 | Spitzer, Henry | $62,191.87 | $80,000.00 | $147,968.68 | $67,968.68 |
| 121 | 6:09-ap-00707 | Stern, Glenn | $155,480.00 | $0.00 | $155,480.00 | $155,480.00 |
| 122 | 6:09-ap-00298 | Stopford, Diana | $50,000.00 | $30,000.00 | $55,000.00 | $25,000.00 |
| 123 | 6:09-ap-00227 | Sumner, Junella | $91,077.08 | $72,000.00 | $95,076.20 | $23,076.20 |
| 124 | 6:09-ap-00292 | Sweet D., Inc. | $375,339.92 | $3,954,710.87 | $4,330,050.79 | $375,339.92 |
| 125 | 6:09-ap-00609 | Swirnow, David and Michael | $89,000.00 | $243,384.48 | $623,679.40 | $380,294.92 |
| 126 | 6:09-ap-00707 | Tannenhauser, Jonathon | $510,983.87 | $0.00 | $510,983.87 | $510,983.87 |
| 127 | 6:09-ap-00707 | Tannenhauser, Michael | $275,000.00 | $0.00 | $275,000.00 | $275,000.00 |
| 128 | 6:09-ap-00190 | Thompson, Joyce | $66,081.99 | $40,000.00 | $66,581.99 | $26,581.99 |
| 129 | 6:09-ap-00249 | Vanderluit, Jeffrey | $95,000.00 | $73,000.00 | $95,000.00 | $22,000.00 |
| 130 | 6:09-ap-00299 | Vazquez, Julia | $82,750.00 | $284,180.00 | $729,520.99 | $445,340.99 |
| 131 | 6:09-ap-00224 | Waller, Margaret J., Trust | $108,787.19 | $78,000.00 | $108,787.19 | $30,787.19 |
| 132 | 6:09-ap-00248 | Walsh, Robert | $68,498.37 | $45,000.00 | $68,498.37 | $23,498.37 |
| 133 | 6:09-ap-00386 | Walter, Gary | $53,350.54 | $10,000.00 | $53,350.54 | $43,350.54 |
| 134 | 6:09-ap-00139 | Walters, Edmund A. or Mildred | $134,958.94 | $100,000.00 | $134,958.94 | $34,958.94 |
| 135 | 6:09-ap-00360 | Weaver, Donald, Trust | $159,710.43 | $121,000.00 | $159,710.43 | $38,710.43 |
| 136 | 6:09-ap-00368 | Weaver, Jeannette, Trust | $139,229.37 | $114,632.03 | $139,229.37 | $24,597.34 |
| 137 | 6:09-ap-00215 | Werremeyer, Lorretta | $59,062.00 | $0.00 | $59,062.00 | $59,062.00 |
| 138 | 6:09-ap-00429 | Williams, Bonnie | $26,272.71 | $250,000.00 | $321,289.71 | $71,289.71 |
| 139 | 6:09-ap-00219 | Wilver, Gail or John | $91,000.00 | $50,000.00 | $91,000.00 | $41,000.00 |
| 140 | 6:09-ap-00297 | Witt, Rocio S | $48,000.00 | $76,400.40 | $168,000.00 | $91,599.60 |
| 141 | 6:09-ap-00307 | Wolmetz, Lawrence | $64,500.00 | $164,300.00 | $344,000.00 | $179,700.00 |
| 142 | 6:09-ap-00482 | Wright, Ameriprise Trust Co. FBO Betsy S. | $245,000.00 | $204,500.00 | $265,000.00 | $60,500.00 |
| 143 | 6:09-ap-00325 | Young, Roy or Eleanor | $96,774.48 | $75,000.00 | $96,744.48 | $21,744.48 |
| 144 | 6:09-ap-00220 | Zarabet, Nan Lizbeth | $63,245.71 | $28,000.00 | $63,245.71 | $35,245.71 |
| 145 | 6:09-ap-00314 | Zeitlin, Laurence or Robin | $33,800.00 | $30,000.00 | $56,000.00 | $26,000.00 |

# EXHIBIT B

| | Adversary Proceeding No. | MAIN DEFENDANT |
|---|---|---|
| 1 | 6:09-ap-00783 | Aero Engineering, Inc. |
| 2 | 6:09-ap-00787 | Air Charter of Florida, Inc. |
| 3 | 6:09-ap-00697 | Brite Star Industries |
| 4 | 6:09-ap-00784 | CE Avionics, Inc. |
| 5 | 6:09-ap-00732 | CIT Group/Equipment Financing, Inc., The |
| 6 | 6:09-ap-00702 | Deltamax Freight System Corporation |
| 7 | 6:09-ap-00712 | Euro RSCG Direct Response, LLC |
| 8 | 6:09-ap-00785 | Falcon Insurance Agency of Florida, Inc. |
| 9 | 6:09-ap-00709 | Fischetti, Heather & Interior Themes & Décor |
| 10 | 6:09-ap-00786 | Jet Aviation Associates, Ltd. |
| 11 | 6:09-ap-00684 | Just Jets Services, Inc. |
| 12 | 6:09-ap-00788 | Just Jets Services, Inc. |
| 13 | 6:09-ap-00789 | Keenan, James |
| 14 | 6:09-ap-00790 | Midcoast Aviation, Inc. |
| 15 | 6:09-ap-00731 | MVRL Investments, L.P. |
| 16 | 6:09-ap-00754 | North American Funding Corporation |
| 17 | 6:09-ap-00752 | Oliver-Allen Corporation, aka Oliver-Allen Corporation, Inc., aka U.S. Bancorp Oliver-Allen Technology Leasing, Inc. nka U.S. Bancorp Equipment Finance, Inc. |
| 18 | 6:09-ap-00673 | Optical Experts Manufacturing, Inc. |
| 19 | 6:09-ap-00791 | Premium Financing Specialists, Inc. |
| 20 | 6:09-ap-00761 | Privatesky Aviation Services, Inc. |
| 21 | 6:09-ap-00733 | Ray Coudriet Builder, Inc. |
| 22 | 6:09-ap-00751 | Rosen Centre, Inc. |
| 23 | 6:09-ap-00792 | Share Force One, LLC |
| 24 | 6:09-ap-00757 | Southland Associates, Ltd. |
| 25 | 6:09-ap-00718 | Watsky, Martinez & Company CPA's, P.A., n/k/a Martinez, Olson & Associates CPA's, P.A. |
| 26 | 6:09-ap-00719 | Willis Group Holdings, Ltd. |

| | | |
|---|---|---|
| 27 | 6:09-ap-00816 | Barrett, Chapman & Ruta, P.A. |
| 28 | 6:09-ap-00743 | DeBeaubien, Knight, Simmons, Mantzaris & Neal LLP |
| 29 | 6:09-ap-00668 | Ferderigos & Lambe, PL |
| 30 | 6:09-ap-00758 | Jenkins & Gilchrist Parker Chapin LLP |
| 31 | 6:09-ap-00710 | Kranzdorf, Jeffrey Paul |
| 32 | 6:09-ap-00831 | Lackenbach Siegel, L.L.P. |
| 33 | 6:09-ap-00742 | Nejame, LaFay, Jancha, Ahmed, Barker, Joshi & Bartolone, P.A. |
| 34 | 6:09-ap-00685 | Starrs, Mihm & Pulkrabek, LLP fka Starrs, Mihm & Cashette, LLP |

| | | |
|---|---|---|
| 35 | 6:09-ap-00046 | University of Tampa; Rebecca J. Calix |
| 36 | 6:09-ap-00469 | Hasken Construction, LLC |
| 37 | 6:09-ap-00470 | Family Ford, Inc., d/b/a Brandon Ford |
| 38 | 6:09-ap-00471 | Security First Title, Inc. |
| 39 | 6:09-ap-00472 | Bell Shoals Baptist Church of Brandon, Inc. |
| 40 | 6:09-ap-00473 | Assurance First Title & Escrow Co., Inc. |
| 41 | 6:09-ap-00680 | Baeza Jewelers |
| 42 | 6:09-ap-00682 | World Fuel, Inc. |
| 43 | 6:09-ap-00683 | First In Real Estate Corporate Center, a/k/a Re/Max Action First |
| 44 | 6:09-ap-00794 | Premium Assignment Corporation |
| 45 | 6:09-ap-00795 | Jet Support Services, Inc. |
| 46 | 6:09-ap-00796 | Gulfstream Aerospace Corporation |
| 47 | 6:09-ap-00799 | World Fuel, Inc. |

# EXHIBIT C

| | Adversary Proceeding No. | MAIN DEFENDANT | CO-DEFENDANT(S) |
|---|---|---|---|
| 1 | 6:09-ap-00638 | Allianz Life Insurance Company of North America | |
| 2 | 6:09-ap-00644 | American Express Company | |
| | | American Express Travel Related Services Company, Inc. | |
| 3 | 6:09-ap-00706 | Bacchus, Kamla | |
| 4 | 6:09-ap-00321 | Efficient Plumbing & Heating, Inc. | |
| 5 | 6:09-ap-00798 | Hines, John | |
| 6 | 6:09-ap-00797 | Perrotta, Joshua James | |

| | Adversary Proceeding No. | MAIN DEFENDANT | CO-DEFENDANT(S) |
|---|---|---|---|
| 7 | 6:09-ap-00677 | Action Communications, Inc. Retirement Plan, | Action Communications, Inc. |
| | | | Golden, Don |
| | | | Action Communications, Inc. Profit Sharing Plan, FBO Don Golden |
| | | | Action Communications, Inc. 401(K) Plan, |
| 8 | 6:09-ap-00691 | Aviation Support Group | |
| 9 | 6:09-ap-00695 | B.J. Den Besten | |
| 10 | 6:09-ap-00687 | Blue Water Consulting, Inc. | |
| 11 | 6:09-ap-00679 | Bogal, Elaine | |
| 12 | 6:09-ap-00707 | Calix, Elaine aka Elaine Bogal aka Elaine Bogal-Calix aka Elaine Calix-Bogal | Calix, Luis |
| | | | Bogal, Stanley |
| 13 | 6:09-ap-00615 | Crudele, Rocco and Madeline, Trust | |
| 14 | 6:09-ap-00653 | Crudele, Rocco and Madeline, Trust Agreement | |
| 15 | 6:09-ap-00065 | DeCamillis, Anthony J. | |
| 16 | 6:09-ap-00643 | DeCamillis, David | East West Entertainment Corp. |
| | | | 8th Wonder of the World |
| 17 | 6:09-ap-00708 | Fallick, Thomas | Fallick, Deborah |
| 18 | 6:09-ap-00669 | Ferderigos, Michael | |
| 19 | 6:09-ap-00063 | Financial Plus, Inc. | Fun Records, Inc. |
| | | | Ross Dickson |
| 20 | 6:09-ap-00701 | Fischetti, et al. | |
| 21 | 6:09-ap-00704 | Gary Leone & Associates, Inc. | |
| 21 | 6:09-ap-00692 | Global Investment Services | |
| 22 | 6:09-ap-00693 | Global Media Legal Consulting, Ltd. | |
| 23 | 6:09-ap-00676 | Golden, Don | The Don Golden Revocable Trust |
| | | | All Unidentified Beneficiaries Of The Don Golden Revocable Trust |
| 24 | 6:09-ap-00639 | Golden Security, Inc. | Robert or Charlotte Oliver |
| 25 | 6:09-ap-00232 | Gross, Andrew or Ronni | |
| 26 | 6:09-ap-00018 | Hyltin, John | |
| 27 | 6:09-ap-00703 | King, Patrick Bruce | |
| 28 | 6:09-ap-00688 | Kirsch, Jeffrey | Kirsch, Robin |
| | | | Capital One Bank, N.A. |
| | | | Capital One Bank (USA), N.A. |
| | | | Land Rover Capital Group, LLC |
| | | | Trade Sources International, Inc. |
| 29 | 6:09-ap-00681 | Licata | |
| 30 | 6:07-ap-00179 | McDonald, Gregory | |
| 31 | 6:09-ap-00753 | MSC Sand Lake IV, Inc. | |
| 32 | 6:09-ap-00705 | Oxford Financial of Hillsborough, Inc. | |
| 33 | 6:09-ap-00694 | Promic Technology | |
| 34 | 6:08-ap-00135 | Regna, John | |
| 35 | 6:09-ap-00720 | Russo, Paul | Russo Concepts, Inc. |
| 36 | 6:09-ap-00696 | Stiching Internos Foundation | |
| 37 | 6:09-ap-00698 | Triple M Music GMBH | |
| 38 | 6:09-ap-00689 | Von Ranac, Anak | |

# EXHIBIT D

| | Adversary Proceeding No. | Adversary Name(s) |
|---|---|---|
| 1 | 6:08-ap-00025 | HSBC Bank USA, N.A. |
| 2 | 6:09-ap-00047 | PNC Bank, N.A. |
| 3 | 6:09-ap-00050 | SunTrust of Florida |
| 4 | 6:09-ap-00051 | Wells Fargo Bank, N.A. |
| 5 | 6:09-ap-00052 | First National Bank & Trust of Williston, et al. |
| 6 | 6:09-ap-00053 | Carolina First Bank, d/b/a Mercantile Bank |
| 7 | 6:09-ap-00067 | American Bank of St. Paul |
| | | Republic Bank, Inc. |
| | | Crown Bank |
| | | Alerus Financial |
| | | First Security Bank-Canby |
| | | Bank of Bozeman |
| | | Border State Bank |
| | | Fishback Financial Corporation |
| | | Forreston State Bank |
| | | Security State Bank of North Dakota nka Bank Forward |
| | | Border Trust Company |
| | | Frontier Bank |
| | | The First National Bank of Wadena |
| | | American State Bank and Trust Company of Willison |
| | | Dakota Western Bank |
| | | Integrity Bank Plus |
| | | United Prairie Bank-Springfield |
| | | First State Bank and Trust |
| | | Bank of Hazelton |
| | | Farmers & Merchants State Bank |
| | | Wadena State Bank |
| | | Farmers & Merchants State Bank of Pierz |
| | | United Minnesota Bank |
| | | First State Bank |
| | | State Bank in Eden Valley |
| | | First International Bank & Trust |
| | | Highland Bank, as successor by merger with Ridgedale State Bank |
| 8 | 6:09-ap-00534 | Boundary Waters Bank |
| | | Advantage Bank |
| | | The First National Bank of Wayne |
| 9 | 6:09-ap-00106 | First International Bank & Trust |
| | | Alerus Financial, N.A. |
| | | American State Bank & Trust - Williston |
| | | Bank of Wisconsin Dells |
| | | Community First Bank |
| | | Farmers & Merchants State Bank of Pierz |
| | | First American Bank & Trust, N.A. |
| | | First State Bank of Britt |
| | | First State Bank of Harvey |
| | | First State Bank and Trust |
| | | Frontier Bank |
| | | Meta Bank |
| | | Millenium Bancorp |
| | | Rosemount National Bank |
| | | Security State Bank |
| | | State Bank & Trust |
| | | State Bank of Park Rapids |
| | | The National Bank |
| | | United Community Bank of North Dakota |
| | | United Prairie Bank |
| | | Wadena State Bank |
| | | Yellow Medicine County Bank, n/k/a Citizens State Bank of Clara City |
| 10 | 6:09-ap-00715 | Integra Bank |
| 11 | 6:09-ap-00071 | MB Financial Bank, National Association |
| 12 | 6:09-ap-00068 | NorthSide Community Bank |
| 13 | 6:09-ap-00716 | Tatonka Capital Corporation |
| 14 | 6:09-ap-00750 | Fifth Third Bank |
| 15 | 6:09-ap-00054 | Bank of America, N.A. |
| 16 | 6:09-ap-00474 | Suntrust Mortgage, Inc. |

# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                    Case No. 6:07-bk-00761-ABB
**LOUIS J. PEARLMAN,** *et al.,*                    **Jointly Administered**
                                          **Chapter 11**
        Debtor.
_____/

**SONEET R. KAPILA, as CHAPTER 11
TRUSTEE for _____,**
                                          **Adv. P. No. 6:09-ap-_____**
        Plaintiff,

v.

_____,

        Defendant.
_____/

## JOINT PROPOSED ORDER

To secure a just, speedy, and inexpensive determination of the action and to discourage
wasteful pretrial activities the parties shall meet on or before _____ to
accomplish the following:

      a.      to draft and sign a stipulation as to all uncontested facts;

      b.      to narrow the issues to be tried;

      c.      to exhibit (in the form to be offered at trial) to all parties any and all
photographs, documents, instruments, and all other objects any party
intends to offer as exhibits at trial;

      d.      to give notice to all parties of the names of the witnesses to be called by
each party.

{O1418873;1}

# EXHIBIT E

1.      The stipulation, the statement of issues to be tried, and the names of the witnesses (expert and others) shall be set forth in a writing, signed by the parties, and filed with the Court on or before _____.

2.      A list of proposed exhibits (photographs, documents, instruments, and all other objects), in order of their introduction to the Court, shall be filed with the Court on or before _____.

3.      A party who intends to object to any proposed exhibit shall give written notice of the grounds of objection to the party offering the exhibits, and file a copy of the notice with the clerk on or before _____.

4.      A party who intends to object to the qualifications of an expert witness shall give notice thereof to all parties, and file a copy of the notice with the clerk on or before _____.

5.      Each party shall file requests for rulings on or before _____, with oppositions filed no later than fourteen (14) days thereafter.

6.      On or before_____, each party shall file any written opening statement the party wishes the court to read before the trial begins.

7.      Unless otherwise ordered, the direct testimony of all witnesses, except, expert, adverse, hostile, or rebuttal witnesses, should be presented by sworn declarations consisting of a succinct written statement of the direct testimony which that witness would be prepared to give if questions were propounded in the usual fashion at trial.

        a.      Each statement of fact shall be separate, specifically numbered and shall contain only facts which are relevant and material to the

# EXHIBIT E

contested issue before the court, avoiding redundancies, hearsay and other obviously objectionable statements.

b.     The statement shall be signed under penalty of perjury by the declarant.

c.     The original sworn declarations shall be marked as exhibits and filed and served at least twenty (20) days prior to trial.  Any objections to any portions of the statements should be filed no later than five (5) days prior to trial.

d.     The witness should then be sworn and asked if the statement correctly reflects the testimony that would be given if the witness was asked the appropriate questions.  Assuming an affirmative answer, opposing counsel may then cross-examine the witness.  At the conclusion of cross-examination, the party whose witness is on the stand may conduct oral redirect examination in the usual manner.

8.     Within ___ days after the conclusion of the trial, in lieu of final argument, each party shall submit a Proposed Memorandum Opinion with findings of fact and conclusions of law and a separate proposed Final Judgment.

_____                                                   _____
Plaintiff                                                                                                   Defendant

Numan A. Abdul-Latif
5467 Barnaby Ct., NW
Lilburn, GA 30047

Andrea Abitbol
239 E. 79th Street, Apt. 10A
New York, NY 10021

Tina Adkins
525 Loop Drive
Seguin, TX 78155

Joseph or Sandra Adkison
1534 Clarcona-Ocoee Rd.
Ocoee, FL 34761

Susan K. Alor for Maria Weiss
1990 W. High Pt.
Columbia, MO 65203

American Bank of St. Paul
c/o Lynn James Hinson
PO Box 2346
Orlando, FL 32802-2346

American Bank of St. Paul
c/o Gary L. Kluthe
1578 University Avenue W
St. Paul, MN 55104-3908

American Bank of St. Paul
c/o William P. Wassweiler, Esq.
Lindquist & Vennum
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

American Express Bank
c/o Gilbert Weisman
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

American Express Centurion Bank
c/o Gilbert Weisman
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

American Express Travel Related Services
Co., Inc.
c/o Gilbert Weisman
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

Claire and Frank Amorosano
522 Flying Eagle Drive
Clover, SC 29710

Thomas Ando
4532 38th Street South
St. Petersburg, FL 33711

Edward Anguilm
13119 Lk Pt. Blvd.
Belleville, MI 48111

A. Earl and Michaeline Armbrust
403 Gardenwood Pl.
Valrico, FL 33594-3106

Jack A. Arnold
5018 Forstgreen Dr. E
Lakeland, FL 33811

Eric N. Assouline, Esq.
Assouline & Berlowe, P.A.
213 East Sheridan St., Suite 3
Dania Beach, FL 33004

Raymond L. Audett, Jr.
836 Lafayette Ave.
Bohemia, NY 11716

Backstreet Boys & Affiliated Entities
c/o Jason L. Turner
Lassiter, Tidwell, Davis, Keller & Hogan
150 Fourth Avenue North, Suite 1850
Nashville, TN 37219

Backstreet Boys/Michael Oppenheim
c/o Clay Townsend
Morgan & Morgan PA
20 N. Orange Ave., Suite 1600
Orlando, FL 32801

Baeza Jewelers, LLC
c/o Paul H. McLester, Esq.
100 South Orange Ave., Suite 200
Orlando, FL 32801

Annette G. Baiocchi
24 Elm Court
South Orange, NJ 07079-2319

Bank of Bozeman
c/o Thomas O. Ashby, Esq., Stace L. Hines,
Esq., and Zoe R. Wade, Esq.
Baird Holm LLP
1500 Woodmen Tower
Omaha, NE 68102-2068

The Bank of New York
c/o Keith Appleby
PO Box 1438
Tampa, FL 33601

Sharyn & David Barber
6169 Woodstone Dr.
Naples, FL 34112

Viola Baron
12930 Dorman Rd.
Apt. 147
Pineville, NC 28134

Lois Barscewski
36707 Jodi Ave.
Zephyrihills, FL 33542

Paul J. Battista, Esq.
Genovese Joblove & Battista PA
100 Southeast 2nd Street
44th Floor
Miami, FL 33131

Jerry Beavon
2210 Platinum Drive
Sun City Center, FL 33573

Belle Harbor Owner's Assoc., Inc.
c/o David E. Hicks, Esq.
Dennis LeVine & Associates, P.A.
PO Box 707
Tampa, FL 33601-0707

Julian Benscher
c/o Andrew M Brumby, Esq.
PO Box 4956
Orlando, FL 32802-4956

Charles Berg
155 Winchester Ct.
Washington Township, NJ 07676

Jason Berg
155 Winchester Ct.
Washington Township, NJ 07676

Lindsay Berg
155 Winchester Ct.
Washington Township, NJ 07676

Diane Berry and Morris Berry
8931 San Rae Road
Jacksonville, FL 32257

Robert W. Beyer
1310 Kings Way Lane
Tarpon Springs, FL 34688

Raymond and Nora Binning
1000 Heron Ct.
Dunedin, FL 34698-8209

Jennifer L. or David L. Blessing
2408 Arborwood Drive
Valrico, FL 33596

Lewis Blocker
10303 Early Mist Lane
Riverview, FL 33569

Leonard & Phyllis Boenig
28 Palm Court
Menlo Park, CA 94025-5755

Eugene A. and Linda J. Boothby
1632 Sims Pl.
Lakeland, FL 33803

Robin Borland
2433 Appaloosa Tr.
Palm Harbor, FL 34685

Donald J. Brandel
10730 Del Prado Dr. W
Largo, FL 33774

Peggy A. Brockman
c/o Spiro J. Verras, Esq.
Bilirakis Law Group, PA
4538 Bartlet Road
Holiday, FL 34690

Edwin Brooks
McGuire Woods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

Patricia W. Brown
2320 S. Flagler Ave.
Flagler Beach, FL 32136

Thelma M. Brown
3808 Boardwalk Pl.
Rusbin, FL 33570

Nina Brown
13904 Wellarferd Way
Tampa, FL 33626

Barbara J. Bruce
46 Bennington Dr., #2
Naples, FL 34104

Andrew M. Brumby, Esq.
Shutts & Bowen, LLP
PO Box 4956
Orlando, FL  32802-4956

Bracha Rollins Buford
4008 Greenmark Lane
Valrico, FL 33596

E. Marcille Bull
114 Golden Pond Estates
Akron, NY 14001

Karen or John Buono
237 Amesbury Circle
Sun City Center, FL 33573

Richard and Michele Busino
4601 Carson St., NE
St. Petersburg, FL 33703

Beatrice J. Cadieux
PO Box 111545
Naples, FL 34108

B. Brooks Campbell
200 N. Betty Lane, 4C
Clearwater, FL 33755

Rosemarie T. Canavan
6494 7th Ave.
Circle W
Bradenton, FL 34209

John & Nancy Cannon
4470 Gaston St.
Spring Hill, FL 34607

Jerald C. Cantor
4000 Hollywood Blvd., Suite 375-S
Hollywood, FL 33021

Milutin Capric
616 Charlotte Ave.
Tarpon Springs, FL 34689

Julie Picard Carroza
145 Jacques Lane
South Windsor, CT 06074

Mary Castro
3114-W. Nassau St.
Tampa, FL 33607

Albert A. Cavicchiolo
1821 Rising Sun Dr.
Holiday, FL 34690

Pat & Connie Cesare
68 Dial Ave.
DeBary, FL 32713

L.B. or Daris Chastain
c/o Sandra Chastain Adkison
1272 Oakwood Lakes Blvd.
Defuniak Springs, FL 32433

Wanda Chevalier
2811 Wood Pointe Drive
Holiday, FL 34691

Jerry Childress
10421 E. Patience Ln.
Inverness, FL 34450

Jody S. Chimbel
155 Winchester Ct.
Washington Township, NJ 07676

CitiCapital
4650 Regent Blvd., Suite #200
Irving, TX 75063

CitiCapital
c/o Leslie S. White, Esq.
PO Box 3146
Orlando, FL 32802-3146

Martha N. Cochrane
930 Tulane Terrace
Inverness, FL 34450

Colonial National Mortgage
c/o Peter E Lanning, Esq.
9204 King Palm Drive
Tampa, FL 33619-1328

Herbert Colten
25 Halifax Drive
Monroe Township, NJ 08831

Charlene Connelly
7510 Mako Drive
Hudson, FL 34667

Michael Connelly
519 Wexford Drive
Venice, FL 34293

James L. Cook
7100 Sunset Way, PH 7
St. Petersburg Beach, FL 33706

Peggy G. Cook and Robin L. Cook
c/o Andrea Teves Smith
PO Box 24628
Lakeland, FL 33802-4628

Countrywide Home Loans, Inc.
c/o Natalie K. Curts, Esq.
3185 South Conway Road, Suite E
Orlando, FL 32812-7315

Richard Coyle
8504 Siciliano St.
Boynton Beach, FL 33472

James or Doris Crilly
11200 102nd Ave., #97
Largo, FL 33778

Joann M. Croft
330 Promenade Drive, #304
Dunedin, FL 34698

Laura Cuddy
1523 5th Ave. West, Apt. 905
Bradenton, FL 34205-6762

William C. Culp or Patsy R. Culp
350 Liberty Rd.
Wickliffe, KY 42087

Gerald Cummings
6503 Amundson Ct.
Tampa, FL 33634

Barbara and John Curran
7701 Queens Ferry Lane
Dallas, TX 75248

Jack Dalton
5820 Lake Oak Landing
Cumming, GA 30040

David A. and Deborah Jean Dasinger
5846 Eight Point Lane
Lakeland, FL 33811

Mark R. Davis
222 Branch Hill St.
Tampa, FL 33612

Dolores L. DeCoster
3088C Grovewood Blvd.
Palm Harbor, FL 34683-2435

Merrie K. Demerchart
2788 Browning Ridge Drive
Sumter, SC 29154

Hursel A. Dennison, Jr.
5408 Brown Rd.
Ocean Springs, MS 39564

Wilfred & Delma Depweg
530 So. 3d Street
Coldwater, OH 45828

Mervin Dickerson
18211 Sunset Blvd.
Redington Shores, FL 33708

Aubrey C. Dickson
PO Box 86369
St. Petersburg, FL 33738

Gerald E. Doty
4936 34th Ave. North
St. Petersburg, FL 33710

Jerome Duboko
10325 S. Kenton
Oaklawn, IL 60453

Marilyn Duncan
c/o Rick Cameron
1712 Brightmeadow Ct.
Orlando, FL 32818

David and Mary Eberiel
15 Donna Road
Chelmsford, MA 01824

Michael Egan
57 Knight Lane
Kings Park, NY 11754

Bridget and John Egar
2815 Bridlewood Ct.
Palm Harbour, FL 34683

Ruth Elk
10 Teak Rd.
Wayne, NJ 07470

Entercom
c/o Szabo Associates
3355 Lenox Rd. NE, 9th Floor
Atlanta, GA 30326-1232

Rachel M. Enwright
90 Old Road
Dracut, MA 08126

Thomas K. Equels, Esq.
390 N. Orange Ave., Suite 1210
Orlando, FL 32801-1626

Erling Rikensrud & Helen Sowder Trust
1639 Fieldfare Ct.
Dunedin, FL 34698

Ellen Ervin
10656 Rondo Avenue
Baton Rouge, LA 70815

David Esch
16648 Antero St.
Broomsfield, CO 80023

Gerald Esch
3510 Hughes Dr.
Mead, CO 80542

Frank and Ann Estey
250 Child Road
Woodstock, CT 06281

Robert A. Fagerquist
Nancy M. Fagerquist
9142 140th Way North
Seminole, FL 33776-2013

Arthur E. Fancher
914 W. River Drive
Tampa, FL 33617

Patrick M. and Susan T. Farrell
12091-185th Street, North
Jupiter, FL 33478

Emil Fatovic
5216-81st St. N. #25
St. Petersburg, FL 33709

Janah Feldman
87 Lafayette Avenue, #2
Brooklyn, NY 11217

Stephen Feldman
23 Regina Rd.
Morganville, NJ 07751

Robert and Mary Felten
7275 W. Milwe Lane
Crystal River, FL 34429

Donald Fetterhoff
5055 29th St. So.
St. Petersburg, FL 33712

Sylvia Fieman
7280 Amberly Ln., #102
Delray Beach, FL 33446

First International Bank & Trust
c/o Robert F. Higgins, Esq.
Lowndes, Drosdick, Doster, Kantor and
Reed, P.A.
PO Box 2809
Orlando, FL 32802

First National Bank & Trust Co. of Williston
c/o Raymond V. Miller, Esq.
Gunster Yoakley & Stewart PA
2 South Biscayne Blvd., Suite 3400
Miami, FL 33131

First National Bank & Trust Co. of Williston
c/o Richard P. Olson, Esq.
PO Box 1180
Minot, ND 58702-1180

First National Bank & Trust, Co. of Williston
c/o Rick Nichols
PO Box 1827
Williston, ND 58802-1827

Paul & Veronica Fonteyne
7100 Ulmerton Rd., #632
Largo, FL 33771

Angelo M. Forte
2005 Lake Linda Circle
Lutz, FL 33558

James E. Foster, Esq.
Akerman Senterfitt
PO Box 231
Orlando, FL 32802-0231

Frances Bogal
Stanley Bogal as Executor of the Estate of Rae
Lehrer, deceased
12 David Drive
Syosset, NY 11791

Seymour C. Frank
3 Pheasant Trail
Coram, NY 11727

Mary W. Fredendall
409 Aquarius Dr., SW
Hartselle, AL 35640

Michael J. Furbush, Esq.
David J. Lienhart, Esq.
ROETZEL & ANDRESS
420 South Orange Avenue, 7th Floor
P.O. Box 6507
Orlando, Florida 32802-6507

Vanessa Fuson as Power of Attorney for
Vincent Cobb
7655 Purple Martin Way
Dexter, MI 48130

Stephanie Garner
3408 Fairfield Trail
Clearwater, FL 33761

Joseph S. Frost
1331 Dorothy Drive
Clearwater, FL 33764

Raymond Gaylor
7922 Coral Pointe Dr.
Delray Beach, FL 33446

Robert N. Gilbert, Esq.
Carlton Fields PA
PO Box 150
West Palm Beach, FL 33402

Donas & Wanda Garrett
4906 Reagan Ave.
Seffner, FL 33584

Joseph Gleason
7032 Whitemarsh Circle
Bradenton, FL 34202

Nobia H. Godfrey
279 River Lane SW
Rome, GA 30165

Jearldean Gillman
c/o R. Scott Whitehead, PA
4507 Furling Lane, Suite 209
Destin, FL 32541

Marilyn M. Goldaber
2451 Brickell Avenue, 9D
Miami, FL 33129

Jack Gow
2400 Franciscan Dr., #26
Clearwater, FL 33763

Ann and Robert Goebel
79 Onderdonk Rd.
Warwick, NY 10990

Leonard A. Gravitz
701 Waterview Lane
Tarpon Springs, FL 34689

Arnold Grohskopf
101 Harbor Woods Circle
Safety Harbor, FL 34695

Theodore J. Granoski
2115 Heron Dr.
Lake Wales, FL 33859

Marilyn L. Hall
1723 Council Drive
Sun City Center, FL 33573

Heskell L. and Eleanor M. Hammond
1251 Trimmer St.
Logan, OH 43138

Mark Hanna, Esq.
A/F Velma Bartuszevige, Trustee
9510 S. Durand Rd.
Durand, MI 48429

Conrad P. Hanson
3313 Silver Hill Dr.
Holiday, FL 34691

Donna Hardenberg
1222 N. Homer St.
Lansing. MI 48912

James Hardenberg
200 Lake Ave., NE
Apt. 504
Largo, FL 33771

Jack and Lillie Harrison
11282 Sherrouse Rd.
Lakeland, FL 33810

Harold & Marilym M. Reid Trust
101 Trinity Lakes Drive
Apt. 344
Sun City Center, FL 33573

Nanor Harutunian
27-09 167 St.
Flushing, NY 11358

Gerald E. Haslouer
24676 Dietz Drive
Bonita Springs, FL 34135

Kathleen M. Hedberg
Bernard and Lucille Jeritz
C. Boyson J. Jeritz
1040 Main St., #178
Dunedin, FL 34698

Rhoda Hedrick
c/o R. Eric Rubio, Esq.
619 Stone Drive
Brandon, FL 33510

Rhoda Hedrick
PO Box 1105
Seffner, FL 33583

Sharon M. Helton
4802 Castledown Road
Colorado Springs, FL 80917

Emil Hengstwerth
32 Colony Road
Edgewater, NJ 07020

Rose Herbstman
2210 Avenue R
Brooklyn, NY 11229

Mark D. Hildreth, Esq.
Shumaker, Loop & Kendrick, LLP
PO Box 49948
Sarasota, FL 34230-6948

Frances Hillman
2801 Fairgate Road
Midlothian, VA 23112

Konrad Mayer Hofer
599 S. Collier Blvd. #304
Marco Island, FL 34145

Stephen J. or Faye L. Hoffman
3891 Whistlewood Circle
Lakeland, FL 33811

Glenn Hoffman
733 Carpenters Way #6
Lakeland, FL 33809

John Huey
5001 Edgewater Lane
Oldsmar, FL 34677

Jean W. Hurst
105 Fareham Pl., N.
St. Petersburg, FL 33701

Glenna Sue Hutcheson
4629 Lake Kotsa Dr.
Lake Wales, FL 33898

Robert R. Hutchinson
55 Pleasant Circle
Plant City, FL 33565

Carmen L. Hutto
242 Country Lane
Plant City, FL 33565

Donna A. Ingraham
2210 Platinum Drive
Sun City Center, FL 33573

Integra Bank
c/o Lawrence E. Rifken, Esq.
McGuire Woods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102

Integra Bank
c/o Jeffrey L. Devine
PO Box 868
Evansville, IN 47705-0868

Internal Revenue Service
Post Office Box 35045, Stop 5720
Jacksonville, FL 32202

International Law Group, LLC
P.O. Box 10614
Tampa, FL 33679

Josepha and Michael Izak
6 Village Walk
Ponte Vedra Beach, FL 32082

Bruni Jaeger
16 Emerald Bay Dr.
Oldsmar, FL 34677

Harry L. Jennings
c/o Mark S. Guralnick
Tampa Bay Park Lake Pointe II Ste 100
3111 W Dr Martin Luther King Jr Blvd
Tampa, FL 33607

William C. Jones
107 Driftwood Lane
Largo, FL 33770

John P. Joseph, Esq.
2429 Central Avenue, Suite 201
St. Petersburg, FL 33713

Robert D. Jordan
506 Planters Wood Court
Valrico, FL 33594

Soneet R Kapila
Post Office Box 14213
Fort Lauderdale, FL 33302

George Karam
944 Symphony Isles Blvd.
Apollo Beach, FL 33572

Paul H. Kaskela, Esq.
First Midwest Bank
One Pierce Place, Suite 1500
Itasca, IL 60143

Clara L. Kazor
3622 97th Av.
Pinellas Park, FL 33782

Mary P. Kelly
34 Donald Place
Waldwick, NJ 07463

Stephen M. and Marilyn J. Kenworthy
PO Box 641
Sparr, FL 32192

John R. Kiefner, Jr., Esq.
A/F Various Creditors
146 Second Street N.
Suite 300
St. Petersburg, FL 33701

Richard Kiran
3506 Landale Dr.
Holiday, FL 34691

Donald R. Kirk, Esq.
Folwer White Boggs Banker PA
PO Box 1438
Tampa, FL 33601

Geraldine Klein
7B Berkshire Drive
Monroe Township, NJ 08836

Donald and Carole Knighton
2297 Trumpeter Swan Ave.
Bartow, FL 33830-2942

William P. and Gayle J. Knoll
957 Hill Flower Drive
Brooksville, FL 34604

Joan P. Knott, Personal Representative
Estate of William J. Hinke
47 Farragut Drive
Brick, NJ 08723

James J. Koffman
1021 Palm Drive
Belleair Beach, FL 33786

Anthony or Patricia Kohn
5615 Sawyer Rd.
Lakeland, FL 33810

AnnMarie W. Kokash
5540 67th Ave.
Pinellas Park, FL 33781

John C. Kolterman, Jr.
4620 Preston Woods Drive
Valrico, FL 33594

Larry or Joann Koza
16604 Plum-Rose Ct.
Tampa, FL 33618

Anthony M. and Vicki M. Kral
9602 Springmeadow Dr.
New Port Richie, FL 34655

Steven D. Kris
4780 S. Lafayette Street
Englewood, CO 80113

Rita D. Kulak
12 Beverly Rd.
Perkasie, PA 18944-2663

David and Bonita Lancaster
962 Bird River Beach Road
Baltimore, MD 21220

James and Lorraine Lancaster
1200 Tuscany Lane
Bel Air, MD 21014

Judy LaRose
1242 Stadler Dr.
Ft. Myers, FL 33901

George Le Claire
Glensil House
Silchester Road
Glenageary, Co. Dublin IRELAND

Martin E. Leach, Esq.
A/F George E. Wardally and Ronald Rooks
Feiler & Leach, PL
The American Airlines Building
901 Ponce De Leon Blvd., Penthouse Ste.
Coral Gables, FL 33131

Lorraine B. Lee
595 No. Sunset Drive
Mt. Dora, FL 32757

James A. Leinenbach
3663 58th Ave., N. L737
St. Petersburg, FL 33714

Jean Leitton
6847 Lantana Bridge Rd., #201
Naples, FL 34109

Rick Leone, Esq.
Gavel & Leone, PL
2002 N. Lois Ave., Suite 260
Tampa, FL 33694

Bonnie Levinar
6507 E. Gentry St.
Inverness, FL 34452

Carl & Teena Ley
27250 High Seas Lane
Bonita Springs, FL 34135

Elinor V. Liles and David J. O'Donell
7003 Alafia Drive
Riverview, FL 33578

George W. Little
8109 Canaveral Blvd.
Cape Canaveral, FL 32920

Dan and Janice Litvin
2817 N. Lakewood Ave.
Chicago, IL 60657-4105

Irving & Bernice Locker
1283 Brunson Way
The Villages, FL 32162

Bette H. Lohr
2259 Costa Rican Drive, #51
Clearwater, FL 33763

Louis J. Pearlman Enterprises, LLC
c/o Gerard A. McHale, Receiver
1601 Jackson St., Ste. 200
Ft. Myers, FL 33901

Louis J. Pearlman Enterprises, Inc.
c/o Gerard A. McHale, Receiver
1601 Jackson St., Ste. 200
Ft. Myers, FL 33901

Evan Love
PO Box 2997
Riverview, FL 33568

Frederick T. Lowe, Esq.
FLORIDA LAW GROUP, LLC
3907 Henderson Blvd., Suite 200
Tampa, FL  33629

Maxx Lowenstein
3227 Hunting Tweed Dr.
Owings Mills, MO 21117

David J. Luehr
3724 Eagle Hammock Drive
Sarasota, FL 34240

Prenka Lulgjuraj
4847 Tigertail Ct.
New Port Richie, FL 34653

James and Sandra Lynch
111 10th St. South, Unit 113
Bradenton Beach, FL 34217

Margaret S. Macaulay
1083 Popes Creek Circle
Grayslake, IL 60030

Andrew and Carol C. Macik
131 1st St., E
#103-7
Tierra Verde, FL 33715

Mary M. Maddox
5815 Westlope Drive
Austin, TX 78731

Thomas O. Malatino
5648 Glencrest Blvd.
Tampa, FL 33625

Alma L. Maldonado
416 Courtney Drive
Temple Terrace
Tampa, FL 33617-7826

Ceasar or Suzanne Marston
1447 Palma Blanca Ct.
Naples, FL 34119

George and Debra Martin
6690 Burning Tree Drive
Seminole, FL 33777

George M. Massell
11312 Mallory Square Drive
Apt. 104
Tampa, FL 33635

Beverly Mathis, David D. Mathis, & Roberta
Jordan
c/o Donald L Gaffney, Esq.
Snell & Wilmer LLP
One Arizona Center , 400 E Van Buren
Phoenix, AZ 85004-2202

David D. Mathis
11861 Sedgewick Dr.
Huntley, IL 60142

Gerald T. Maxwell
703 Golf Sea Blvd.
Apollo Beach, FL 33572

Geraldo or Bonnie Maxwell
47307 209th Pl.
McGregor, MN 55760

Joyce Mayes, Trustee
904 Alpine Drive
Brandon, FL 33510-3510

Thomas Mayeski
150 Wellborn Chase
Fayetteville, GA 30215

Edna L. Mayo
5200 28th St., #418
St. Petersburg, FL 33714

MB Financial Bank NA
c/o Michael Weininger
Lupel Weininger LLP
30 N LaSalle St, Ste 3520
Chicago IL  60602

Charles F. and Melba L. McCarter
515 E. Carefree Hwy.
PMB #402
Phoenix, AZ 85085

Marion H. McCarthy
6729 Drewrys Blurr
Bradenton, FL 34203

Gerald McDermott
1007 N. Main St.
Pitman, NJ 08071

Nancy McFarlane
2075 Quailwood Lane
Spring Hill, FL 34606

Dorothy M. McGregor
2380 World Parkway Blvd.
Apt. 28
Clearwater, FL 33763

Breta McGuire
2034 Ashbury Drive
Clearwater, FL 33764

Gerard A. McHale, Receiver
c/o Michael C. Markham, Esq.
Johnson Pope Bokor Ruppel & Burns LLP
PO Box 1368
Clearwater, FL 33757

William Meares
c/o Lara Roeske Fernandez, Esquire
Trenam, Kemker
P.O. Box 1102
Tampa, FL 33601-1102

Frances or James Meegan
9142 Sunrise Drive
Largo, FL 33773

Norman D. and Carol A. Meers
2004 Del Webb Blvd., E.
Sun City Center, FL 33573

Terry Meltzer
155 Belleview Ave.
Center Moriches, NY 11934

Joanna Mesh
7 E 14th Street
Apt. 317
New York, NY 10003

Richard F. Meyer
1534-6 Mainsail Drive
Naples, FL 34114

Louis and Bonnie Mielke, Sr.
2609 Albert Rill Rd
Westminster, MD 21157

Jean I. Miller
6538 Green Acres Blvd.
New Port Richey, FL 34655

Kenneth D. Miller
6535 Stonington Dr.
Tampa, FL 33647

M. Kenneth Miller
10209 Devonshire Lake Drive
Tampa, FL 33647-3237

Stephen K Miller
12401 N 22nd St  Apt H 502
Tampa, FL  33612-4650

Ethan B. Minkin
c/o Snell & Wilmer L.L.P.
400 E. Van Buren Street, Suite 1900
Phoenix, AZ  85004-2202

James Millich
6456 Chestnut Ridge Road
Orchard Park, NY 14127

Miguel A. and Teresa Miranda
12602 Castle Hill Drive
Tampa, FL 33624

Janet Mooney
PO Box 2644
Keywest, FL 33046

Juliana Moore
12320 Capri Circle N
Treasure Island, FL 33706

Monty Montgomery
4705 1st Street NE, #338
St. Petersburg, FL 33703

F. Moore
7500 E. Pocono Drive
Inverness, FL 34450

Susan B. Morrison, Esq.
A/F Donna S. Miller
1200 W. Platt St., Suite 106
Tampa, FL 33606

Charles Morrissey
39 Scenic Circle
Croten on Hudson, NY 10520

Mary Anne and Saeed Motlagh
8415 Orient Way NE
St. Petersburg, FL 33702

Leslyn E. and David W. Mueller
808 Granite Road
Brandon, FL 33510-3510

Kyran & Irma M. Murphy
1362 Breakers West Blvd.
West Palm Beach, FL 33411

Peter M. Murphy
PO Box 702
St. Petersburg, FL 33731

Shirley A. Murphy
8829 Karlen Rd.
Rome, NY 13440

Virginia A. Murray
5065 Dover St. NE
St. Petersburg, FL 33703

Margaret H. Nagy
3116 Reseda Ct.
Tampa, FL 33618

Lois Nevler
6744 Canary Palm Circle
Boca Raton, FL 33433

Joe Nicastro
5 Vista Drive
Flanders, NJ 07836

Karen Norris
10118 Avonleigh Drive
Bonita Springs, FL 34135

Tara Novotny
1767-59th Circle S.
St. Petersburg, FL 33712

Official Committee of Unsecured Creditors
c/o Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, NY 10017

Official Committee of Unsecured Creditors
c/o Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl et al
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067-4100

Harriet R. Olesen
8000 Sailboat Key Blvd.
#200
St. Petersburg Beach, FL 33707

Oxford Financial of Hillsborough, Inc.
c/o Steven B. Rodd, as Registered Agent
4131 Brentwood Park Cir.
Tampa, FL 33624-1301

Colleen M. Paglen
12301 Sunshine Lane
Treasure Island, FL 33706-5033

June Painter
1233 Fordham Drive
Sun City Center, FL 33573

Anastasios and Claire Papargirion
8101 Gulf Blvd.
St. Petersburg, FL 33706

George Pasisis
16154 Craigend Place
Odessa, FL 335556

Jay D. Passer
4100 W. Kennedy Blvd., Suite 322
Tampa, FL 33609

Harold Clyde Patterson
6204 Cyril Dr.
Dade City, FL 33523

Pausinga Family Trust
c/o John & Margery Pausinga
216 Golf Aire Blvd.
Winter Haven, FL 33884

Louis J. Pearlman
c/o R. Fletcher Peacock, Esq.
Law Offices of Fletcher Peacock
329 Woodstead Lane
Longwood, FL 32779

Patricia A. Pearson
5961 Celestial Way
Milton, FL 32570

Frank R. Pearson
705 Donado Ct.
Brandon, FL 33511

Berle Sue Philliips
6024 Honeysuckle Ln.
Brooksville, FL 34602

Richard and Judith Picard
1936 Mid Ocean Cir.
Sarasota, FL 34239

Ruth Picinich-Vidulich
351 Cameo Drive
Massapeque, NY 11758

Dolores Pisch
11212 Mesquite Drive
Dade City, FL 33525-0950

Georgie and Jane Pittas
8422 Merrill Circle
Largo, FL 33777

Charles J. Plourde
33906 Mandrak Rd.
Wesley Chapel, FL 33543

Vera F. Polk
PO Box 158
10035 CR 39 South
Lithia, FL 33547

M. Lynn Pope, Esq.
David W. Steen, P.A.
602 South Boulevard
Tampa, FL 33606-2630

Michael and Juliette Pozzouli
12108 Timberlake Rd.
Riverview, FL 33569

Damien H. Prosser, Esq.
Shutts & Bowen, LLP
PO Box 4956
Orlando, FL  32802-4956

Marilyn D. Prouty
PO Box 143
Otter Creek, FL 32683

Earl or Merrilly Pruden
948 Oakview Road
Tarpon Springs, FL 34689

Mary A. Putnam
1825 New Jersey Rd.
Lakeland, FL 33803

Joseph R. Radaker
3622 - 97 Ave. N.
Pinellas Park, FL 33782

Linda E. Rams
702 Sky Lark Circle
Longwood, FL 32750

Joseph Reale
45 Reel St.
Patchoque, NY 11772

Rosemary Reimer
8606 Coral Creek Loop
Hudson, FL 34667

Eugene Reiss & Karole Reiss
316 Grayston Place
Sun City, FL 33573

Lyman & Bertha Rhodes
23268 McQueeney Ave.
Port Charlotte, FL 33980

Elizabeth Ricciardelli
1717 Homewood Blvd., #192
Delray Beach, FL 33445

Ruth M. Rice
9401 88th Way North
Largo, FL 33777

Dorothy J. Richards
5114 Peacock Drive
Holiday, FL 34690

Mary Kathryn Richardson
2405 Franciscan Dr  Apt 51
Clearwater, FL 33763-3233

Jessica Rigler
1930 Johnson Furry Rd. NE
Apt. C
Atlanta, GA 30319

Janet and William Ritola
11128 113th Ave.
Largo, FL 33778

Robert H. Orr Mgt. Trust
c/o Margaret A. Booth, Trustee
PO Box 666
Belton, TX 76513

William Roberts
c/o David Plante
806 North Armenia Avenue
Tampa, FL 33609

Sarah Robinson
38 Harbor Oaks Circle
Safety Harbor, FL 34695

Sharon Rodd or Aaron Rodd
4110 Brentwood Park Cir.
Tampa, FL 33624-1301

Jerry L. Roglitz
4701 8th Ave., South
St. Petersburg, FL 33711-1809

James R. Rose
PO Box 79
Liberty Hill, SC 29074-0074

Peter J. and Judith S. Rosko
975 Eastham Way, Apt. 204
Naples, FL 34104-8793

Maureen T. Roy
PO Box 6038
Bradenton, FL 34281

Jacqueline and Carl Rubin
9753 Lemonwood Way
Boynton Beach, FL 33437

Paul Russo
7931 Bridgestone Dr.
Orlando, FL 32835

Mary Frances Rutledge
1616 Chevy Chase Drive
Sun City Center, FL 33573-5320

Susan Salmieri
860 Virginia Street
Apt. 209
Dunedin, FL 34698-6733

Douglas A. Saunders
12101 Forest Hills Drive
Tampa, FL 33612-4006

Bradley M Saxton
a/f Bank of America, NA
PO Box 1391
Orlando, FL 32802-1391

Elizabeth P. Scalf
67 Rosewood Drive
Thonotosassa, FL 33592

SCC Systems, Inc.
c/o Stuart Hettleman
500 Harborview Drive
Batltimore, MD 21230

Joseph & Jeannette Schapiro
1100 So. Belcher Rd., #123
Largo, FL 33771

Ione Schatzman
122 Van Houten Ave.
Passaic, NJ 07055

Patricia A. Schmidt
2655 Nebraska Ave., #318
Palm Harbor, FL 34684

B. Clogene Schons and Jerry R. Schons
9941 River Drive
Gibsonton, FL 33534

Harry W. and Roena A. Schons
6172 Kelvin Ct.
Spring Hill, FL 34606

Adeen Schwartz
6 Gilmore Ct.
Scarsdale, NY 10583

Salvatore Scutari
57C Galewood Drive
Matawan, NJ 07747

Securities and Exchange Commission
Atlanta District Office
Bankruptcy Division
3475 Lenox Road, N.E., Suite 1000
Atlanta, GA 30326-1232

Peter E. Shapiro, Esq.
Shutts & Bowen, LLP
200 E. Broward Blvd., Suite 2100
Ft. Lauderdale, FL 33301

Frank Shibetti
1006 Blue Heron Way
Tarpon Springs, FL 34689

Emmanuel O. and Beverly C. Silva
19 Jordan Drive
Toms River, NJ 08755

Julie Sherrier
4205 Kachina Drive
Austin, TX 78735

Joanne Simpson
11020 Mooney Lane
Hudson, FL 34664

Karen Singer, MD, Trustee
2760 E. Bay Isle Drive, SE
St. Petersburg, FL 33705

Sue C. Simonds and Claire M. Theriault
17001 SE 21 Street
Silver Springs, FL 34488

Mary P. Sloat
8565 W. Drew Ct.
Homosassa, FL 34448

Arthur Slack
818 La Jolla Ave.
Sun City Center, FL 33573

Smith Living Trust
c/o David & Kathleen Smith, Trustees
6765 Armand Place
Pinellas Park, FL 33781

Alfonso Solis
8830 Cherry Hills Place
Stockton, CA 95209

Betty E. Spivy and Albert D. Brown
4901 Windingbrook Trl
Wesley Capel, FL 33544-7484

James W. and Frances E. Smoot
5935 15th St., North
St. Petersburg, FL 33703

Jerilyn and Michael Stein
11155 117th Lane
Largo, FL 35778

Natalie L. Stephen
4205 Kachina Drive
Austin, TX 78735-6013

Dorene Stanhouse
1601 Jamaica Drive
Key West, FL 33040

David Stone
403 Heron Ave.
Naples, FL 34108

Barbara K. Stopyra
1602 New Bedford Dr.
Sun City Center, FL 33573

Jack K. Stice
5759 Yorkshire Lane
Palm Harbor, FL 34685

Marilyn & Leroy Stringham
29250 U.S. Highway 19N, #130
Clearwater, FL 33761

Miriam Suarez
Office of the United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Joseph and Mary T. Sultana
3915 Royal Palm Drive
San Remo Shores
Bradenton, FL 34210-1308

Mary Swanson
9108 Jacinto St.
New Port Richey, FL 34655

Dominque Swette
3100 N. Ocean Blvd., #1707
Ft. Lauderdale, FL 33308

Richard L. Swetman
1342 Rd 23
Continental, OH 45831

George A. Talcott
20000 U.S. 19 N.
Lot #716
Clearwater, FL 33764

J. Andre Tardif
c/o Carol A. Lawson, Esq.
2194 Main St., Suite J
Dunedin, FL 34698

Jeanette and J. Andre Tardiff
2586 Windwood Drive
Clearwater, FL 33763

Tatonka Capital Corporation
c/o Carol Hansen
1441 18th Street, Ste. 400
Denver, CO 80202

Tatonka Capital Corporation
c/o Derek F. Meek, Esq.
Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203

Tatonka Capital Corporation,
c/o Marc P. Solomon, Esq.
Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203

Tatonka Capital Corporation
c/o Robert B. Rubin, Esq.
Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203

Connie C. Tatum
3002 W. Patterson Street
Tampa, FL 33614-3470

Justine Tatum
14244 Neptune Rd
Seminole, FL 33776

Edward H. Temme
3533 Atlantis Drive
Holiday, FL 34691

The Cerberuses Eleven Trust
7723 Hamlet Drive
New Port Richey, FL 34653

Cheryl M. Thibodeau
550 Green Hollow Road
Petersburgh, NY 12138

Thorndale Investment Company
c/o Jennifer Chow
330 Spring Street, Apt. 2C
New York, NY 10013

Christine Timmons
860 Casler Ave.
Clearwater, FL 33755

R.M. Tinker
1702 Saffold Park Drive
Ruskin, FL 33570-5573

Alberta Tognetti
1234 Lyndhurst Greens Dr.
Sun City Center, FL 33573

Mildred A. Trahman
2415 Emerald Lake Drive
Apt. 205
Sun City Center, FL 33573

Trans Continental Airlines, Inc.
c/o Soneet R Kapila – Chapter 11 Trustee
Post Office Box 14213
Fort Lauderdale, FL 33302

Trans Continental Aviation, Inc.
c/o George E. Mills
PO Box 995
Gotha, FL 34734

Trans Continental Management, Inc.
c/o George E. Mills
PO Box 995
Gotha, FL 34734

Trans Continental Records, Inc.
c/o Soneet R Kapila – Chapter 11 Trustee
Post Office Box 14213
Fort Lauderdale, FL 33302

Trans Continental Studios, Inc.
c/o Gerard A. McHale, Receiver
1601 Jackson St., Ste. 200
Ft. Myers, FL 33901

Trans Continental Television Productions,
Inc.
c/o George E. Mills
PO Box 995
Gotha, FL 34734

Kathy Trask
2889 Fair Green Drive
Clearwater, FL 33761

John Treadman, Sr. and June Jessen
5611 West Chapel Hill Road
Douglasville, GA 303135

William A. Trowell
8013 Dell Drive
Tampa, FL 33613

Martha Trowbridge
19 Carlin Court
Logan, OH 43138

Andrew & Pauline Tsoutsanis
240 Sand Key Estates Dr., Unit 77
Clearwater, FL 33767-2977

Rosemary Truisi
308 16th Ave.
Indian Rocks Beach, FL 33785

Martha L. Tuttle
3740 Williams Landing Circle
Apt. 4-308
Tampa, FL 33610-9141

Sherwood D. Uhrmacher
c/o Patrick Davis, Esq.
PO Box 15933
Clearwater, FL 33766-5933

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Sherwood D. Uhrmacher
700 N. Bentsen Palm Drive
Lot 66
Mission, TX 78572

Frances H. Valentino
1320 Dickenson Drive
Clearwater, FL 33764-2906

Grace M. Valente
10263 Whispering Forest Dr  Apt.1213
Jacksonville, FL 32257

Christianus J. and Leonie C. Van Der Ham
9278 Benrock Road
Spring Hill, FL 34608

Sean Van Der Wilt
c/o Jason L. Turner
Lassiter, Tidwell, Davis, Keller & Hogan
150 Fourth Avenue North, Suite 1850
Nashville, TN 37219

William H. Vanderlinde
5071 Flamingo Dr.
St. James City, FL 33956-2821

Spiro J. Verras
4538 Bartelt Rd.
Holiday, FL 34690

Richard Vidulich
106 Greentrees Circle
Jupiter, FL 33458

Nicolette Corso Vilmos, Esq.
Broad and Cassel
390 N. Orange Ave., Suite 1400
Orlando, FL 32801

Theresa Waldron
PO Box 438
Lecanto, FL 34460

Erskin Walker
c/o Melba McCarter
515 E. Caretree Hwy.
PMB #402
Phoenix, AZ 85085

Janet Walker
785 116 Ave. E
Treasure Island, FL 33706

Leanna S. Wallace
635 Greenwood Village Blvd., Apt. C
W. Melbourne, FL 32904

Harold Walter
740 E. Broadway, Apt. 3P
Long Beach, NY 11561

Robert and Dorothy Walton
7975 58th Ave. North #402
St. Petersburg, FL 33709

Washington Mutual Bank
c/o Suzanne E. Gilbert, Esq.
PO Box 1526
Orlando, FL 32802

Washington Mutual Bank
PO Box 44090
Jacksonville, FL 32231

Richard Blackstone Webber, II
315 East Robinson St Ste 600
Orlando, FL 32801

Raymond and Joan Weiss
2021 East View Drive
Sun City Center, FL 33573

Robert A. Westbury
2503 Avalon Drive
Troy, MI 48083

Faye R. Wheeler
824 Cumberland Dr.
Greer, SC 29651

William White
3N151 Sylvan Drive
Elburn, IL 60119

Leroy or Norma J. Willmirth
4784 Arbor Ct.
Decatur, IL 62526

Charles J. Wink
4725 Cove Circle
Unit 401
St. Petersburg, FL 33708

Ronald P. and Shirley B. Wldes, TTEE
11800 Park Blvd., Unit 501
Seminole, FL 33772

World Fuel Services, Inc.
c/o Edward J. O'Sheehan
200 East Broward Blvd.
National City Center, Suite 2100
Ft. Lauderdale, FL 33301

John Woltering
PO Box 66306
St. Petersburg Beach, FL 33736

Stanley or Sofie Wykret
4669 Swallow Tail Dr.
New Port Richie, FL 34653

Mildred Zimmerman
26083 Kings Road
Bonita Springs, FL 34135

Zomba Recording, LLC
c/o Robert L. Young, Esq.
Carlton Fields, PA
PO Box 1171
Orlando, FL 32802-1171

Clyde Jenkins
2211 Village Hill Drive
Valrico, FL 33594

Anthony M. Orlando
5970 21st St N
St. Petersburg, FL  33714