# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:

LOUIS J. PEARLMAN, *et al.*,　　　　　　Case No. 6:07-bk-00761-ABB
　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　　　Debtor.　　　　　　　　　　　Jointly Administered
_____/

## UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT HEARING ON CHAPTER 11 TRUSTEE'S AMENDED MOTION FOR ORDER APPROVING CASE MANAGEMENT PROCEDURES (DKT. NO. 2734), ETC. (DKT. NO. 2821)

Lassiter, Tidwell, Davis, Keller & Hogan, PLLC, by Jason L. Turner, as counsel for Howard Dorough, Sweet D, Inc., Sam Licata and Sybil Hall, files this unopposed motion to request the Court allow the telephonic appearance of Jason L. Turner ("Turner") at the hearing scheduled for Thursday, March 11, 2010 at 10:00 a.m. on the matter of the Amended Motion of Chapter 11 Trustee, for Order Approving various case management and discovery protocol (Dkt. No. 2734), continued from January 7, 2010 (Dkt. No. 2789). In support of the Motion, the undersigned respectfully represents as follows:

　　　1. On March 21, 2009, the Trustee filed an Adversary Proceeding against Howard Dorough (Dkt. No. 1758).

　　　2. On March 22, 2009, the Trustee filed an Adversary Proceeding against Sweet D, Inc. (Dkt. No. 1879).

　　　3. On April 3, 2009, the Trustee filed an Adversary Proceeding against Sam Licata and Sybil Hall (Dkt. No. 2271).

　　　4. All of the Adversary Proceedings referenced above allege the conveyance of fraudulent transfers between various entities of the Debtor and the defendants, individually, and

seek recovery of money from each defendant.

5. Given the nature of the matter set for hearing, and in an effort to minimize the costs incurred by defendants due to the undersigned's office being located in Nashville, Tennessee, it would be significantly more cost effective for Turner to attend the hearing scheduled on March 11, 2010 at 10:00 a.m. telephonically rather than in person.

6. Counsel for the Trustee does not object to the undersigned appearing telephonically.

WHEREFORE, the undersigned respectfully requests that the Court allow the undersigned counsel, Jason L. Turner, to appear at the hearing on March 11, 2010 at 10:00 a.m. via telephonic appearance. Unless otherwise directed by the Court, Mr. Turner will be available for the Court's call at 615-259-9344.

Respectfully submitted this 8th day of February, 2010.

                        LASSITER TIDWELL
                        DAVIS KELLER & HOGAN, PLLC

By:    /s/ *Jason L. Turner*
      Jason L. Turner
      Florida Bar No.: 747661
      1850 One Nashville Place
      150 Fourth Avenue North
      Nashville, TN 37219
      (615) 259-9344 (phone)
      (615) 242-4214 (fax)
      jturner@lassiterlaw.com

OF COUNSEL:

/s/ Henry E. Hildebrand, III
Henry E. Hildebrand, III, Esq.
150 Fourth Avenue North, Suite 1850
Nashville, TN 37219
TN BPR No.: 004630
Phone: (615) 259-9344
Fax:    (615) 687-3275

*Attorneys for Defendants Howard Dorough, Sweet D, Inc., Sam Licata and Sybil Hall*

## **CERTIFICATE OF SERVICE**

I certify that on the 8th day of February 2010, a copy of the foregoing was furnished electronically through CM/ECF on:

James E. Foster, Esquire
Akerman Senterfitt
420 S. Orange Ave., Suite 1200
Post Office Box 231
Orlando, FL 32802

Michael I. Goldberg, Esquire
Akerman Senterfitt
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Ft. Lauderdale, FL 33301-2229

Soneet R. Kapila, Bankruptcy Trustee
Post Office Box 14213
Fort Lauderdale, FL 33302

/s/ Jason L. Turner
Jason L. Turner