IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

LOUIS J. PEARLMAN, et al.,                 Case No. 6:07-bk-00761-ABB
                                                                        Chapter 11
                    Debtor.                  Jointly Administered
_____/

## OBJECTION OF SONY MUSIC TO TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY OF TRANS CONTINENTAL RECORDS, INC AND LOUIS J. PEARLMAN

Interested party Sony Music, together with all its subsidiary record labels including, but not limited to, Epic Records, Columbia Records, Jive Records and RCA Records, and predecessors-in-interest and affiliate labels (collectively "Sony"), through its undersigned counsel, files this objection ("Objection") to the Trustee's Motion to Sell Personal Property of Trans Continental Records, Inc. and Louis J. Pearlman [Dkt. No. 3051] ("Motion"). In support of its Objection, Sony states as follows:

1.    The Trustee filed the Motion to sell certain personal property allegedly owned by Trans Continental Records, Inc. and/or Louis J. Pearlman. However, the Trustee has failed to acknowledge the right, title and interest which Sony has in many of the items listed on the inventory list attached to the Motion despite Sony's prior communication to the Trustee of Sony's claim to such items.

2.    In the summer of 2008 Sony advised the Trustee's then attorney that it claimed rights to certain of the alleged property of Trans Continental and/or Louis Pearlman. A copy of the chart prepared by Sony and furnished to the Trustee's attorney is attached hereto as Exhibit "A". Despite such communication, Sony never received a substantive response from the Trustee until the recent filing of his Motion.

17091353.1

3.  Any property rights which the Trustee of Trans Continental and Pearlman may have in the property is subordinate and subject to the rights of Sony therein and the Trustee has no right to sell such property without Sony's prior consent, which it has not given and does not intend to give.

4.  Although some of the descriptions on the Trustee's Index are vague, based on the information provided Sony asserts ownership over the items listed in Exhibit "A" hereto without prejudice to claim ownership to additional items once their description is further clarified.

5.  Any sale of Sony's property by the Trustee could result in claims against either the Trustee or purchasers of such property.

WHEREFORE, Sony respectfully requests that this Court enter an order denying the Trustee's Motion to the extent that it applies to the property relating to Sony, directing the Trustee to return such property, and granting such other and further relief as is just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Robert L. Young
ROBERT L. YOUNG
Florida Bar No. 166220
CHRISTOPHER M. PAOLINI
Florida Bar No. 669199
CARLTON FIELDS, P.A.
P.O. Box 1171
Orlando, FL  32802-1171
Phone: 407-849-0300
Facsimile: 407-648-9099
E-Mail: ryoung@carltonfields.com
Attorneys for Sony Music

**EXHIBIT A**

| SONY ARTIST | ITEM(S) ON TRANSCONTINENTAL INVENTORY LIST | SBMG LABEL GROUP/RECORD LABEL(S)* ARTIST WAS SIGNED TO | AVAILABLE AGREEMENTS WITH SONY | Copyright Registration for Sound Recording ("SR") for Single or Album by SONY Artist Showing SONY as Copyright Claimant/Owner |
|---|---|---|---|---|
| *N Sync | CD's; Reel Tapes; Digital Audio Tape; Machine a Back-ups; Machine B Back-ups; Video Cassettes; Audio Cassette Tapes; Mini CD's | Zomba/Jive Records, BMG/Ariola | Recording Contract & Amendments/Modifications | Greatest Hits (2005); Celebrity (2001); Pop [single] (2001); Gone [single] (2001), No Strings Attached (2000); Bye, Bye, Bye (2000); This I Promise To You [single] (2000); Its Gonna Be Me (2000); NSYNC (1998); I Want You Back (1998) |
| 95 South | CD; Reel Tapes | BMG/RCA Records | Recording Contract & Amendments/Modifications | Tightwork 3000 (2000) |
| Alex | CD; Back-ups | Sony International | Recording Contract & Amendments/Modifications | No SR, Int'l release |
| Alicia Keys | CD | BMG/J Records, RCA Records | Recording Contract & Amendments/Modifications | Diary (2004); If I Ain't Got You (2004); Diary Of Alicia Keys (2003); A Woman's Worth (2002); Songs In A Minor (2001) |
| Art Garfunkel | CD | Sony/CBS Records (predecessor to Sony)/Columbia | Recording Contract & Amendments/Modifications | Songs From A Parent to A Child (1997); Up Till Now (1993); Lefty (1988); Garfunkel (1988) |

| Artist | Format | Label | Contract | Releases |
|---|---|---|---|---|
| Back Street Boys | Audio Reel Tape; Video Cassettes; CD's; Reel Tapes | Zomba/Jive Records | Recording Contract & Amendments/Modifications | Never Gone (2005); More Than That [single] (2001)The Call-The Neptune Remixes (2001); The Hit Remixes - Chapter One (2001); Drowning [single] (2001); Black & Blue (2000); Backstreet Boys...(2000); Millennium (1999); All I Have To Give (1999); Sear's Exclusive Back Street Boys CD-Rom (1999); Everybody (Backstreet's Back) 1998; I'll Never break Your Heart, Quit Playing Games (With My Heart) [single] (1998); Backstreet Boys (various releases 1996-98); Everybody (Backstreet's Back) (1997) |
| Boyz 2 Men | CD | BMG/Arista Records | Recording Contract & Amendments/Modifications | Full Circle (2002) |
| C Note | CD; Machine A Back-ups; Machine B Back-ups; Splite Mixes | Sony/Epic Records | Recording Contract & Amendments/Modifications | Different Kind Of Love (1999) |
| Chloe | CD | BMG/RCA Records | Recording Contract & Amendments/Modifications | Cannot locate SR based on information provided on inventory list. |
| E/DMX | 3 CD's | Sony Urban/Columbia | Recording Contract & Amendments/Modifications | Cannot locate SR based on information provided on inventory list. |
| Innocence | Reel Tape; Audio Tape Reel; CD's; Mastering Audio Tape | BMG/RCA Records | Recording Contract & Amendments/Modifications | So Together (2000) |
| John Legend | CD | Sony/Columbia | Recording Contract & Amendments/Modifications | John Legend (2007); Once Again (2006); Get Lifted (2005) |
| LFO | Reel Tape; Audio Reel Tape | BMG/Arista; J Records | Recording Contract & Amendments/Modifications | Life Is Good (2001); West Side Story [single] (2000); LFO (1999) |

| Artist | Format | Label | Document Type | Works |
|---|---|---|---|---|
| Lisa Lopez (TLC) | CD | BMG/LaFace Records | Recording Contract & Amendments/Modifications | Supernova (2001) |
| Mandy Moore | Real Tape, CD, Back Up Tape, Tape, Video Cassette | | Recording Contract & Amendments/Modifications | So Real (1999), Mandy Moore (2001), I Wanna Be With You (2000), Coverage (2003) |
| Monica | CD | Sony/Epic Records | Recording Contract & Amendments/Modifications | The Makings Of Me (2006); Get It Off & Knock Knock (2003); Never Let Go (2000); The Boy Is Mine (1998) |
| | | BMG/Arista; J Records | Recording Contract & Amendments/Modifications | |
| No Secrets | CD | Zomba/Jive Records | Recording Contract & Amendments/Modifications | That's What Girls Do [single] (2002); No Secrets (2002) |
| O Town | CD | BMG/J Records | Recording Contract & Amendments/Modifications | O2 (2002); O-Town (2001) |
| Redbone | Reel Tapes | Sony/Epic Records, BMG/RCA Records | Recording Contract & Amendments/Modifications | Come And Get Your Redbone: The Best of Redbone (2003); Essential Redbone (2003) |
| Sarai | CD; Back-ups | Sony/Epic Records | Recording Contract & Amendments/Modifications | The Original (2003) |
| Sol | CD | Zomba/Jive Records | Recording Contract & Amendments/Modifications | Why [single] (2002); Crazay [single] (2002) |

| Shannon | Back-ups | BMG/Arista (as Shannon Curfman) | Recording Contract & Amendments/Modifications | Cannot locate SR based on information provided on inventory list. |
|---|---|---|---|---|
| Solid Harmonie | CD; Reel Tapes | Zomba | Recording Contract & Amendments/Modifications | Solid Harmonie (1998)(1997); I'll Be There For You (1998) |
| Tiffany | CD's | Sony (as Tiffany) Columbia (as Tiffany Evans) | Recording Contract & Amendments/Modifications | Cannot locate SR based on information provided on inventory list. |
| Tyrese | Back-ups of MGM Live Recording | BMG/RCA Records, J-Records | Recording Contract & Amendments/Modifications | Alter Ego (2006); I Wanna Go There (2002) |
| Violator | CD | Sony | Recording Contract & Amendments/Modifications | The Album V2.0 (2001) |
| Wild Orchid | Reel Tape | BMG/RCA Records | Recording Contract & Amendments/Modifications | Stuttering (Don't Say) (2001); Be Mine (1998); Oxygen (1998); Wild Orchid (1997); At Night I Pray (1996) |
| Wyclef | CD's | Sony/Columbia, BMG/J Records | Recording Contract & Amendments/Modifications | Hips Don't Lie (2006); Take Me As I Am (2004); Greateest Hits (2003); Party To Damascus (2003); Industry (2003); The Preacher's Son (2003); Masquerade (2002); The Ecleftic (2000) Wyclef Jean Presents The Carnival (1997) |

Legend:



| | |
|---|---|
| Yellow | This artist was on roster at an international affiliate with releases abroad and we are having difficulty locating the artist file. The albums are still available at retailers and show certain release(s) were by a SONY international affiliate. We cannot locate the artist files but a Copyright Registration is available showing that SONY is the copyright claimant and owner of the sound recordings. The Copyright Registration lists an entity that Sony has an agreement with either to be exclusive distributor or co-owner of the sound recordings. |

**RELEVANT SBMG RECORD LABELS\* = Arista Records, Columbia Records, Epic Records, J Records, Jive Records, La Face Records and RCA Records.**

**SONY LABEL GROUPS = Sony Music, Arista Music and Zomba Label Groups**

See complete list of labels and label groups at www.sonybmg.com

Case 6:07-bk-00761-KSJ    Doc 3075    Filed 07/07/10    Page 9 of 9