# COMPOSITE EXHIBIT 7
## (PART 1)

## SUPPORTING INVOICES FOR THE COSTS RELATED TO DEPOSITIONS

| DEPONENT | DATE | VENDOR | INVOICE NO. | CHARGE |
|---|---|---|---|---|
| Kamla Bacchus | 3/1/11 | Veritext | NY384000 | $810.62 |
| George Cheeks | 6/10/09 | Veritext | FL134388 | $2,144.34 |
| George Cheeks | 6/10/09 | Veritext | FL136336 | $1,453.75 |
| Sean Combs | 3/8/11 | Esquire | BG224272 | $4,100.77 |
| Kim Dawson | 12/22/10 | Veritext | FL184429 | $754.00 |
| Elaine Douglas | 5/6/11 | Veritext | CA87830 | $611.60 |
| Laura Dorson (Transcript) | 4/22/09 | Veritext | FL129977 | $1,313.65 |
| Laura Dorson (Video) | 4/22/09 | Veritext | FL132512 | $1,444.95 |
| Michael Dunn | 3/3/11 | Esquire | BG223089 | $3,982.46 |
| George Eichen | 1/11/11 | Esquire | BG215254 | $3,718.17 |
| Derek Ferguson | 2/9/11 | Esquire | BG218278 | $5,753.50 |
| Jackie French | 2/25/11 | Esquire | BG222785 | $4,738.04 |
| Brian Graden (Video) | 11/11/10 | Esquire | BG203989 | $505.00 |
| Brian Graden (Transcript) | 11/11/10 | Esquire | BG212536 | $3,396.67 |
| Jeff Guanoluisa | 3/9/11 | Esquire | BG225086 | $2,518.62 |
| Brad Hazzard (Transcript) | 6/9/09 | Veritext | FL134358 | $2,679.22 |

| | | | | |
|---|---|---|---|---|
| Brad Hazzard (Video) | 6/9/09 | Veritext | FL136357 | $1,607.75 |
| Hearing | 6/19/09 | Accredited Court Reporters | 062409 | $14.90 |
| Hearing | 4/30/10 | Sandy Tremell, Court Reporter | 051710 | $266.75 |
| Hearing | 11/17/10 | Diane Peede, Court Reporter | 00001578 | $106.25 |
| Hearing | 2/17/11 | Sandy Tremell, Court Reporter | 00201330 | $127.50 |
| Hearing | 3/24/11 | Sandy Tremell, Court Reporter | 00201343 | $72.75 |
| Daniel Hughes | 5/3/11 | Esquire | BG232661 | $5,174.23 |
| Soneet Kapila AND Garret Baken | 2/11/11 | Veritext | FL188863 | $1,647.40 |
| Soneet Kapila | 4/21/11 | Veritext | NY391438 | $2,528.53 |
| Soneet Kapila | 5/9/11 | Veritext | NY394247 | $1,192.80 |
| Jeffrey Kranzdorf | 1/14/11 | Veritext | NY374209 | $1,826.70 |
| Todd Leavitt | 5/12/11 | Esquire | BG235017 | $5,681.48 |
| Vivien Lewitt | 11/1/10 | Veritext | NY357790 | $640.50 |
| Richard Marks | 5/4/11 | Veritext | CA87202 | $907.00 |
| Gregory McDonald | 4/14/11 | Veritext | NY391619 | $2,311.09 |
| John Miller (Video) | 8/9/10 | Veritext | FL172021 | $1,170.75 |
| John Miller (Transcript) | 8/9/10 | Veritext | FL172110 | $1,464.50 |
| Janis Millerman | 2/18/11 | Esquire | BG222269 | $3,116.54 |
| Malcolm Mimms | 5/11/11 | Esquire | BG234864 | $4,978.86 |
| Ken Mok | 12/10/10 | Esqurie | BG212830 | $2,245.04 |
| Ken Parks (video) | 6/30/10 | Veritext | FL169081 | $945.00 |

| | | | | |
|---|---|---|---|---|
| Ken Parks (transcript) | 6/30/10 | Veritext | FL170336 | $1,345.50 |
| Louis J. Pearlman | 4/26/11 | Veritext | NY393526 | $2,144.25 |
| Louis J. Pearlman | 4/27/11 | Veritext | NY393512 | $1,710.13 |
| Michael Rappaport AND Rosanne Russo (Videos) | 5/4/09 | Veritext | FL133415 | $1,386.75 |
| Michael Rappaport AND Rosanne Russo (transcripts) | 5/4/09 | Veritext | FL131919 | $1,776.80 |
| Peter Safran (Transcript) | 3/15/11 | Veritext | FL193694 | $2,230.00 |
| Peter Safran (Video) | 3/15/11 | Veritext | FL194435 | $1,010.00 |
| David Simon | 5/9/11 | Veritext | CA87301 | $1,462.45 |
| Elizabeth Skoler (Transcript) | 7/19/10 | Veritext | FL171256 | $1,810.50 |
| Elizabeth Skoler, MTV Corp. Rep. (Video) | 7/19/10 | Veritext | FL169935 | $1,303.75 |
| Warren Solow (Transcript) | 5/14/09 | Veritext | FL132104 | $689.20 |
| Warren Solow (Video) | 5/14/09 | Veritext | FL134097 | $914.50 |
| Warren Solow | 12/17/10 | Esquire | BG212961 | $3,647.35 |
| Ira Sperling | 12/16/10 | Esquire | BG212873 | $3,323.82 |
| Van Toffler | 3/8/11 | Esquire | BG224341 | $4,590.06 |
| David Tripodi | 2/7/11 | Esquire | BG219339 | $2,638.79 |
| TOTAL | | | | $109,935.53 |

# INVOICE

Matter No. 08710001
Approved By: 
James Sammataro

**Veritext Florida Reporting Co.**
**A Veritext Company**
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800  Fax: 305-377-1100

**Bill To:** Lawrence Silverman
Kasowitz Benson Torres & Friedman
2 S. Biscayne Blvd
Ste 2650
Miami, FL 33131

V# 249295 (MS)

| | |
|---|---|
| Invoice #: | FL 129977 |
| Invoice Date: | 04/28/2009 |
| Balance Due: | $ 1,313.65 |
| Ambassador #: | 210729 |

**Case:** Soneet Kapila, Chapter 11 v. Mtv Networks Company
**Job #:** 138432  |  **Job Date:** 4/22/2009  |  **Delivery:** Normal
**Billing Atty:** Lawrence Silverman
**Location:** Kasowitz Benson Torres and Friedman
1633 Broadway | New York, NY 10019
**Sched Atty:** James Sammataro | Kasowitz Benson
**Deposing Atty:** James Sammataro

MAY - 4 2009

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Laura Dorson | Attendance Fee (appearance) | 1 | 1.00 | $85.00 |
| 2 | | Additional hours | Hour | 4.00 | $160.00 |
| 3 | | Transcript - Original & 1 copy | Page | 187.00 | $991.10 |
| 4 | | Exhibit Scanning/Copying | Per page | 13.00 | $11.05 |
| 5 | | CD Litigation Package | Per CD | 1.00 | $35.00 |
| 6 | | Shipping & handling | Package | 1.00 | $31.50 |

**Notes:** Taken in New York & billed @ their rates

| | |
|---|---|
| Invoice Total: | $1,313.65 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $1,313.65 |

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

**Make check payable to:** Veritext Florida Reporting Co.,
**Charge my Credit Card:** ☐ Visa  ☐ Master Card  ☐ Discover  ☐ AMEX

Credit Card # _____    Exp. Date _____

_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON THE CARD)

DAYTIME PHONE

| | |
|---|---|
| Invoice #: | FL129977 |
| Job #: | 138432 |
| Invoice Date: | 04/28/2009 |
| Balance: | $ 1,313.65 |

**Remit payment to:**
Veritext Florida Reporting Co.,
One East Broward Blvd, Suite 1101
FT. Lauderdale, FL 33301

# INVOICE

Client No. 008110
Matter No. 08716001
Approved By J.G.S.

James Sammataro

**Veritext Florida Reporting Co.**
A Veritext Company
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800  Fax: 305-377-1100

**Bill To:** James Sammataro
Kasowitz Benson Torres & Friedman
2 S. Biscayne Blvd
Ste 2650
Miami, FL 33131

| | |
|---|---|
| Invoice #: | FL 131919 |
| Invoice Date: | 05/18/2009 |
| Balance Due: | $ 1,776.80 |
| Ambassador#: | 211944 |

**Case:** Soneet Kapila, Chapter 11 v. Mtv Networks Company
**Job #:** 139567   |   Job Date: 5/4/2009   |   Delivery: Normal
**Billing Atty:** James Sammataro
**Location:** Kasowitz Benson Torres and Friedman
1633 Broadway | New York, NY 10019
**Sched Atty:** James Sammataro | Kasowitz Benson
**Deposing Atty:** James Sammataro

V# 250243 (MS)

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance Fee (appearance) | 1 | 1.00 | $85.00 |
| 2 | | Additional hours | Hour | 2.50 | $100.00 |
| 3 | Rosanne Russo | Transcript - Original & 1 copy | Page | 190.00 | $921.50 |
| 4 | Michael Rapaport | Transcript - Original & 1 copy | Page | 128.00 | $620.80 |
| 5 | | CD Litigation Package | Per CD | 1.00 | $35.00 |
| 6 | | Shipping & handling | Package | 1.00 | $14.50 |

MAY 26 2009

**Notes:** 9:22 - 12:20 pm

| | |
|---|---|
| Invoice Total: | $1,776.80 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $1,776.80 |

Fed. Tax ID: 20-3132569        Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

# INVOICE

**Veritext Florida Reporting Co.**
**A Veritext Company**
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800  Fax: 305-377-1100

**Bill To:** Scott Cosgrove
Kasowitz Benson Torres & Friedman
2 S. Biscayne Blvd
Ste 2650
Miami, FL 33131

V#250244 (HS)

| | |
|---|---|
| Invoice #: | FL 132104 |
| Invoice Date: | 05/19/2009 |
| Balance Due: | $ 689.20 |
| Ambassador#: | 212550 |

**Case:** Soneet Kapila, Chapter 11 v. Mtv Networks Company
**Job #:** 139734  |  Job Date: 5/14/2009  |  Delivery: Normal
**Billing Atty:** Scott Cosgrove
**Location:** Kasowitz Benson Torres and Friedman
1633 Broadway | New York, NY 10019
**Sched Atty:** Scott Cosgrove | Kasowitz Benson
**Deposing Atty:** Scott Cosgrove

Client No. 008716
Matter No. 008716001
Approved By: [signature]
Scott Cosgrove

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Warren Solow | Attendance Fee (appearance) | 1 | 1.00 | $85.00 |
| 2 | | Additional hours | Hour | 1.50 | $60.00 |
| 3 | | Transcript - Original & 1 copy | Page | 102.00 | $494.70 |
| 4 | | CD Litigation Package | Per CD | 1.00 | $35.00 |
| 5 | | Shipping & handling | Package | 1.00 | $14.50 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $689.20 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $689.20 |

Fed. Tax ID: 20-3132569        Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

# INVOICE

**Veritext Florida Reporting Co.**
**A Veritext Company**
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800  Fax: 305-377-1100

Bill To: James Sammataro
Kasowitz Benson Torres & Friedman
2 S. Biscayne Blvd
Ste 2650
Miami, FL 33131

V# 250440 (KS)

| | |
|---|---|
| Invoice #: | FL 132512 |
| Invoice Date: | 05/22/2009 |
| Balance Due: | $ 1,444.95 |
| Ambassador#: | 210729 |

Case: Soneet Kapila, Chapter 11 v. Mtv Networks Company
Job #: 138432 | Job Date: 4/22/2009 | Delivery: Normal
Billing Atty: James Sammataro
Location: Kasowitz Benson Torres and Friedman
1633 Broadway | New York, NY 10019
Sched Atty: James Sammataro | Kasowitz Benson
Deposing Atty: James Sammataro

008716
Matter No. 0871600 1
Approved By: [signature]

| Item | Witness | Description | Units | | Amount |
|---|---|---|---|---|---|
| 1 | Laura Dorson | Video - Initial fee | | 1.00 | $400.00 |
| 2 | | Video - Additional hours | Hour | 5.00 | $750.00 |
| 3 | | Video-Burn To DVD | Per disk | 3.00 | $225.00 |
| 4 | | Media Archive/tape stock | Per tape | 3.00 | $45.00 |
| 5 | | Shipping of Media | Package | 1.00 | $24.95 |

MAY 29 2009

Notes:

| | |
|---|---|
| Invoice Total: | $1,444.95 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $1,444.95 |

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

# INVOICE

**Veritext Florida Reporting Co.**
**A Veritext Company**
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800  Fax: 305-377-1100

Bill To: James Sammataro
Kasowitz Benson Torres & Friedman
2 S. Biscayne Blvd
Ste 2650
Miami, FL 33131

V# 250957 (MS)

| Invoice #: | FL 133415 |
|---|---|
| Invoice Date: | 06/02/2009 |
| Balance Due: | $ 1,386.75 |
| Ambassador#: | 211944 |

| Case: | Soneet Kapila, Chapter 11 v. Mtv Networks Company |
|---|---|
| Job #: | 139567  |  Job Date: 5/4/2009  |  Delivery: Normal |
| Billing Atty: | James Sammataro |
| Location: | Kasowitz Benson Torres and Friedman 1633 Broadway | New York, NY 10019 |
| Sched Atty: | James Sammataro | Kasowitz Benson |
| Deposing Atty: | James Sammataro |

Client No. 008716
Matter No. 0871600-1
Approved By _____
James Sammataro

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | R. Russo/M. Rapaport | Video - Initial fee | | 1.00 | $400.00 |
| 2 | | Video - Additional hours | Hour | 5.00 | $750.00 |
| 3 | | Video-Burn To DVD | Per disk | 2.00 | $150.00 |
| 4 | | Media Archive/tape stock | Per tape | 2.00 | $30.00 |
| 5 | | Expenses - parking fees | | 1.00 | $32.00 |
| 6 | | Shipping of Media | Package | 1.00 | $24.75 |

JUN - 9 2009

Notes: Please note that video services are being charged at a higher rate due to being out of state.

| | |
|---|---|
| Invoice Total: | $1,386.75 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $1,386.75 |

Fed. Tax ID: 20-3132569      Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

# Veritext Florida Reporting Co.
## A Veritext Company
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800  Fax: 305-377-1100

**Bill To:** Scott Cosgrove
Kasowitz Benson Torres & Friedman
2 S. Biscayne Blvd
Ste 2650
Miami, FL 33131

**Invoice #:** FL 134097
**Invoice Date:** 06/11/2009
**Balance Due:** $914.50
**Ambassador#:** 212550

**Case:** Soneet Kaplia, Chapter 11 v. Mtv Networks Company
**Job #:** 139734 | Job Date: 5/14/2009 | Delivery: Normal
**Billing Atty:** Scott Cosgrove
**Location:** Kasowitz Benson Torres and Friedman
1633 Broadway | New York, NY 10019
**Sched Atty:** Scott Cosgrove | Kasowitz Benson
**Deposing Atty:** Scott Cosgrove

V# 254779 (handwritten)

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Warren Solow | Video - Initial fee | | 1.00 | $400.00 |
| 2 | | Video - Additional hours | Hour | 2.00 | $300.00 |
| 3 | | Video-Burn To DVD | Per disk | 2.00 | $150.00 |
| 4 | | Media Archive/tape stock | Per tape | 2.00 | $30.00 |
| 5 | | Shipping of Media | Package | 1.00 | $34.50 |

SEP 16 2009

**Notes:** Please note that video services are being charged at a higher rate due to being out of state.

**Invoice Total:** $914.50
**Payment:**
**Credits:**
**Interest:** $0.00
**Balance Due:** $914.50

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.
**THIS INVOICE IS 96 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

---

**Make check payable to:** Veritext Florida Reporting Co.,
**Charge my Credit Card:** ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON THE CARD)
DAYTIME PHONE

Client No. 008716
Matter No. 087160 1
Approved By SC

**Invoice #:** FL134097
**Job #:** 139734
**Invoice Date:** 06/11/2009
**Balance:** $914.50

**Remit payment to:**
Veritext Florida Reporting Co.,
One East Broward Blvd, Suite 1101
FT. Lauderdale, FL 33301

Scott Cosgrove

# INVOICE

Client: 008716
Matter No.: 08716001
Approved By: J.G.S.
*James Sammataro*

**Veritext Florida Reporting Co.**
A Veritext Company
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800  Fax: 305-377-1100

Bill To: James Sammataro
Kasowitz Benson Torres & Friedman
2 S. Biscayne Blvd
Ste 2650
Miami, FL 33131

| | |
|---|---|
| Invoice #: | FL 134358 |
| Invoice Date: | 06/15/2009 |
| Balance Due: | $ 2,679.22 |
| Ambassador #: | 214896 |

Case: Soneet Kapila, Chapter 11 v. Mtv Networks Company
Job #: 142171  |  Job Date: 6/9/2009  |  Delivery: Expedited
Billing Atty: James Sammataro
Location: Kasowitz Benson Torres and Friedman
1633 Broadway | New York, NY 10019
Sched Atty: James Sammataro | Kasowitz Benson
Deposing Atty: James Sammataro

V# 251511 (MS)

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Brad Hazzard | Attendance Fee (appearance) | 1 | 1.00 | $85.00 |
| 2 | | Additional hours | Hour | 6.00 | $240.00 |
| 3 | | Transcript - Original & 1 copy | Page | 264.00 | $2,304.72 |
| 4 | | CD Litigation Package | Per CD | 1.00 | $35.00 |
| 5 | | Shipping & handling | Package | 1.00 | $14.50 |

Notes: Taken in New York, NY **expedite

JUN 18 2009

| | |
|---|---|
| Invoice Total: | $2,679.22 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $2,679.22 |

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

*Please tear off stub and return with payment.*

Make check payable to: Veritext Florida Reporting Co.
Charge my Credit Card: ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON THE CARD)
DAYTIME PHONE

| | |
|---|---|
| Invoice #: | FL134358 |
| Job #: | 142171 |
| Invoice Date: | 06/15/2009 |
| Balance: | $ 2,679.22 |

Remit payment to:
Veritext Florida Reporting Co.
One East Broward Blvd, Suite 1101
FT. Lauderdale, FL 33301

# INVOICE

Client **008716**
Matter No. **08716001**
Approved By **J.G.S.**

James Sammataro

**Veritext Florida Reporting Co.**
**A Veritext Company**
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800  Fax: 305-377-1100

**Bill To:** James Sammataro
Kasowitz Benson Torres & Friedman
2 S. Biscayne Blvd
Ste 2650
Miami, FL 33131

| | |
|---|---|
| Invoice #: | FL 134388 |
| Invoice Date: | 06/15/2009 |
| Balance Due: | $ 2,144.34 |
| Ambassador #: | 214897 |

**Case:** Soneet Kapila, Chapter 11 v. Mtv Networks Company
**Job #:** 142172  |  Job Date: 6/10/2009  |  Delivery: Expedited
**Billing Atty:** James Sammataro
**Location:** Kasowitz Benson Torres and Friedman
1633 Broadway | New York, NY 10019
**Sched Atty:** James Sammataro | Kasowitz Benson
**Deposing Atty:** James Sammataro

V #251512 (MS)

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | George Cheeks | Attendance Fee (appearance) | 1 | 1.00 | $85.00 |
| 2 | | Transcript - Original & 1 copy | Page | 296.00 | $2,009.84 |
| 3 | | CD Litigation Package | Per CD | 1.00 | $35.00 |
| 4 | | Shipping & handling | Package | 1.00 | $14.50 |

**Notes:** Expedite

| | |
|---|---|
| Invoice Total: | $2,144.34 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $2,144.34 |

Fed. Tax ID: 20-3132569     Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:   Veritext Florida Reporting Co.,
Charge my Credit Card: ☐ Visa  ☐ Master Card  ☐ Discover  ☐ AMEX

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON THE CARD)
DAYTIME PHONE

| | |
|---|---|
| Invoice #: | FL134388 |
| Job #: | 142172 |
| Invoice Date: | 06/15/2009 |
| Balance: | $ 2,144.34 |

Remit payment to:
Veritext Florida Reporting Co.,
One East Broward Blvd, Suite 1101
FT. Lauderdale, FL 33301

# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
## CHECK REQUEST
## MIAMI

**REQUEST DATE:** 6/24/09

**LOCATION 90**

**MATTER NUMBER:** 0 8 7 1 6 0 0 1

**MATTER NAME:** Kapila v. MTV Networks

**AMOUNT:** $14.90

**To: (Payee)** Accredited Court Reporters
**Address:** P.O. Box 1728
**City/State/Zip:** Orlando, FL 32802

**(DESCRIPTION)** Hearing Transcript

☐ ENTERTAINMENT (complete section below)

| WHEN Date | Amount | WHO List of Attendees and Titles | WHERE List Restaurant and City | WHY Purpose of Entertainment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Total M & E: |  |  |  |  |

**AUTHORIZATION SIGNATURE:** [signature]
**PRINT AUTHORIZATION NAME:** James Sammataro
**REQUESTOR SIGNATURE:** [signature]
**PRINT REQUESTOR NAME:** Raquel Lascano

**Accounting use only**
Check #
Check Date
Vendor #
Voucher # 250753
GL account #

☒ RETURN TO REQUESTOR    ☐ MAIL DIRECTLY

Document #: 3011517

## Alicia Varela

| | |
|---|---|
| **From:** | Cynthia Vachon [acreporters@embarqmail.com] |
| **Sent:** | Friday, June 19, 2009 4:01 PM |
| **To:** | Alicia Varela |
| **Subject:** | Re: Read: Kapila v. MTV Networks |

The cost is $14.90 to be made out to Accredited Court Reporters, P.O. Box 1728, Orlando, Fl. 32802, as soon as you can.

Thank you so much for the business!

Cindy-court reporter
----- Original Message -----
From: "Alicia Varela" <AVarela@kasowitz.com>
To: "Cynthia Vachon" <acreporters@embarqmail.com>
Sent: Friday, June 19, 2009 3:54 PM
Subject: RE: Read: Kapila v. MTV Networks


Thank you so much!



Alicia Varela
Legal Secretary
Kasowitz, Benson, Torres & Friedman LLP
One Biscayne Tower, Suite 2650
2 S. Biscayne Boulevard
Miami, Florida 33131
Tel. (305) 377-1666 ext. 10
Fax (305) 402-0172
AVarela@kasowitz.com

-----Original Message-----
From: Cynthia Vachon [mailto:acreporters@embarqmail.com]
Sent: Friday, June 19, 2009 3:52 PM
To: Alicia Varela
Subject: Re: Read: Kapila v. MTV Networks

Here it is in final.  I think all the corrections have been saved.
----- Original Message -----
From: "Alicia Varela" <AVarela@kasowitz.com>
To: "Cynthia Vachon" <acreporters@embarqmail.com>
Sent: Friday, June 19, 2009 3:40 PM
Subject: RE: Read: Kapila v. MTV Networks


Will I be receiving the rough draft anytime soon? I need to file an
order with the court, but we need to read the transcript. Pleae let me
know. Thank you!



Alicia Varela
Legal Secretary
Kasowitz, Benson, Torres & Friedman LLP
One Biscayne Tower, Suite 2650
2 S. Biscayne Boulevard
Miami, Florida 33131
Tel. (305) 377-1666 ext. 10
Fax (305) 402-0172
AVarela@kasowitz.com

1

-----Original Message-----

From: Cynthia Vachon [mailto:acreporters@embarqmail.com]
Sent: Friday, June 19, 2009 2:15 PM
To: Alicia Varela
Subject: Read: Kapila v. MTV Networks

This is a receipt for the mail you sent to <acreporters@embarqmail.com>
at 6/19/2009 1:08 PM

This receipt verifies that the message has been displayed on the
recipient's computer at 6/19/2009 2:14 PM

This e-mail and any files transmitted with it are confidential and may be
subject to the attorney-client privilege. Use or disclosure of this e-mail
or any such files by anyone other than a designated addressee is
unauthorized. If you are not an intended recipient, please notify the sender
by e-mail and delete this e-mail without making a copy.

2