# EXHIBIT D

# BACKSTREET BOYS, INC.
## Minutes of Special Meeting of Board of Directors

A Special Meeting of the Board of Directors of Backstreet Boys, Inc., a Delaware corporation (the "Corporation"), was held by conference telephone call among the attending Directors on March 15, 1999 at 10:00 a.m., Pacific Standard Time.

The following directors were present at the meeting by participation in the conference telephone call:

>Louis J. Pearlman,
>Nickolas Carter,
>Howard Dorough,
>Brian Thomas Littrell,
>Alexander J. McLean and
>Kevin Richardson, being all of the Directors and, accordingly, a quorum of

the Board.

The following persons were also present by invitation:

>John G. Branca and Mitch Tenzer: Ziffren, Brittenham, Branca & Fisher LLP
>Michael Green and Jeff Kwatinetz: The Firm
>Charles R. Dickey and Alan R. Friedman: Gold, Farrell & Marks, LLP
>Bernard H. Gudvi and Michael Oppenheim: Gudvi, Chapnick & Oppenheim, Inc.
>Steven Beer: Rudolph & Beer LLP
>Michael Friedman: Parker, Chapin, Flattau & Klimpl, LLP
>Alan Siegel and Frank Secoli: Transcontinental Records

Alan Friedman stated that pursuant to written consents, dated March 15, 1999, signed by the holders of more than a majority of the outstanding stock of the Corporation, Sections 7 and 28 of the Bylaws of the Corporation had been amended to permit a majority of directors at any special meeting to vote to select the Chairman and Secretary of that meeting.

Alan Friedman reported that notice of the meeting had been duly sent to each director on March 10, 1999, and that a copy of such notice, together with an affidavit of transmission would be annexed to the minutes of the meeting.



CONFIDENTIAL

L&S0705

Pursuant to the affirmative vote of a majority of the Directors present, Mr. Richardson acted as Chairman of the meeting and Mr. Littrell acted as Secretary thereof. Michael Friedman, as counsel to Mr. Pearlman, objected to the meeting and, on a continuing basis, to various of the actions taken at the meeting. Nevertheless, it was noted that Mr. Pearlman participated in the meeting, asked questions concerning the matters under consideration, voted thereon, and was permitted to have counsel and business colleagues attend and speak. Also, immediately before the adjournment of the meeting, Mr. Pearlman and Mr. Michael Friedman inquired as to whether there were any other pending business matters which should be presented to the meeting and were advised that there were not at present any other matters ripe for the Board's consideration.

Mr. Dorough proposed the resolutions set forth below, all of which were seconded by Mr. McLean, and all of which were duly adopted by a majority of the Directors attending the meeting. Mr. Pearlman voted against all resolutions except the second and third to last resolutions set forth below (concerning modification of the recording agreement with Zomba Recording Corp. and dismissal of BBI's counterclaims against Zomba Recording Corp.), as to which he abstained from voting. Prior to voting on those resolutions, John Branca, Esq. discussed the modifications to the recording agreement and answered questions about them, including questions asked by Mr. Pearlman. Prior to voting on all other resolutions there was also opportunity for discussion and questions. Prior to voting on the resolutions appointing The Firm, Ziffren, Brittenham, Branca & Fisher, LLP and Gudvi, Oppenheim & Chapnick, Inc. representatives of BBI, employees of each of those firms described the employment arrangement and answered questions. All directors except Mr. Pearlman voted in favor of all of the resolutions presented during the meeting, which were as follows:

**RESOLVED**, that Robert Fischetti is hereby removed from the office of Secretary of the Corporation and from any other officership of the Corporation that he holds effective immediately; and

**RESOLVED**, that Louis Pearlman is hereby removed from the office of Treasurer of the Corporation effective immediately; and

**RESOLVED**, that Howard Dorough is hereby nominated and elected to serve as First Vice President, Alexander J. McLean is hereby nominated and elected to serve as Second Vice President, Nickolas Carter is hereby nominated and elected to serve as Assistant Secretary, Brian Thomas Littrell is hereby nominated and elected to serve as Secretary, and Kevin Richardson is hereby nominated and elected to serve as Treasurer of Backstreet Boys, Inc.; and

L&S0706

**RESOLVED**, that the resolutions contained in the certificate pertaining to the bank account(s) to be opened by this Corporation at City National Bank, located at 400 North Roxbury Drive, Beverly Hills, California, 90210, and appointing said bank as depositary of the Corporation's funds for the account therein specified and authorizing persons designated therein to execute instruments drawing upon such deposits are, with such modifications as a majority of the Board of Directors deems advisable, adopted as the resolutions of this Board of Directors; and that any officer of this Corporation is authorized to execute and deliver such certificate to said bank; and that a copy of the certificate be annexed to the minutes of this meeting; and

**RESOLVED**, that the Treasurer is authorized and directed, by and on behalf of the Corporation, to issue checks under his signature and to incur debt in the ordinary course of business in amounts not greater than $50,000 in the aggregate during any monthly period and not greater than $10,000 with respect to any single occurrence, unless greater amounts are specifically authorized by the Board of Directors; and

**RESOLVED**, that The Firm, 9000 Sunset Blvd., Suite 525, W. Hollywood, California 90069, is retained as the Corporation's Artistic Manager, effective at the time that The Firm first provided services to the Corporation, which was on or about January 1, 1999; and

**RESOLVED**, that Ziffren, Brittenham, Branca & Fisher LLP, located at 1801 Century Plaza West, Los Angeles, California 90067 is retained as the Corporation's general counsel; and

**RESOLVED**, that Gudvi, Chapnick & Oppenheim, Inc., located at 15250 Ventura Boulevard, Suite 900, Sherman Oaks, California 91403, is retained as the Corporation's Business Manager; that it immediately replace David Pierfy of Independent Financial Management Services as the Corporation's business manager; that it or The Firm immediately obtain from him all books, records, checks and other documents of the Corporation in his custody and control and that it or The Firm immediately obtain from Richard Fischetti all books, records, and other documents of the Corporation that he maintained as Secretary or which are otherwise in his custody or control; and

**RESOLVED**, that Gudvi, Chapnick & Oppenheim, Inc. is authorized and directed to issue checks and to incur debt in the ordinary course of the Corporation's business in amounts not greater than $50,000 in the aggregate during any monthly period and not greater than $10,000 with respect to any single occurrence, unless greater amounts are specifically authorized by the Board; and

**RESOLVED**, that the Corporation's proposed modified recording agreement with Zomba Records, in the form presented and discussed at this meeting, is approved, and that any two officers of the Corporation are authorized and directed to execute and deliver the modified agreement on behalf of the Corporation with such changes thereto as they may approve; and

**RESOLVED**, that pursuant to the modified agreement with Zomba, the Corporation shall cause to be dismissed with prejudice all counterclaims asserted by BBI against Zomba in the lawsuit pending in the United States District Court for the Southern District of New York entitled Zomba Recording Corporation v. Lou Pearlman, et al., 98 Civ. 3315 (DLC); and

**RESOLVED**, that the Corporation hereby discharges Parker, Chapin, Flattau & Klimpl, LLP and retains in its place Gold, Farrell & Marks, LLP to serve as the Corporation's litigation counsel in the lawsuit pending in the United States District Court for the Southern District of New York entitled Zomba Recording Corporation v. Lou Pearlman, et al., 98 Civ. 3315 (DLC), and that any officer of the Corporation may execute any documents that may be necessary to effectuate the foregoing.

There being no further business to come before the meeting, it was, on motion, adjourned.

_____
Secretary

# Affidavit of Mailing

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK)

VERONIQUE M. SHOEMAKER, being duly sworn, deposes and says:

On March 10, 1999, I mailed a copy of the within Notice of Special Meeting of The Board of Directors of Backstreet Boys, Inc. (the "Corporation") stating the time, place and purpose of such meeting to the following persons:

>Louis J. Pearlman
>Nickolas Carter
>Howard Dorough
>Brian Thomas Littrell
>Alexander J. McLean
>Kevin Richardson

in accordance with paragraph 17 or the Bylaws of the Corporation by placing a true and correct copy thereof in a properly addressed, postage pre-paid, first class wrapper and depositing it in a depository under the exclusive custody and control of the United States Post Office.

_____
VERONIQUE M. SHOEMAKER

Sworn to before me this
March 11, 1999

_____

ALESSANDRA LOVREN
Notary Public, State of New York
No. 31-4981830
Qualified in New York County
Commission Expires May 20, 19__

L&S0709

## Affidavit of Facsimile Transmittal

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK)

JOSE RAMOS, being duly sworn, deposes and says:

I am the person in charge of transmitting facsimiles at Gold, Farrell & Marks, LLP. When facsimiles are to be transmitted, I either perform that task myself or I direct other employees to do so.

On March 10, 1999, I caused to be transmitted by facsimile a copy of the within Notice of Special Meeting of The Board of Directors of Backstreet Boys, Inc. (the "Corporation") to the following persons:

        Louis J. Pearlman
        Nickolas Carter
        Howard Dorough
        Brian Thomas Littrell
        Alexander J. McLean
        Kevin Richardson

Attached are copies of the confirmation reports showing that such facsimiles were successfully transmitted.

                                          JOSE RAMOS

Sworn to before me this 12th
March 12, 1999

*Alessandra Lovren*

ALESSANDRA LOVREN
Notary Public, State of New York
No. 31-4981930
Qualified in New York County
Commission Expires May 20, 19__

L&S0710