Exhibit F

## Backstreet Boys, Inc.
### Minutes of A Special Meeting of Stockholders

A special meeting of stockholders of Backstreet Boys, Inc. was held at the home of Louis J. Pearlman on the 17th of September 1993.

The following people were present at the meeting:
Louis J. Pearlman
Robert Fischetti
Kevin Richardson
A.J. McLean
Brian Littrell
Howie Dorough
Nick Carter
and parents

The purpose of this meeting was to discuss and ratify the following items of business to:

A) Agree to sign the Shareholder Agreement for Backstreet Boys, Inc. which Company is being setup for the purpose of absorbing duties and previously incurred expenses from Backstreet Boys, Inc. and Backstreet Productions, Inc. (Florida Corporations), and to further the business of the Backstreet Boys.

B) Agree to elect the officers and directors of the Corporation.

C) Agree that Louis J. Pearlman is elected Director, Chairman, President, and Treasurer of the Corporation by contract with irrevocable proxies as per the Stockholders Agreement. It was also agreed that Robert Fischetti is elected Secretary of the Corporation.

D) Agree to execute the Exclusive Artist Recording Agreement with Trans Continental Records, Inc. and the Exclusive Management Agreement.

E) It is further agreed to waive paragraph eleven of the Exclusive Management Agreement with respect to Trans Continental Records, and Backstreet Boys, Inc. affiliated party transactions.

F) Agree to have the shareholders of the Corporation who are minors seek court ratification.

Further agreed, that all actions of the officers, directors, and stockholders of the corporation hereby are ratified and confirmed.

There being no further business before the meeting, it was, upon motion duly made, seconded and carried, duly adjourned.

_Robert Fischetti_
Secretary

_[signature]_
Chairman

⑧



MAR-05-1998  10:54            4073450800              96%           P.06

Exhibit G

# LAW OFFICES OF MELISSA M. TRIMBLE, P.A.

E. Pine St., Suite 700
Orlando, FL 32801

Phone (407) 423-9009
Fax (407) 423-1377

January 12, 1995

Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

RE: Backstreet Boys, Inc. - DISSOLUTION

Dear Sir/Madam:

Enclosed for filing please find the Minutes of Special Meeting of Backstreet Boys, Inc. and Proxies regarding the dissolution of said corporation.

Please mail all future correspondence to the following address:

> Mr. Louis J. Pearlman
> Backstreet Boys, Inc.
> 7380 Sand Lake Road, Suite 200
> Orlando, FL 32819

Sincerely,

*Melissa Trimble*

Melissa M. Trimble
MMT/mms
enclosures

cc: Backstreet Boys, Inc.



EXHIBIT G

MINUTES OF SPECIAL MEETING
OF SHAREHOLDERS OF
BACKSTREET BOYS, INC.
(Dissolution)

(FS 607.1402)

The special meeting of the shareholders of Back Street Boys, Inc. was held at the offices of the corporation on MARCH 7, 1994.

Present were:

Louis J. Pearlman
Robert Fischetti
Denise McLean

constituting all the required majority of the shareholders of the corporation.

Louis J. Pearlman, the President, presided as Chairman of the meeting, and Denise McLean acted as Secretary of the meeting.

The Chairman called the meeting to order and stated that a quorum of shareholders was present for the conduct of the business before the meeting. The Secretary thereupon presented and read the Notice of Special Meeting which was ordered to be made part of the minutes of this meeting.

The Chairman then said that the Board of Directors recommended dissolution of the corporation to the shareholders.

Upon motion duly made, seconded and carried by the required majority, it was

RESOLVED, as follows

1. That the corporation be dissolved.
2. That the President and Secretary be and they hereby are authorized and directed to execute Articles of Dissolution and to have them delivered to the Department of State for filing.
3. That the officers of the corporation be and they hereby are authorized and directed to take such actions as are necessary to complete the dissolution of the corporation.

There being no further business, the meeting was adjourned.

_____         _____
Chairman                                                         Denise J. McLean
                                                                          Secretary

## PROXY

### (FS 607.0722)

The undersigned, **Denise J. McLean**, holder of **·100·** shares of (common or preferred) stock of Back Street Boys, Inc. a Florida Corporation, represented by certificate nos. _____, hereby revokes all proxies bearing a date prior to the date below, and appoints **Louis J. Pearlman** as proxy, to vote and otherwise represent the above shares with respect to the following matters at the special meeting of shareholders on **March 7, 1994**, at **12:00 pm**, at the offices of the corporation:

For the dissolution of the corporation the following proposals:

The proxy named herein shall represent the undersigned at the foregoing meeting of shareholders for the purpose of determining a quorum, but his authority is specifically limited to an affirmative vote or written consent to the particular matters stated above

DATED: **3/4/94**

_Denise J. McLean_, Shareholder

PROXY

(FS 607.0722)

The undersigned, Howard Dorough, holder of ·100· shares of (common or preferred) stock of Back Street Boys, Inc. a Florida Corporation, represented by certificate nos. _____, hereby revokes all proxies bearing a date prior to the date below, and appoints Louis J. Pearlman as proxy, to vote and otherwise represent the above shares with respect to the following matters at the special meeting of shareholders on March 7, 1994, at 12:00 pm, at the offices of the corporation:

For the dissolution of the corporation the following proposals:

The proxy named herein shall represent the undersigned at the foregoing meeting of shareholders for the purpose of determining a quorum, but his authority is specifically limited to an affirmative vote or written consent to the particular matters stated above

DATED: 3/4/94

_Howard D. Dorough_, Shareholder

## PROXY

(FS 607.0722)

The undersigned, **Charles Edwards**, holder of **·100·** shares of (common or preferred) stock of Back Street Boys, Inc. a Florida Corporation, represented by certificate nos. _____, hereby revokes all proxies bearing a date prior to the date below, and appoints **Louis J. Pearlman** as proxy, to vote and otherwise represent the above shares with respect to the following matters at the special meeting of shareholders on **March 7, 1994**, at **12ᵒᵒ pm**, at the offices of the corporation:

For the dissolution of the corporation the following proposals:

The proxy named herein shall represent the undersigned at the foregoing meeting of shareholders for the purpose of determining a quorum, but his authority is specifically limited to an affirmative vote or written consent to the particular matters stated above

DATED: **3/4/94**

_Charles Edwards_
, Shareholder

# PROXY

(FS 607.0722)

The undersigned, **Jane E. Carter**, holder of **·100·** shares of (common or preferred) stock of Back Street Boys, Inc. a Florida Corporation, represented by certificate nos. _____, hereby revokes all proxies bearing a date prior to the date below, and appoints **Louis J. Pearlman** as proxy, to vote and otherwise represent the above shares with respect to the following matters at the special meeting of shareholders on **March 7, 1994**, at **12ᵒᵒ pm**, at the offices of the corporation:

For the dissolution of the corporation the following proposals:

The proxy named herein shall represent the undersigned at the foregoing meeting of shareholders for the purpose of determining a quorum, but his authority is specifically limited to an affirmative vote or written consent to the particular matters stated above

DATED: **3/4/94**

_____, Shareholder

NOTICE OF SPECIAL MEETING OF SHAREHOLDERS OF
BACKSTREET BOYS
( FS  607.0705; 607.0822)

Dear Sir:

You are hereby notified that pursuant to the bylaws of this corporation, a special meeting of the Shareholders will be held on the _7th_ day of _March_, 1994, at _7380 Sand Lake Road #350_ at _12:00 NOON_, for the purpose hereinafter stated:

DISSOLUTION

and for the transaction of any other business in connection therewith that may be necessary.

DATED: _March 1, 1994_

_Denise J. McLean_
Secretary

Option for Shareholders meeting:

Enclosed is a Proxy which you may sign and return in the event you cannot attend this meeting. If you are present and desire to vote, you may withdraw your proxy and vote in person.

Exhibit H

This exhibit has been filed separately under seal as part of the sealed document entitled:

**"Confidential- Sealed Document in Action No. 604122/05 (Fried, J.), Supreme Court of the State of New York, County of New York"**

Exhibit I

This exhibit has been filed separately under seal as part of the sealed document entitled:

**"Confidential- Sealed Document in Action No. 604122/05 (Fried, J.), Supreme Court of the State of New York, County of New York"**

Exhibit J

This exhibit has been filed separately under seal as part of the sealed document entitled:

**"Confidential- Sealed Document in Action No. 604122/05 (Fried, J.), Supreme Court of the State of New York, County of New York"**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
LOUIS J. PEARLMAN and
TRANS CONTINENTAL RECORDS, INC.,

          Plaintiffs,

  -against-

BRIAN LITTRELL, HOWARD DOROUGH,
ALEXANDER MCLEAN, KEVIN RICHARDSON,
NICKOLAS CARTER, BACKSTREET BOYS, INC.,
and BACKSTREET PRODUCTIONS, INC.

          Defendants.
-------------------------------------------------------------------X

Index No. 604122/05

I.A.S. Part 60
Justice Fried

**AFFIRMATION**
**OF SERVICE**

JESSICA A. WHITING, an attorney admitted to practice law before the courts of the State of New York, hereby affirms under penalties of perjury as follows:

1. Deponent is not a party to this action, is over eighteen years of age and resides in New York, New York.

2. On February 9, 2006, deponent caused to be served the within **ANSWER TO THE COMPLAINT, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS, WITH EXHIBITS, SEALING ORDER, and NOTICE OF ENTRY** by sending the foregoing by first class mail to the attorney at the mailing address below:

        Barry J. Brett, Esq.
        Matthew J. Aaronson, Esq.
        Troutman Sanders LLP
        The Chrysler Building
        405 Lexington Avenue
        New York, NY 10174
        Direct Dial: (212) 704-6006

Dated: New York, New York
       February 9, 2006

                                               _____
                                                   Jessica A. Whiting

457457