# EXHIBIT H

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | | |
|---|---|---|
| In Re: | Louis J. Pearlman, ) | Case No. 6:07-bk-00761-ABB |
| | ) | Chapter 11 |
| | Debtor. ) | Judge Briskman |

### AFFIDAVIT OF MICHAEL OPPENHEIM
### IN SUPPORT OF BACKSTREET BOYS AND
### ITS AFFILIATED ENTITIES' PROOF OF CLAIM

I, MICHAEL OPPENHEIM, do hereby swear or affirm under oath, and based on personal knowledge state the following:

1. I am over eighteen (18) years of age, am competent to testify and am not laboring under any disability.

2. I a citizen of the United States of America and a resident of the State of California.

3. I am a Partner with Gudvi, Sussman & Oppenheim, which serves as the business management firm for Howard Dorough, Nickolas Carter, Kevin Richardson, Brian Littrell, and Alexander McLean (professionally known as "Backstreet Boys") and their affiliated entities, Backstreet Productions, Inc. and Backstreet Boys, Inc. (collectively referred to as "Backstreet Entities").

4. I have served in the capacity of the Backstreet Boys' business manager since 1999 and am familiar with the daily business activities of the Backstreet Entities.

5. In my capacity as business manager for the Backstreet Entities, I received and paid, on behalf of the Backstreet Entities, legal bills from the law firms of Carlton Fields and

Lavely & Singer between the years of 2000 and 2005 in the amount of $2,176,456.04 for legal fees and costs expended in the defense of three civil claims involving Louis J. Pearlman.

6.  The Backstreet Entities expended an additional $1,275,000.00 in the settlement of those three civil claims involving Louis J. Pearlman.

7.  There is a pending claim in the Supreme Court of New York against Louis J. Pearlman for the indemnification of those monies expended in the defense of those civil claims.

8.  Due to the current bankruptcy status of Louis J. Pearlman, the Backstreet Entities are filing a Proof of Claim of which this Affidavit supports.

Further affiant sayeth naught.

_____
MICHAEL OPPENHEIM

STATE OF CALIFORNIA
COUNTY OF _LOS ANGELES_

Personally appeared before me, a Notary Public, the above-signed **Michael Oppenheim** who represented that he had read this instrument and fully understood its contents and executed it for the purposes contained therein and that the had the authority to do so on behalf of Gudvi, Sussman & Oppenheim.

This _11TH_ day of July 2007.

_Aurora Gallardo_
NOTARY PUBLIC

My commission expires:

_MARCH 8, 2011_



AURORA GALLARDO
Commission # 1724620
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2011

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO, FLORIDA

| | | |
|---|---|---|
| **In Re:** | **Trans-Continental Records, Inc.,** ) | **Case No. 6:07-bk-00832-ABB** |
| | ) | **Chapter 11** |
| | **Debtor.** ) | **Judge Briskman** |

### AFFIDAVIT OF MICHAEL OPPENHEIM
### IN SUPPORT OF BACKSTREET BOYS AND
### ITS AFFILIATED ENTITIES' PROOF OF CLAIM

I, MICHAEL OPPENHEIM, do hereby swear or affirm under oath, and based on personal knowledge state the following:

1. I am over eighteen (18) years of age, am competent to testify and am not laboring under any disability.

2. I a citizen of the United States of America and a resident of the State of California.

3. I am a Partner with Gudvi, Sussman & Oppenheim, which serves as the business management firm for Howard Dorough, Nickolas Carter, Kevin Richardson, Brian Littrell, and Alexander McLean (professionally known as "Backstreet Boys") and their affiliated entities, Backstreet Productions, Inc. and Backstreet Boys, Inc. (collectively referred to as "Backstreet Entities").

4. I have served in the capacity of the Backstreet Boys' business manager since 1999 and am familiar with the daily business activities of the Backstreet Entities.

5. In my capacity as business manager for the Backstreet Entities, I received and paid, on behalf of the Backstreet Entities, legal bills from the law firms of Carlton Fields and Lavely & Singer between the years of 2000 and 2005 in the amount of $2,176,456.04 for legal

fees and costs expended in the defense of three civil claims involving Trans-Continental Records, Inc..

6. The Backstreet Entities expended an additional $1,275,000.00 in the settlement of those three civil claims involving Trans-Continental Records, Inc.

7. There is a pending claim in the Supreme Court of New York against Louis J. Pearlman for the indemnification of those monies expended in the defense of those civil claims.

8. Due to the current bankruptcy status of Trans-Continental Records, Inc., the Backstreet Entities are filing a Proof of Claim of which this Affidavit supports.

Further affiant sayeth naught.

_____
MICHAEL OPPENHEIM

STATE OF CALIFORNIA
COUNTY OF _LOS ANGELES_

Personally appeared before me, a Notary Public, the above-signed **Michael Oppenheim** who represented that he had read this instrument and fully understood its contents and executed it for the purposes contained therein and that the had the authority to do so on behalf of Gudvi, Sussman & Oppenheim.

This __11TH__ day of July 2007.

_Aurora Gallardo_
NOTARY PUBLIC

My commission expires:

_MARCH 8, 2011_

[Notary Seal: AURORA GALLARDO, Commission # 1724620, Notary Public - California, Los Angeles County, My Comm. Expires Mar 8, 2011]