# EXHIBIT E

 

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

TE: 09/29/04

**DEPT. 2**

NORABLE AVIVA K. BOBB                    JUDGE

A. FISHER                    DEPUTY CLERK
B. THOMAS, ASST. DEP. CLERK

NORABLE                    JUDGE PRO TEM

ELECTRONIC RECORDING MONITOR

G. YANG                    Deputy Sheriff

NONE                    Reporter

| BS090645 | Plaintiff |
| | Counsel |
| LOUIS J PEARLMAN ENTERPRISES IN | |
| ET AL | Defendant |
| VS | Counsel |
| AARON CARTER | |

**NATURE OF PROCEEDINGS:**

PETITION TO APPROVE MANAGEMENT CONTRACT OF MINOR.
The Court denies the petition for lack of
jurisdiction, as the contract is not of a type
described in Section 6750 of the Family Code.
The Court orders counsel for Petitioner to give
notice of this order to all parties.

Page    1 of 1    DEPT. 2

**EXHIBIT**

E

MINUTES ENTERED
09/29/04
COUNTY CLERK



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

TE: 09/29/04                                                                        DEPT. 2

NORABLE AVIVA K. BOBB                    JUDGE | A. FISHER              DEPUTY CLERK
                                                 | B. THOMAS, ASST. DEP. CLERK
NORABLE                           JUDGE PRO TEM |                ELECTRONIC RECORDING MONITOR

          G. YANG              Deputy Sheriff | NONE                        Reporter

| BS090645 | Plaintiff |
|          | Counsel |
| LOUIS J PEARLMAN ENTERPRISES IN | |
| ET AL | Defendant |
| VS | Counsel |
| AARON CARTER | |

**NATURE OF PROCEEDINGS:**

PETITION TO APPROVE MANAGEMENT CONTRACT OF MINOR.
The Court denies the petition for lack of
jurisdiction, as the contract is not of a type
described in Section 6750 of the Family Code.
The Court orders counsel for Petitioner to give
notice of this order to all parties.

Page   1 of   1    DEPT. 2

MINUTES ENTERED
09/29/04
COUNTY CLERK

 

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

TE: 09/29/04

**DEPT. 2**

NORABLE  AVIVA K. BOBB                                    JUDGE

A. FISHER                    DEPUTY CLERK
B. THOMAS, ASST. DEP. CLERK

NORABLE                                          JUDGE PRO TEM

ELECTRONIC RECORDING MONITOR

G. YANG                                          Deputy Sheriff

NONE                                          Reporter

| BS090645 | Plaintiff |
| | Counsel |
| LOUIS J PEARLMAN ENTERPRISES IN ET AL | |
| VS | Defendant |
| AARON CARTER | Counsel |

**NATURE OF PROCEEDINGS:**

PETITION TO APPROVE MANAGEMENT CONTRACT OF MINOR.
The Court denies the petition for lack of
jurisdiction, as the contract is not of a type
described in Section 6750 of the Family Code.
The Court orders counsel for Petitioner to give
notice of this order to all parties.

Page    1 of    1     DEPT. 2

MINUTES ENTERED
09/29/04
COUNTY CLERK