# EXHIBIT G

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | | | |
|---|---|---|---|
| In Re: | Louis J. Pearlman | ) | Case No. 6:07-bk-00761-ABB |
| | Trans-Continental Records, Inc. | ) | Case No. 6:07-bk-00832-ABB |
| | Louis J. Pearlman Enterprises, Inc. | ) | Case No. 6:07-bk-01505-ABB |
| | | ) | |
| | | ) | Chapter 11 |
| | Debtors | ) | Judge Briskman |

### AFFIDAVIT OF CLAY M. TOWNSEND
### IN SUPPORT OF AARON CARTER'S PROOF OF CLAIM

I, Clay Martin Townsend, do hereby swear or affirm under oath, and based on personal knowledge state the following:

1. I am over eighteen (18) years of age, am competent to testify and am not laboring under any disability.

2. I am a citizen of the United States of America and am a resident of the State of Florida.

3. I am a Partner with Morgan and Morgan, P.A. and serve as counsel for Aaron Carter.

4. I have served in this capacity since May 24, 2006.

5. In my capacity as attorney for Aaron Carter, I have incurred legal expenses from June 5, 2006 to present in the amount of $5,687.01 for legal costs expended as a result of the civil suits between Aaron Carter and the Debtors with regard to the Exclusive Management Agreement and Exclusive Recording Agreement between Aaron Carter and the Debtors.

6. Aaron Carter also incurred an additional $20,000.00 in fees for the claims involving the Debtors, Louis J. Pearlman, Trans-Continental Records, Inc., and Louis J. Pearlman Enterprises, Inc.

7. There is a pending claim for damages in the Ninth Judicial Circuit in and for Orange County under Case No.: 06-CA-4293 in the case of Aaron Carter v. the Debtors, Louis J. Pearlman, Trans-Continental Records, Inc., and Louis J. Pearlman Enterprises, Inc., for breach of fiduciary duty, compensatory damages, including lost profits, fees, revenues, and consequential damages arising out of the Exclusive Management Agreement and Exclusive Recording Agreement between Aaron Carter and the Debtors.

8. Due to the current bankruptcy status of the Debtors, Aaron Carter is filing a Proof of Claim of which this Affidavit supports.

FURTHER AFFIANT SAYETH NAUGHT.

_____
CLAY M. TOWNSEND, ESQUIRE

STATE OF FLORIDA
COUNTY OF ORANGE

The foregoing instrument was acknowledged before me this 30th day of July, 2007, by CLAY MARTIN TOWNSEND, who is personally known to me or who has produced _____n/a_____ as identification and who did take an oath.

_____
NOTARY PUBLIC
State of Florida at Large
My Commission Number: DD 366720
My Commission Expires: 10/6/08


Ileraine F. Wolfgramm
Commission # DD360720
Expires October 6, 2008

| 7/23/2007 | | ** MATTER COST LEDGER ** | | 1 |
| | | 3:52 pm    Carter, Aaron vs. Pearlman, Louis | | |
| | | 124199 | | |
| Date | Description | | | Amount |

**COPIES**

| Date | Description | Amount |
|---|---|---|
| 06/05/2006 | Photocopy charges | 4.75 |
| 06/08/2006 | Photocopy charges | 3.00 |
| 06/27/2006 | Photocopy charges | 63.75 |
| 06/28/2006 | Photocopy charges | 4.00 |
| 07/10/2006 | Photocopy charges | 57.75 |
| 07/14/2006 | Photocopy charges | 10.00 |
| 07/19/2006 | Photocopy charges | 1.50 |
| 07/25/2006 | Photocopy charges | 10.50 |
| 08/02/2006 | Photocopy charges | 3.25 |
| 08/09/2006 | Photocopy charges | 6.50 |
| 08/11/2006 | Photocopy charges | 3.25 |
| 08/21/2006 | Photocopy charges | 35.00 |
| 09/15/2006 | Photocopy charges | 43.00 |
| 09/25/2006 | Photocopy charges | 0.25 |
| 10/31/2006 | Photocopy charges | 49.75 |
| 12/20/2006 | Photocopy charges | 2.00 |
| 01/08/2007 | Photocopy charges | 18.75 |
| 06/15/2007 | Photocopy charges | 2.50 |
| 06/18/2007 | Photocopy charges | 2.75 |
| | SubTotal : | **COPIES $322.25** |

**COU_01**

| Date | Description | Amount |
|---|---|---|
| 09/15/2006 | Check # 165422  Worldwide Express; Disbursement for Inv# 056495 | 26.20 |
| 09/15/2006 | Check # 165435  Worldwide Express; Disbursement for Inv# 116557 | 16.40 |
| 10/19/2006 | Check # 169185  Worldwide Express; Disbursement for Inv# 436611 | 26.63 |
| 11/15/2006 | Check # 173975  Worldwide Express; Disbursement for Inv # 499755 | 9.32 |
| 11/15/2006 | Check # 173975  Worldwide Express; Disbursement for Inv # 499755 | 10.70 |

| 7/23/2007 | | ** MATTER COST LEDGER ** | | 1 |
|---|---|---|---|---|
| | | 3:52 pm       Carter, Aaron vs. Pearlman, Louis | | |
| | | 124199 | | |
| Date | Description | | | Amount |

| Date | Description | | Amount |
|---|---|---|---|
| 03/29/2007 | Check # 188642  Worldwide Express; Disbursement for Inv# 921100 | | 31.43 |
| | | SubTotal : | COU_01 $120.68 |
| **CPY_01** | | | |
| 06/16/2006 | Check # 156595  Orlando Legal Copies; Disbursement for Copy Service/Carter/124199/14625 Vanessa | | 110.97 |
| 08/15/2006 | Check # 161746  Orlando Legal Copies; Disbursement for Copy Service/Carter/124199/14863 Vanessa | | 325.68 |
| 08/15/2006 | Check # 161749  Orlando Legal Copies; Disbursement for Copy Service/Carter/124199/14926 Vanessa | | 50.23 |
| 11/07/2006 | Check # 172971  Orlando Legal Copies; Disbursement for Copy Service/Carter/124199/16122 VanessaB | | 33.07 |
| 04/11/2007 | Check # 189786  Orlando Legal Copies; Disbursement for Copy Service/124199/17963 Vanessa | | 37.96 |
| 06/20/2007 | Check # 200711  Orlando Legal Copies; Disbursement for Copy Service/Carter/124199/19343/Vanessa B | | 139.47 |
| | | SubTotal : | CPY_01 $697.38 |
| **CRT_01** | | | |
| 09/05/2006 | Check # 163500  MJC Reporting, Inc.; Disbursement for Court Reporter/124199/Carter/Vanessa B./6814NST | | 303.60 |
| | | SubTotal : | CRT_01 $303.60 |
| **FAX** | | | |
| 08/21/2006 | Fax charges | | 5.00 |
| | | SubTotal : | FAX $5.00 |
| **FIL_01** | | | |
| 05/24/2006 | Check # 154229  Clerk of Court; Disbursement for Filing Fees/Carter/124199  Vanessa B | | 255.00 |
| | | SubTotal : | FIL_01 $255.00 |
| **LONG_DISTANCE** | | | |
| 06/08/2006 | Long Distance | | 0.68 |
| 06/27/2006 | Long Distance | | 4.95 |
| 06/28/2006 | Long Distance | | 2.97 |
| 06/29/2006 | Long Distance | | 5.94 |

| | | |
|---|---|---|
| 7/23/2007 | ** MATTER COST LEDGER ** | 1 |
| | 3:52 pm    Carter, Aaron vs. Pearlman, Louis | |
| | 124199 | |

| Date | Description | Amount |
|---|---|---|
| 07/10/2006 | Long Distance | 4.95 |
| 07/17/2006 | Long Distance | 3.96 |
| 07/21/2006 | Long Distance | 1.98 |
| 08/11/2006 | Long Distance | 21.78 |
| 08/25/2006 | Long Distance | 1.75 |
| 09/01/2006 | Long Distance | 9.27 |
| 09/08/2006 | Long Distance | 16.21 |
| 09/11/2006 | Long Distance | 16.83 |
| 09/15/2006 | Long Distance | 32.67 |
| 09/25/2006 | Long Distance | 112.32 |
| 10/04/2006 | Long Distance | 1.98 |
| 11/27/2006 | Long Distance | 8.33 |
| 12/20/2006 | Long Distance | 15.47 |
| 01/08/2007 | Long Distance | 32.13 |
| 02/07/2007 | Long Distance | 4.76 |
| 06/18/2007 | Long Distance | 0.50 |

SubTotal LONG_DISTANCE : **$299.43**

**POSTAGE**

| Date | Description | Amount |
|---|---|---|
| 07/10/2006 | Postage Charges | 5.12 |
| 08/29/2006 | Postage Charges | 4.64 |
| 09/08/2006 | Postage Charges | 4.64 |
| 10/11/2006 | Postage Charges | 1.26 |
| 10/24/2006 | Postage Charges | 1.26 |
| 12/26/2006 | Postage Charges | 1.11 |
| 01/10/2007 | Postage Charges | 2.73 |
| 05/29/2007 | Postage Charges | 0.41 |

| 7/23/2007 | | ** MATTER COST LEDGER ** | | 1 |
|---|---|---|---|---|
| | | 3:52 pm    Carter, Aaron vs. Pearlman, Louis | | |
| | | 124199 | | |
| Date | Description | | | Amount |
| | | | SubTotal : | POSTAGE $21.17 |

**PSVC_01**

| 07/11/2006 | Check # 158432  Pursuit Process; Disbursement for Process Service/Carter/12419//06-1209  Vanessa B | 200.00 |
|---|---|---|
| 07/12/2006 | Check # 158587  Pursuit Process; Disbursement for Process Service/Carter/124199/06-1217  Vanessa B | 35.00 |
| 07/12/2006 | Void Check # 158587 | -35.00 |
| 07/14/2006 | Check # 158992  Pursuit Process; Disbursement for Process Service/Carter/124199/06-1217  Vanessa B | 35.00 |
| 10/06/2006 | Check # 167025  Pursuit Process; Disbursement for Process Service-carter-124199 | 50.00 |
| 10/10/2006 | Check # 167309  Pursuit Process; Disbursement for Process Service/Carter/124199/6-1223  Vanessa | 50.00 |
| 10/10/2006 | Void Check # 167309 | -50.00 |
| | SubTotal : | PSVC_01 $285.00 |

**REC_01**

| 06/16/2006 | Check # 156601  Digital Legal Services; Disbursement for Records/Carter/124199/9082 Vanessa | 11.21 |
|---|---|---|
| 07/10/2006 | Check # 158209  Digital Legal Services; Disbursement for Records/Carter/124199 Liz C. 9041 | 70.77 |
| 07/10/2006 | Check # 158210  Digital Legal Services; Disbursement for Records/Carter/124199 Liz C. 9083 | 18.00 |
| 07/14/2006 | Check # 158826  Digital Legal Services; Disbursement for Records/Carter/124199 Vanessa B. 9226 | 24.60 |
| 08/15/2006 | Check # 161747  Digital Legal Services; Disbursement for Records/Carter/124199/9266 Vanessa | 53.04 |
| 08/15/2006 | Check # 161748  Digital Legal Services; Disbursement for Records/Carter/124199/9299 Vanessa | 17.73 |
| 08/15/2006 | Check # 161750  Digital Legal Services; Disbursement for Records/Carter/124199/9291 Vanessa | 57.08 |
| 08/15/2006 | Check # 161751  Digital Legal Services; Disbursement for Records/Carter/124199/9288 Vanessa | 26.07 |
| 09/05/2006 | Check # 163481  Digital Legal Services; Disbursement for Records/124199/Carter/Vanessa B./9512 | 9.32 |
| 09/05/2006 | Check # 163483  Digital Legal Services; Disbursement for Records/124199/Carter/Vanessa B./9487 | 9.32 |
| 09/06/2006 | Check # 163997  Digital Legal Services; Disbursement for Records\Carter\124199\Vanessa\9444 | 15.59 |
| 10/13/2006 | Check # 168078  Digital Legal Services; Disbursement for Records/ Carter/ 124199/ 9259/ Vanessa | 23.99 |
| 10/24/2006 | Check # 171267  Digital Legal Services; Disbursement for Records/ Carter 9741/ 124199/ Vanessa | 1,108.55 |
| 10/24/2006 | Check # 171280  Digital Legal Services; Disbursement for Records/ Carter 9954/ 124199/ Vanessa | 124.61 |

| 7/23/2007 | | ** MATTER COST LEDGER ** | | 1 |
|---|---|---|---|---|
| | | 3:52 pm     Carter, Aaron vs. Pearlman, Louis | | |
| | | 124199 | | |
| Date | Description | | | Amount |
| 11/07/2006 | Check # 172975  Digital Legal Services; Disbursement for Records/Carter/124199/10074 VanessaB | | | 16.89 |
| 11/07/2006 | Check # 172983  Digital Legal Services; Disbursement for Records/Carter/124199/10152 VanessaB | | | 28.84 |
| | | | SubTotal : | REC_01 $1,615.61 |

**TRAVEL**

| 06/09/2006 | Check # 155710  Bradley Chensey; Disbursement for Travel Expenses 6-1-06 - 6-7-06 | 1.78 |
|---|---|---|
| 07/06/2006 | Check # 157852  Raymond Williams; Disbursement for Travel Expenses/Raymond Williams/6-27-06 - 7-3-06 | 4.45 |
| 07/25/2006 | Check # 159940  Jose Torres; Disbursement for Travel Expenses\Jose Torres\6-18/7-24 | 1.78 |
| 09/22/2006 | Check # 166063  Raymond Williams; Disbursement for Travel Expenses\Raymond Williams\9-19 | 24.36 |
| 10/10/2006 | Check # 167446  Keith R. Mitnik; Disbursement for Travel Expenses/Keith R. Mitnik/7-27 | 140.00 |
| 10/17/2006 | Check # 168944  Keith R. Mitnik; Disbursement for Travel Expenses/Keith R. Mitnik/7-19t7-25 | 1,216.40 |
| 10/19/2006 | Check # 169213  Hope Matheson; Disbursement for Travel Expenses/Hope Matheson/9-13t10-12 | 1.78 |
| 01/10/2007 | Check # 180429  Brad Chesney; Disbursement for Travel Expenses | 1.94 |
| | SubTotal : | TRAVEL $1,392.49 |

**VID_01**

| 07/14/2006 | Check # 158795  Ron Fleming Video Productions, Inc.; Disbursement for Video/Pearlman/124199/260396  Vanessa B | 70.75 |
|---|---|---|
| | SubTotal : | VID_01 $70.75 |

**WES_01**

| 01/23/2007 | Westlaw Dec 2006 | 298.65 |
|---|---|---|
| | SubTotal : | WES_01 $298.65 |
| | Disbursements: | 5,772.01 |
| | Credits: | -85.00 |
| | Total Costs Incurred: | $5,687.01 |

**RECEIPTS**

Payments:
Write-Offs:
Total Receipts:

Net Balance Due: