

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/08/2014 02:45 PM

COURTROOM   6A, 6th Floor

## HONORABLE KAREN JENNEMANN

CASE NUMBER:                                   FILING DATE:

**6:07-bk-00761-KSJ**        **11**          **03/01/2007**

**Chapter 11**

**DEBTOR:**      Louis Pearlman

**DEBTOR ATTY:   NA**

**TRUSTEE:         NA**

**HEARING:**

(1) Status Conference on Trustee's Objection to Claim No. 571-1 of Backstreet Boys/Michael Oppenheim (Doc #4078)
Trustee's Amended Objection to Claim No. 571-1 filed by "Backstreet Boys / Michael Oppenheim" in Louis J. Pearlman case, Case No. 07-00761, and Claim No. 120-1 filed in Trans Continental Records, Inc. case, Case No. 07-00832 (Doc #4765)
(2) Status Conference on Trustee's Objection to CLaim No. 572-1 of Backstreet Entities (Doc #4079)
Trustee's Amended Objection to Claim No. 572-1 filed by "Backstreet Entities / Clay Townsend" in Louis J.  Pearlman case, Case No. 07-00761, and Claim No. 119-1 filed in Trans Continental Records, Inc. case, Case No. 07-00832 (Doc #4766)
(3) Status Conference on Trustee's Objection to Claim No. 94-1 filed in the Louis J. Pearlman Enterprises case, Claim No. 121-1 filed in the Trans Continental Records, Inc. case and Claim No. 584-1 of Aaron Carter / Clay Townsend filed in the Louis J. Pearlman case (Doc #4082)
(4)   Motion for Funds re: Claimant Gary Templeton to be Made Payable to the Gary W. Templeton Rev. Trust   filed by Interested Party Catherine Maxwell (Doc #4815)
(5) Motion for Payment of Funds Pursuant to Order Setting Procedures for Distributions to Deceased Claimants filed by Interested Party John B Stopyra Jr (Doc #4818)
(6) Motion for Payment of Funds re: deceased claimant Miriam Ringler Cohen pursuant to Court's order on procedures regarding deceased claimants Filed by Interested Party Daniel R. Cohen (Doc #4821)
(7) Affidavit of Collection of Estate Assets re: Deceased Claimain Elvin L. Booth and request for payment of distributions Filed by Interested Party Jacqueline M. Booth (Doc #4826)
(8) Request for Claim 581 to be made payable to Estate of Viola Baron c/o Bruce B Baron Filed by Creditor Bruce B Baron (Doc #4830)
(9) Motion To Obtain Distribution Check re: Deceased Claimant Joan Knott Filed by Interested Party Russell Knott (Doc #4831)
Note:  Cont'd from 7/29/14
Confirmed 10/11/13
Pending Matters:

-Request for Distribution of Funds for Deceased Claimant Wilson G. Crawford filed by Interested Party Linda F. Stevens filed 10/1/14 (Doc #4842)

-Motion for Second Disbursement of Funds to Deceased Claimants Trustees filed by Arnold & Fay DeCamp 10/6/14 (Doc #4844)

-Motion to Obtain Distribution Check of Arnele W. Myers to her Irrevocable Trust filed by Interested Party Kelly L. Ross 10/3/14 (Doc #4845)

.

**APPEARANCES::**

Sam Miller & Greg Garno (Liquidating Trustee)
Clay   Townsend (Backstreet Boys & Aaron Carter)
Jacob Payne (Suntrust Bank & Suntrust Mortgage)
Lynn Ramey (Arnold & Fay DeCamp)

Also present:   Bruce Baron, Daniel Cohen, Catherine Maxwell, Russell Knott, Jack Stopyra, Dorothy Wormser

**RULING:**

(1) Status Conference on Trustee's Objection to Claim No. 571-1 of Backstreet Boys/Michael Oppenheim   (Doc #4078): Continued in open court to October 22, 2014 at 2:00 p.m.   If no settlement, to be set for trial during the week of October 27 with no continuances.

(2) Status Conference on Trustee's Objection to Claim No. 572-1 of Backstreet Entities   (Doc #4079):        Continued in open court to October 22, 2014 at 2:00 p.m.   If no settlement, to be set for trial during the week of October 27 with no continuances.

(3) Status Conference on Trustee's Objection to Claim No. 94-1 filed in the Louis J. Pearlman Enterprises case, Claim No. 121-1 filed in the Trans Continental Records, Inc. case and Claim No. 584-1 of Aaron Carter / Clay Townsend filed in the Louis J. Pearlman case   (Doc #4082):   Continued in open court to October 22, 2014 at 2:00 p.m.   If no settlement, to be set for trial during the week of October 27 with no continuances.

(4)   Motion for Funds re: Claimant Gary Templeton to be Made Payable to the Gary W. Templeton Rev. Trust   filed by Interested Party Catherine Maxwell   (Doc #4815):   Granted.   Order by Miller

(5) Motion for Payment of Funds Pursuant to Order Setting Procedures for Distributions to Deceased Claimants filed by Interested Party John B Stopyra Jr   (Doc #4818):   Granted.   Order by Miller

(6) Motion for Payment of Funds re: deceased claimant Miriam Ringler Cohen pursuant to Court's order on procedures regarding deceased claimants Filed by Interested Party Daniel R. Cohen   (Doc #4821):        Granted.   Order by Miller

(7) Affidavit of Collection of Estate Assets re: Deceased Claimain Elvin L. Booth and request for payment of distributions Filed by Interested Party Jacqueline M. Booth   (Doc #4826):        Granted.   Order by Miller

 (8) Request for Claim 581 to be made payable to Estate of Viola Baron c/o Bruce B Baron Filed by Creditor Bruce B Baron   (Doc #4830):    Granted.   Order by Miller

(9) Motion To Obtain Distribution Check re: Deceased Claimant Joan Knott Filed by Interested Party Russell Knott   (Doc #4831): Granted.   Order by Miller

(10) Request for Distribution of Funds for Deceased Claimant Wilson G. Crawford filed by Interested Party Linda F. Stevens filed 10/1/14   (Doc #4842):   Set for October 22, 2014 at 2:00 p.m.   ***Notice by Case Manager***

(11) Motion for Second Disbursement of Funds to Deceased Claimants Trustees filed by Arnold & Fay DeCamp 10/6/14   (Doc #4844):   Granted.   Order by Miller.   Doc #4839 also granted

(12) Motion to Obtain Distribution Check of Arnele W. Myers to her Irrevocable Trust filed by Interested Party Kelly L. Ross 10/3/14   (Doc #4845):   Set for October 22, 2014 at 2:00 p.m.   ***Notice by Case Manager***

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.